B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

Eastern District of New York

In re   **Prime Six Inc., d/b/a Woodland NYC**,                    Case No.  **117-40104-CEC**
        *Debtor*

                                                                    Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:   **October 2017**                            Date filed:  **11/15/2017**

Line of Business:  **RESTAURANT & BAR**              NAISC Code:  **722511**

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

x _____
Original Signature of Responsible Party

Akiva Ofshtein
Printed Name of Responsible Party

| # | Questionnaire: *(All questions to be answered on behalf of the debtor.)* | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

B 25C (Official Form 25C) (12/08)

| | | Yes | No |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?     ☐     ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL INCOME** $ 373,572.77

### SUMMARY OF CASH ON HAND

| | | |
|---|---|---|
| Cash on Hand at Start of Month | $ | 657.30 |
| Cash on Hand at End of Month | $ | 16,916.68 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU **TOTAL** | $ | 16,916.68 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL EXPENSES** $ 323,399.56

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 373,572.77 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 323,399.56 |
| *(Subtract Line C from Line B)* **CASH PROFIT FOR THE MONTH** | $ | 50,173.21 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ 0.00

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ 0.00

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 46 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 72 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 0.00 |

*NON-BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 0.00 |

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 1,650,000.00 | $ 1,584,190.69 | $ -65,809.31 |
| EXPENSES | $ 1,452,000.00 | $ 1,726,314.55 | $ 274,314.55 |
| CASH PROFIT | $ 198,000.00 | $ -142,123.86 | $ -340,123.86 |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $ 375,000.00
TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $ 325,000.00
TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $ 50,000.00

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

4:56 PM
11/15/17
Accrual Basis

# Prime Six Inc DBA Woodland 2017
## Profit & Loss
### October 2017

|  | Oct 17 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 373,572.77 |
| **Total Income** | 373,572.77 |
| **Cost of Goods Sold** | |
| **BAR** | |
| **Beer** | |
| Joyce Beer Gas | 325.00 |
| King Draft | 326.62 |
| Manhattan Beer | 352.50 |
| **Total Beer** | 1,004.12 |
| **Beverage** | |
| Multi-Flow | 1,796.76 |
| **Total Beverage** | 1,796.76 |
| **Hard Liquor** | |
| Empire Merchants | 32,059.30 |
| Southern Wine and Spirit Liquor | 5,918.30 |
| **Total Hard Liquor** | 37,977.60 |
| **Total BAR** | 40,778.48 |
| **Food Purchases** | |
| Bindi | 1,014.72 |
| Eli's Bread | 1,828.55 |
| Golden Malted | 1,600.00 |
| Jetro | 36,694.92 |
| Orel | 5,692.00 |
| Out of the Blue Seafood | 6,297.14 |
| P East Trading Corp | 110.00 |
| Pat La Frieda | 3,701.31 |
| US Foods | 6,050.84 |
| Food Purchases - Other | 4,000.00 |
| **Total Food Purchases** | 66,989.48 |
| **Total COGS** | 107,767.96 |
| **Gross Profit** | 265,804.81 |
| **Expense** | |
| **Advertising and Promotion** | |
| DP Sales Distributors, Inc. | 593.37 |
| **Total Advertising and Promotion** | 593.37 |
| Amarican Standard HG | 3,447.62 |
| Amex Payment for P6 | 9,000.00 |
| **Chapter 11 Fee** | |
| U.S. Trustee | 6,516.29 |
| **Total Chapter 11 Fee** | 6,516.29 |
| **Cleaning** | |
| Auto Chlor | 1,096.59 |
| Porter | 4,000.00 |
| **Total Cleaning** | 5,096.59 |
| **Draft Lines** | |
| Inwood Draft Systems | 720.00 |
| **Total Draft Lines** | 720.00 |
| Equipment lease | 760.00 |

4:56 PM
11/15/17
Accrual Basis

# Prime Six Inc DBA Woodland 2017
## Profit & Loss
October 2017

|  | Oct 17 |
|---|---:|
| **Garbage** | |
|    Five Star Carting INC | 1,075.20 |
| **Total Garbage** | 1,075.20 |
| **Insurance Expense** | |
|    Workers Comp | 646.00 |
| **Total Insurance Expense** | 646.00 |
| **IRS TAXES** | 152.88 |
| **Licenses and Permits** | |
|    Liquor licens | 5,520.00 |
| **Total Licenses and Permits** | 5,520.00 |
| **Linen** | |
|    Acme Linen & Uniform Service | 1,961.90 |
|    Linen - Other | 123.51 |
| **Total Linen** | 2,085.41 |
| **Merchant account Fee** | 7,472.92 |
| **Office Supplies** | |
|    ASHG Group | 5,398.50 |
|    Carousel Checking | 308.08 |
| **Total Office Supplies** | 5,706.58 |
| **Outside Labor 1099** | |
|    Event Planing | 986.55 |
| **Total Outside Labor 1099** | 986.55 |
| **Payroll Expenses** | |
|    Wages | |
|       server | 0.00 |
|    Total Wages | 0.00 |
|    Payroll Expenses - Other | 87,761.47 |
| **Total Payroll Expenses** | 87,761.47 |
| **Professional Fees** | |
|    ADP Weekly Payroll Charge | 75.00 |
|    Jack Jaffa & Associates | 250.00 |
| **Total Professional Fees** | 325.00 |
| **Rent Expense** | 16,573.18 |
| **Repairs and Maintenance** | |
|    Pest Control | |
|       Intelligent Pest Control | 1,019.00 |
|    Total Pest Control | 1,019.00 |
|    Repairs and Maintenance - Other | 533.49 |
| **Total Repairs and Maintenance** | 1,552.49 |
| **Restaurant Consulting** | |
|    Restaurant Consultants LLC | 280.00 |
|    Restaurant Consulting - Other | 13,984.00 |
| **Total Restaurant Consulting** | 14,264.00 |
| **Restaurant Supplies** | 626.00 |
| **Royal IV** | 1,250.00 |
| **Security Company** | 12,853.25 |

4:56 PM
11/15/17
Accrual Basis

# Prime Six Inc DBA Woodland 2017
## Profit & Loss
### October 2017

|  | Oct 17 |
|---|---:|
| **Taxes Paid** | |
| NYS Dept of Taxation & Finance | 50.00 |
| **Payroll Taxes** | |
| 940 FUTA Tax | 346.10 |
| 941 FICA Exp | 10,114.20 |
| NYC Commuter tax | 138.86 |
| NYS UI | 4,597.78 |
| **Total Payroll Taxes** | 15,196.94 |
| **Total Taxes Paid** | 15,246.94 |
| **Tickets** | 281.72 |
| **Utilities** | |
| ConEd | 7,500.00 |
| Time Warner Cable | 873.32 |
| Verizon | 85.66 |
| Utilities - Other | 1,159.16 |
| **Total Utilities** | 9,618.14 |
| **Wallabout** | 5,500.00 |
| **Total Expense** | 215,631.60 |
| **Net Ordinary Income** | 50,173.21 |
| **Other Income/Expense** | |
| **Other Expense** | |
| Accrued DIP Accounting Fees | 2,425.00 |
| Accrued DIP Legal Fees | 7,500.00 |
| **Total Other Expense** | 9,925.00 |
| **Net Other Income** | -9,925.00 |
| **Net Income** | 40,248.21 |

Prime Six Inc. Small Business Monthly Operating Report
October 2017
Footnote

1. This operating report does not include a balance sheet because historical information necessary to provide an accurate balance has not yet been reconstructed from the Debtor's books and records previously maintained by other accountants.

 **SIGNATURE BANK**

```
                                              Statement Period
                                              From October  01, 2017
                                              To   October  31, 2017
                                              Page     2 of    13

                                              PRIVATE CLIENT GROUP 421
                                              26 COURT STREET
                                              BROOKLYN, NY 11242
                                              SAL MONACO


       PRIME SIX INC. DBA WOODLAND          9-421
       DEBTOR IN POSSESSION
       CASE # 1 17 40104 CEC
       15 BAY 29TH STREET, FLOOR 2
       BROOKLYN NY   11214              999      See Back for Important Information


                                              Primary Account: 1502734241      446


BANKRUPTCY CHECKING            1502734241
```

Summary

```
   Previous Balance as of October   01, 2017                              263.13
        38 Credits                                                    416,937.81
       489 Debits                                                     400,284.26
   Ending Balance as of   October   31, 2017                           16,916.68


Deposits and Other Credits
   Oct 02  ACH DEPOSIT              ck/ref no.  9527522                 5,798.53
           MERITCARD         MERCH DEP     960000009035908
           002 000000000005798539000008960
   Oct 02  ACH DEPOSIT              ck/ref no.  9573907                37,239.01
           MERITCARD         MERCH DEP     960000009035908
           002 000000000037239019000008960
   Oct 02  DEPOSIT   C                                                 15,000.00
   Oct 03  ACH DEPOSIT              ck/ref no.  9628751                22,376.38
           MERITCARD         MERCH DEP     960000009035908
           002 000000000022376389000008960
   Oct 04  ACH DEPOSIT              ck/ref no.  9721061                 1,522.18
           MERITCARD         MERCH DEP     960000009035908
           002 000000000001522189000008960
   Oct 05  ACH DEPOSIT              ck/ref no.  9788462                 3,097.10
           MERITCARD         MERCH DEP     960000009035908
           002 000000000003097109000008960
   Oct 05  DEPOSIT   C                                                    400.00
   Oct 06  ACH DEPOSIT              ck/ref no.  9887893                 6,241.18
           MERITCARD         MERCH DEP     960000009035908
           002 000000000006241189000008960
   Oct 10  ACH DEPOSIT              ck/ref no.  9930813                 4,822.68
           MERITCARD         MERCH DEP     960000009035908
           002 000000000004822689000008960
   Oct 10  ACH DEPOSIT              ck/ref no.  9965602                25,165.69
           MERITCARD         MERCH DEP     960000009035908
```

# SIGNATURE BANK

```
                                                    Statement Period
                                                    From October  01, 2017
                                                    To   October  31, 2017
                                                    Page     3 of    13

                                                    PRIVATE CLIENT GROUP 421
                                                    26 COURT STREET
                                                    BROOKLYN, NY 11242
                                                    SAL MONACO


       PRIME SIX INC. DBA WOODLAND         9-421
       DEBTOR IN POSSESSION
       CASE # 1 17 40104 CEC
       15 BAY 29TH STREET, FLOOR 2
       BROOKLYN NY   11214              999          See Back for Important Information

                                                    Primary Account: 1502734241       446
```

| Date | Description | | | |
|---|---|---|---|---:|
| | 002 00000000002516569900008960 | | | |
| Oct 10 | ACH DEPOSIT | ck/ref no. | 9931203 | 29,627.61 |
| | MERITCARD     MERCH DEP    960000009035908 | | | |
| | 002 00000000002962761900008960 | | | |
| Oct 11 | ACH DEPOSIT | ck/ref no. | 50795 | 113.29 |
| | MERITCARD     MERCH CHBK   960000009035908 | | | |
| | 002 00000000000011329900008960 | | | |
| Oct 11 | ACH DEPOSIT | ck/ref no. | 39015 | 4,148.37 |
| | MERITCARD     MERCH DEP    960000009035908 | | | |
| | 002 00000000000414837900008960 | | | |
| Oct 12 | ACH DEPOSIT | ck/ref no. | 116143 | 3,706.78 |
| | MERITCARD     MERCH DEP    960000009035908 | | | |
| | 002 00000000000370678900008960 | | | |
| Oct 12 | DEPOSIT | | | 7,000.00 |
| Oct 13 | ACH DEPOSIT | ck/ref no. | 194900 | 2,272.33 |
| | MERITCARD     MERCH DEP    960000009035908 | | | |
| | 002 00000000000227233900008960 | | | |
| Oct 13 | DEPOSIT | | | 300.00 |
| Oct 16 | ACH DEPOSIT | ck/ref no. | 264157 | 2,865.23 |
| | MERITCARD     MERCH DEP    960000009035908 | | | |
| | 002 00000000000286523900008960 | | | |
| Oct 16 | ACH DEPOSIT | ck/ref no. | 267185 | 43,386.00 |
| | MERITCARD     MERCH DEP    960000009035908 | | | |
| | 002 00000000004338600900008960 | | | |
| Oct 17 | ACH DEPOSIT | ck/ref no. | 331265 | 21,446.54 |
| | MERITCARD     MERCH DEP    960000009035908 | | | |
| | 002 00000000002144654900008960 | | | |
| Oct 17 | DEPOSIT | | | 8,750.00 |
| Oct 18 | ACH DEPOSIT | ck/ref no. | 392556 | 5,418.56 |
| | MERITCARD     MERCH DEP    960000009035908 | | | |
| | 002 00000000000541856900008960 | | | |
| Oct 18 | DEPOSIT | | | 4,400.00 |
| Oct 19 | ACH DEPOSIT | ck/ref no. | 446172 | 6,475.94 |
| | MERITCARD     MERCH DEP    960000009035908 | | | |
| | 002 00000000000647594900008960 | | | |
| Oct 20 | ACH DEPOSIT | ck/ref no. | 519432 | 4,426.94 |
| | MERITCARD     MERCH DEP    960000009035908 | | | |
| | 002 00000000000442694900008960 | | | |
| Oct 20 | DEPOSIT | | | 5,100.00 |


# SIGNATURE BANK

```
                                              Statement Period
                                              From October  01, 2017
                                              To   October  31, 2017
                                              Page     4 of    13

                                              PRIVATE CLIENT GROUP 421
                                              26 COURT STREET
                                              BROOKLYN, NY 11242
                                              SAL MONACO


      PRIME SIX INC. DBA WOODLAND        9-421
      DEBTOR IN POSSESSION
      CASE # 1 17 40104 CEC
      15 BAY 29TH STREET, FLOOR 2
      BROOKLYN NY   11214              999       See Back for Important Information


                                              Primary Account: 1502734241       446
```

| Date | Description | | | Amount |
|---|---|---|---|---|
| Oct 23 | ACH DEPOSIT | ck/ref no. | 556539 | 4,877.75 |
| | MERITCARD      MERCH DEP   960000009035908 | | | |
| | 002 00000000000487759000008960 | | | |
| Oct 23 | ACH DEPOSIT | ck/ref no. | 586532 | 31,979.57 |
| | MERITCARD      MERCH DEP   960000009035908 | | | |
| | 002 000000000031979579000008960 | | | |
| Oct 24 | ACH DEPOSIT | ck/ref no. | 636612 | 26,012.17 |
| | MERITCARD      MERCH DEP   960000009035908 | | | |
| | 002 000000000026012179000008960 | | | |
| Oct 25 | ACH DEPOSIT | ck/ref no. | 687224 | 4,183.75 |
| | MERITCARD      MERCH DEP   960000009035908 | | | |
| | 002 000000000004183759000008960 | | | |
| Oct 25 | DEPOSIT | | | 10,000.00 |
| Oct 26 | ACH DEPOSIT | ck/ref no. | 768317 | 1,627.84 |
| | MERITCARD      MERCH DEP   960000009035908 | | | |
| | 002 000000000001627849000008960 | | | |
| Oct 27 | ACH DEPOSIT | ck/ref no. | 836605 | 581.13 |
| | US FOODSERVICE  VENDOR PAY   102701271030000   *Refund* | | | |
| | ISA*00*           *00*         *01*621418185 | | | |
| | ISA*00*         *00*         *01*621418185      *01*048463 | | | |
| | 400P     *171026*192 | | | |
| | 0012USFOODS-01271030 | | | |
| Oct 27 | ACH DEPOSIT | ck/ref no. | 844224 | 5,271.26 |
| | MERITCARD      MERCH DEP   960000009035908 | | | |
| | 002 00000000005271269000008960 | | | |
| Oct 27 | DEPOSIT | | | 2,500.00 |
| Oct 30 | ACH DEPOSIT | ck/ref no. | 893556 | 9,886.93 |
| | MERITCARD      MERCH DEP   960000009035908 | | | |
| | 002 000000000009886939000008960 | | | |
| Oct 30 | ACH DEPOSIT | ck/ref no. | 914635 | 32,553.00 |
| | MERITCARD      MERCH DEP   960000009035908 | | | |
| | 002 000000000032553009000008960 | | | |
| Oct 31 | ACH DEPOSIT | ck/ref no. | 990125 | 16,364.07 |
| | MERITCARD      MERCH DEP   960000009035908 | | | |
| | 002 000000000016364079000008960 | | | |

**Withdrawals and Other Debits**

| Date | Description | | | Amount |
|---|---|---|---|---|
| Oct 02 | ACH | ck/ref no. | 9411550 | 75.00 |
| | ADP PAYROLL FEES   ADP - FEES   2RMTA  1673588 | | | |

# SIGNATURE BANK

```
                                              Statement Period
                                              From October  01, 2017
                                              To   October  31, 2017
                                              Page     5 of    13

                                              PRIVATE CLIENT GROUP 421
                                              26 COURT STREET
                                              BROOKLYN, NY 11242
                                              SAL MONACO


        PRIME SIX INC. DBA WOODLAND          9-421
        DEBTOR IN POSSESSION
        CASE # 1 17 40104 CEC
        15 BAY 29TH STREET, FLOOR 2
        BROOKLYN NY  11214              999   See Back for Important Information

                                              Primary Account: 1502734241      446
```

| Date | Type | | ck/ref no. | | Amount |
|---|---|---|---|---|---|
| Oct 02 | ACH | | ck/ref no. | 9443679 | 2,461.42 |
| | SWS OF AMERICA | CORP PMT | | 450000000361764 | |
| Oct 03 | ACH | | ck/ref no. | 9558498 | 126.64 |
| | MERITCARD | MERCH CHBK | | 960000009035908 | |
| Oct 03 | ACH | | ck/ref no. | 9521068 | 2,000.00 |
| | AMEX EPAYMENT | ACH PMT | | W0272 | |
| Oct 03 | ACH | | ck/ref no. | 9531780 | 6,000.00 |
| | NYS DTF SALES | TAX PAYMNT | | 000000023641915 | |
| Oct 03 | ACH | | ck/ref no. | 9530499 | 6,217.97 |
| | MERITCARD | FEES | | 960000009035908 | |
| Oct 03 | MISC DEBIT | | | | 7,875.23 |
| Oct 04 | ACH | | ck/ref no. | 9600648 | 1,285.34 |
| | NYS DTF WT | TAX PAYMNT | | 000000023661865 | |
| Oct 04 | ACH | | ck/ref no. | 9619391 | 2,500.00 |
| | CON ED OF NY | INTELL CK | | 611404470800041 | |
| Oct 04 | ACH | | ck/ref no. | 9578765 | 6,212.42 |
| | IRS | USATAXPYMT | | 225767620112562 | |
| Oct 06 | MISC DEBIT | | | | 6,645.14 |
| Oct 10 | ACH | | ck/ref no. | 9839644 | 152.88 |
| | IRS | USATAXPYMT | | 220767921127427 | |
| Oct 10 | ACH | | ck/ref no. | 9853767 | 1,313.80 |
| | SWS OF AMERICA | CORP PMT | | 450000000363399 | |
| Oct 11 | ACH | | ck/ref no. | 9919370 | 50.00 |
| | NYS DTF BILL PYT | TAX PAYMNT | | 000000023813003 | |
| Oct 11 | ACH | | ck/ref no. | 9970218 | 873.32 |
| | TIME WARNER CABL | CABLE PAY | | 0010175010   SPA | |
| Oct 11 | ACH | | ck/ref no. | 9965606 | 1,061.08 |
| | MERITCARD | MERCH CHBK | | 960000009035908 | |
| Oct 11 | ACH | | ck/ref no. | 9924131 | 2,000.00 |
| | AMEX EPAYMENT | ACH PMT | | M4450 | |
| Oct 11 | ACH | | ck/ref no. | 9919414 | 6,000.00 |
| | NYS DTF SALES | TAX PAYMNT | | 000000023805628 | |
| Oct 12 | ACH | | ck/ref no. | 8092 | 1,618.57 |
| | NYS DTF WT | TAX PAYMNT | | 000000023856768 | |
| Oct 12 | ACH | | ck/ref no. | 9335 | 2,500.00 |
| | CON ED OF NY | INTELL CK | | 611404470800041 | |
| Oct 13 | ACH | | ck/ref no. | 110803 | 67.23 |
| | MERITCARD | MERCH CHBK | | 960000009035908 | |
| Oct 16 | ACH | | ck/ref no. | 167102 | 1,688.92 |
| | SWS OF AMERICA | CORP PMT | | 450000000365020 | |

# SIGNATURE BANK

```
                                                    Statement Period
                                                    From October  01, 2017
                                                    To   October  31, 2017
                                                    Page     6 of    13

                                                    PRIVATE CLIENT GROUP 421
                                                    26 COURT STREET
                                                    BROOKLYN, NY 11242
                                                    SAL MONACO


     PRIME SIX INC. DBA WOODLAND           9-421
     DEBTOR IN POSSESSION
     CASE # 1 17 40104 CEC
     15 BAY 29TH STREET, FLOOR 2
     BROOKLYN NY  11214              999         See Back for Important Information

                                  Primary Account: 1502734241       446
```

| Date | | | | | Amount |
|---|---|---|---|---|---|
| Oct 16 | ACH | ck/ref no. | 197813 | | 6,951.21 |
| | EMPIREMERCHANTS | INVOICE(S) | 2980257 | | |
| Oct 17 | ACH | ck/ref no. | 256040 | | 6,000.00 |
| | NYS DTF SALES | TAX PAYMNT | 000000023950801 | | |
| Oct 18 | ACH | ck/ref no. | 303989 | | 50.00 |
| | NYS DTF BILL PYT | TAX PAYMNT | 000000024045892 | hcuts? | |
| Oct 18 | ACH | ck/ref no. | 303990 | | 50.00 |
| | NYS DTF BILL PYT | TAX PAYMNT | 000000024045894 | | |
| Oct 18 | ACH | ck/ref no. | 303988 | | 181.72 |
| | NYS DTF BILL PYT | TAX PAYMNT | 000000024045893 | | |
| Oct 18 | ACH | ck/ref no. | 304206 | | 1,537.75 |
| | NYS DTF WT | TAX PAYMNT | 000000024054703 | | |
| Oct 23 | ACH | ck/ref no. | 467888 | | 1,159.16 |
| | NATIONAL GRID NY | UTILITYPAY | 00182240282 | | |
| Oct 23 | ACH | ck/ref no. | 525157 | | 1,343.54 |
| | SWS OF AMERICA | CORP PMT | 450000000366897 | | |
| Oct 23 | ACH | ck/ref no. | 519904 | | 6,776.41 |
| | EMPIREMERCHANTS | INVOICE(S) | 9666648 | | |
| Oct 24 | ACH | ck/ref no. | 531175 | | 85.66 |
| | VERIZON | PAYMENTREC | 7183993926205 | | |
| Oct 24 | ACH | ck/ref no. | 583472 | | 308.08 |
| | CAROUSEL CHECKS | INTERNET | 043000096274708 | | |
| Oct 24 | ACH | ck/ref no. | 584338 | | 2,500.00 |
| | AMEX EPAYMENT | ACH PMT | M2254 | | |
| Oct 24 | ACH | ck/ref no. | 548037 | | 8,405.62 |
| | NYS DTF SALES | TAX PAYMNT | 000000024244114 | | |
| Oct 25 | ACH | ck/ref no. | 624889 | | 1,592.93 |
| | NYS DTF WT | TAX PAYMNT | 000000024270677 | | |
| Oct 25 | ACH | ck/ref no. | 625794 | | 2,500.00 |
| | CON ED OF NY | INTELL CK | 611404470800041 | | |
| Oct 25 | ACH | ck/ref no. | 593474 | | 6,827.80 |
| | IRS | USATAXPYMT | 225769720847554 | | |
| Oct 25 | ACH | ck/ref no. | 593475 | | 7,141.56 |
| | IRS | USATAXPYMT | 225769720994928 | | |
| Oct 27 | ACH | ck/ref no. | 756649 | | 6,631.97 |
| | US FOODSERVICE | VENDOR PAY | 102601271030000 | | |
| | ISA*00* | *00* | *01*621418185 | | |
| Oct 30 | ACH | ck/ref no. | 812526 | | 1,572.04 |
| | SWS OF AMERICA | CORP PMT | 450000000368743 | | |

# SIGNATURE BANK

```
                                            Statement Period
                                            From October   01, 2017
                                            To   October   31, 2017
                                            Page     7 of    13

                                            PRIVATE CLIENT GROUP 421
                                            26 COURT STREET
                                            BROOKLYN, NY 11242
                                            SAL MONACO


         PRIME SIX INC. DBA WOODLAND           9-421
         DEBTOR IN POSSESSION
         CASE # 1 17 40104 CEC
         15 BAY 29TH STREET, FLOOR 2                      See Back for Important Information
         BROOKLYN NY   11214             999


                                                 Primary Account: 1502734241        446

                                                                               9,445.81

 Oct 30   ACH                 ck/ref no.   843404
          EMPIREMERCHANTS     INVOICE(S)   5682084                              2,500.00
 Oct 31   ACH                 ck/ref no.    908773
          AMEX EPAYMENT       ACH PMT      M5576
```

Checks by Serial Number

| Date | Serial | Amount | Date | Serial | Amount |
|------|--------|--------|------|--------|--------|
| Oct 10 | 7212 | 6,200.00 | Oct 03 | 8928 | 343.36 |
| Oct 03 | 7549 * | 454.00 | Oct 03 | 8929 | 390.04 |
| Oct 02 | 7551 * | 850.00 | Oct 05 | 8930 | 407.75 |
| Oct 11 | 8458 * | 332.77 | Oct 04 | 8931 | 200.36 |
| Oct 03 | 8532 * | 233.57 | Oct 03 | 8932 | 251.69 |
| Oct 10 | 8559 * | 494.64 | Oct 11 | 8933 | 390.97 |
| Oct 11 | 8561 * | 328.02 | Oct 02 | 8934 | 708.62 |
| Oct 03 | 8638 * | 264.31 | Oct 03 | 8935 | 198.36 |
| Oct 02 | 8651 * | 197.63 | Oct 04 | 8936 | 159.26 |
| Oct 10 | 8667 * | 302.96 | Oct 02 | 8937 | 241.42 |
| Oct 03 | 8710 * | 130.00 | Oct 11 | 8938 | 233.51 |
| Oct 10 | 8724 * | 489.94 | Oct 03 | 8939 | 217.71 |
| Oct 10 | 8770 * | 405.56 | Oct 12 | 8941 * | 214.26 |
| Oct 02 | 8778 * | 455.93 | Oct 02 | 8942 | 415.68 |
| Oct 03 | 8794 * | 366.02 | Oct 03 | 8944 * | 122.46 |
| Oct 02 | 8846 * | 352.35 | Oct 02 | 8946 * | 419.41 |
| Oct 03 | 8849 * | 349.01 | Oct 05 | 8948 * | 436.21 |
| Oct 02 | 8851 * | 589.86 | Oct 17 | 8949 | 296.80 |
| Oct 04 | 8852 | 115.11 | Oct 02 | 8950 | 319.19 |
| Oct 03 | 8853 | 271.97 | Oct 02 | 8951 | 540.78 |
| Oct 02 | 8858 * | 198.01 | Oct 05 | 8952 | 544.85 |
| Oct 02 | 8865 * | 294.18 | Oct 03 | 8953 | 376.90 |
| Oct 04 | 8879 * | 201.99 | Oct 03 | 8954 | 329.70 |
| Oct 10 | 8880 | 378.40 | Oct 03 | 8955 | 140.01 |
| Oct 02 | 8887 * | 501.02 | Oct 12 | 8956 | 258.10 |
| Oct 03 | 8897 * | 372.35 | Oct 03 | 8957 | 339.38 |
| Oct 03 | 8909 * | 264.82 | Oct 02 | 8958 | 661.15 |
| Oct 04 | 8914 * | 110.50 | Oct 02 | 8959 | 523.33 |
| Oct 02 | 8922 * | 244.03 | Oct 04 | 8960 | 342.99 |
| Oct 03 | 8923 | 486.21 | Oct 02 | 8961 | 184.24 |
| Oct 02 | 8924 | 757.54 | Oct 10 | 8962 | 303.28 |
| Oct 02 | 8925 | 220.72 | Oct 03 | 8963 | 453.99 |
| Oct 02 | 8926 | 260.03 | Oct 03 | 8964 | 416.20 |
| Oct 02 | 8927 | 457.54 | Oct 03 | 8965 | 230.56 |

 **SIGNATURE BANK**

```
                                            Statement Period
                                            From October  01, 2017
                                            To   October  31, 2017
                                            Page    12 of    13

                                            PRIVATE CLIENT GROUP 421
                                            26 COURT STREET
                                            BROOKLYN, NY 11242
                                            SAL MONACO


     PRIME SIX INC. DBA WOODLAND        9-421
     DEBTOR IN POSSESSION
     CASE # 1 17 40104 CEC
     15 BAY 29TH STREET, FLOOR 2
     BROOKLYN NY   11214              999       See Back for Important Information


                                            Primary Account: 1502734241        446
```

| Date   | Serial Nbr |   Amount | Date   | Serial Nbr |   Amount |
|--------|-----------|----------|--------|-----------|----------|
| Oct 24 | 9312      |   419.42 | Oct 27 | 9377 *    |   679.69 |
| Oct 24 | 9313      |   148.55 | Oct 31 | 9379 *    |   317.82 |
| Oct 23 | 9314      |   469.13 | Oct 31 | 9380      |   638.64 |
| Oct 20 | 9315      |   711.92 | Oct 30 | 9382 *    |   434.19 |
| Oct 23 | 9316      |   108.44 | Oct 31 | 9384 *    |   516.54 |
| Oct 24 | 9317      |   356.01 | Oct 30 | 9385      |   647.18 |
| Oct 27 | 9319 *    | 4,572.00 | Oct 26 | 9386      |   442.29 |
| Oct 20 | 9320      | 7,550.00 | Oct 31 | 9387      |   613.35 |
| Oct 26 | 9321      |   925.83 | Oct 30 | 9388      |   427.11 |
| Oct 26 | 9323 *    |   682.75 | Oct 31 | 9389      |   669.85 |
| Oct 24 | 9324      |   400.00 | Oct 31 | 9390      |   454.60 |
| Oct 31 | 9335 *    | 1,932.29 | Oct 31 | 9392 *    |   292.80 |
| Oct 30 | 9337 *    |   101.86 | Oct 30 | 9393      |   188.44 |
| Oct 31 | 9338      |   757.52 | Oct 31 | 9395 *    |   342.18 |
| Oct 30 | 9339      |   484.94 | Oct 30 | 9398 *    |   338.67 |
| Oct 27 | 9340      |   470.54 | Oct 31 | 9399      |   311.24 |
| Oct 31 | 9342 *    |   348.33 | Oct 30 | 9401 *    |   389.58 |
| Oct 30 | 9343      |   423.27 | Oct 30 | 9403 *    |   469.14 |
| Oct 30 | 9346 *    |   460.85 | Oct 27 | 9404      |   711.91 |
| Oct 30 | 9347      |   534.52 | Oct 31 | 9407 *    |   429.69 |
| Oct 30 | 9348      |   330.86 | Oct 26 | 9409 *    |   273.00 |
| Oct 30 | 9351 *    |   208.61 | Oct 30 | 9410      | 3,325.00 |
| Oct 30 | 9353 *    |   520.36 | Oct 31 | 9411      |   473.00 |
| Oct 30 | 9354      |   503.29 | Oct 26 | 9427 *    |   321.41 |
| Oct 30 | 9357 *    |   249.26 | Oct 26 | 9428      |   135.00 |
| Oct 31 | 9360 *    |   356.31 | Oct 25 | 9430 *    |   750.00 |
| Oct 30 | 9361      |   624.45 | Oct 30 | 9431      | 1,670.00 |
| Oct 30 | 9362      |   392.64 | Oct 30 | 9432      |   500.00 |
| Oct 31 | 9363      |   107.45 | Oct 30 | 9433      |   500.00 |
| Oct 31 | 9366 *    |   468.42 | Oct 30 | 9434      |   850.00 |
| Oct 30 | 9367      |   654.21 | Oct 30 | 9438 *    |   626.00 |
| Oct 30 | 9368      |   536.00 | Oct 31 | 9522 *    |   400.00 |
| Oct 30 | 9371 *    |    89.57 | Oct 31 | 9523      |   186.55 |

* Indicates break in check sequence

# SIGNATURE BANK

```
                                              Statement Period
                                              From October  01, 2017
                                              To   October  31, 2017
                                              Page    13 of    13

                                              PRIVATE CLIENT GROUP 421
                                              26 COURT STREET
                                              BROOKLYN, NY 11242
                                              SAL MONACO


     PRIME SIX INC. DBA WOODLAND        9-421
     DEBTOR IN POSSESSION
     CASE # 1 17 40104 CEC
     15 BAY 29TH STREET, FLOOR 2
     BROOKLYN NY  11214            999             See Back for Important Information


                                              Primary Account: 1502734241       446
```

Daily Balances

| | | | |
|---|---|---|---|
| Sep 30 | 263.13 | Oct 17 | 11,837.41 |
| Oct 02 | 43,048.31 | Oct 18 | 5,458.50 |
| Oct 03 | 30,714.12 | Oct 19 | 9,807.48 |
| Oct 04 | 12,836.72 | Oct 20 | 55.77 |
| Oct 05 | 6,867.83 | Oct 23 | 19,091.93 |
| Oct 06 | 23.87 | Oct 24 | 19,131.30 |
| Oct 10 | 40,769.83 | Oct 25 | 10,772.77 |
| Oct 11 | 13,627.52 | Oct 26 | 7,763.94 |
| Oct 12 | 7,127.12 | Oct 27 | 89.68 |
| Oct 13 | 943.76- | Oct 30 | 14,595.14 |
| Oct 16 | 23,456.15 | Oct 31 | 16,916.68 |

Rates for this statement period - Overdraft
Oct 01, 2017    14.000000 %

PRIME SIX INC
1723 E 12TH STREET
BROOKLYN, NY 11229

## Payroll by Department

| Payroll Item | None | Total |
|---|---:|---:|
| **Earnings** | | |
| BOH SPREAD | 297.00 | 297.00 |
| Credit Card Tips | 42,783.91 | 42,783.91 |
| FOH | 29,389.84 | 29,389.84 |
| FOH OVERTIME | 324.67 | 324.67 |
| FOH SPREAD | 714.45 | 714.45 |
| HOSTESS | 6,456.45 | 6,456.45 |
| HOSTESS OVERTIME | 761.63 | 761.63 |
| HOSTESS SPREAD | 88.00 | 88.00 |
| KITCHEN | 25,337.06 | 25,337.06 |
| KITCHEN OVERTIME | 5,156.27 | 5,156.27 |
| KITCHEN SPREAD | 121.00 | 121.00 |
| Kitchen Salary | 556.60 | 556.60 |
| MANAGEMENT | 8,030.76 | 8,030.76 |
| MANAGEMENT HRLY | 1,760.00 | 1,760.00 |
| MANAGEMENT OVERTIME | 330.00 | 330.00 |
| Reported Cash Tips | 1,664.60 | 1,664.60 |
| Salary | 7,500.00 | 7,500.00 |
| TRAINING | 937.75 | 937.75 |
| **Total Earnings** | 132,209.99 | 132,209.99 |
| **Deductions** | | |
| Reported Cash Tips (offset) | -1,664.61 | -1,664.61 |
| **Total Deductions** | -1,664.61 | -1,664.61 |
| **Taxes** | | |
| Federal Withholding | -7,614.00 | -7,614.00 |
| Medicare Employee | -1,917.13 | -1,917.13 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Social Security Employee | -8,197.07 | -8,197.07 |
| NY - City Resident | -2,685.85 | -2,685.85 |
| NY - Disability | -169.86 | -169.86 |
| NY - Paid Family Leave | -166.62 | -166.62 |
| NY - Withholding | -3,778.58 | -3,778.58 |
| **Total Taxes** | -24,529.11 | -24,529.11 |
| **Net Pay** | 106,016.27 | 106,016.27 |
| **Company Paid Taxes** | | |
| Federal Unemployment | -346.10 | -346.10 |
| Medicare Company | -1,917.13 | -1,917.13 |
| Social Security Company | -8,197.07 | -8,197.07 |
| NY - Disability Company | 0.00 | 0.00 |
| NY - MCTMT (Transit Tax) | -138.86 | -138.86 |
| NY - Re-employment Service Fund | -58.66 | -58.66 |
| NY - Unemployment | -4,539.12 | -4,539.12 |
| **Total Company Paid Taxes** | -15,196.94 | -15,196.94 |

Page 1 of 1    **Payroll by Department**    Oct 1, 2017 - Oct 31, 2017