B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

### Eastern District of New York

In re   Prime Six Inc., d/b/a Woodland NYC            ,          Case No.   117-40104-CEC
                        *Debtor*

                                                Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:   February 2018                     Date filed:   03/21/2018

Line of Business:   RESTAURANT & BAR          NAISC Code:   722511

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

x _____

Original Signature of Responsible Party

Akiva Ofshtein

Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| | | Yes | No |
|---|---|:---:|:---:|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

B 25C (Official Form 25C) (12/08)

14.  HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH?          ☐   ☑

15.  DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH?          ☐   ☑

16.  HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH?          ☐   ☑

17.  HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH?          ☐   ☑

18.  HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY?          ☐   ☑

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX          ☐   ☑
OBLIGATIONS?

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL
BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR
THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH.  THE LIST
SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE
MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL INCOME** | $ | 372,802.80 |
| **SUMMARY OF CASH ON HAND** | | |
| Cash on Hand at Start of Month | $ | 26,844.69 |
| Cash on Hand at End of Month | $ | 25,268.70 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    **TOTAL** | $ | 25,268.70 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK
ACCOUNTS THIS MONTH.  INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE
PURPOSE AND THE AMOUNT.  *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL EXPENSES** | $ | 347,257.29 |

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 372,802.80 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 347,257.29 |
| *(Subtract Line C from Line B)*    **CASH PROFIT FOR THE MONTH** | $ | 25,545.51 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES  $      0.00

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES  $      0.00

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 46 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 60 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?    $    0.00

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?    $    0.00

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?    $    0.00

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?    $    0.00

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180
DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | | Projected | | Actual | | Difference |
|---|---|---|---|---|---|---|
| INCOME | $ | 1,650,000.00 | $ | 1,584,190.69 | $ | -65,809.31 |
| EXPENSES | $ | 1,452,000.00 | $ | 1,726,314.55 | $ | 274,314.55 |
| CASH PROFIT | $ | 198,000.00 | $ | -142,123.86 | $ | -340,123.86 |

| | | |
|---|---|---|
| TOTAL PROJECTED INCOME FOR THE NEXT MONTH: | $ | 380,000.00 |
| TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: | $ | 350,000.00 |
| TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: | $ | 30,000.00 |

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET
WHICH YOU PREPARE INTERNALLY.

4:58 PM

03/20/18

Accrual Basis

# PRIME SIX INC DBA WOODLAND
## Profit & Loss
### February 2018

|  | Feb 18 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Food Sales** | |
| Delivery Deposit | 37.08 |
| **Total Food Sales** | 37.08 |
| **Sales** | 372,765.72 |
| **Total Income** | 372,802.80 |
| **Cost of Goods Sold** | |
| **BAR** | |
| **Beer** | |
| Joyce Beer Gas | 325.00 |
| **Total Beer** | 325.00 |
| **Beverage** | |
| Multi-Flow | 2,031.22 |
| **Total Beverage** | 2,031.22 |
| **Hard Liquor** | |
| Empire Merchants | 21,684.26 |
| Southern Wine and Spirit Liquor | 8,832.92 |
| **Total Hard Liquor** | 30,517.18 |
| **Wine** | |
| Panebianco | 1,500.00 |
| Royal Wine Company | 5,280.00 |
| **Total Wine** | 6,780.00 |
| **Total BAR** | 39,653.40 |
| **Food Purchases** | |
| Bindi | 1,070.65 |
| Eli's Bread | 404.35 |
| Golden Malted | 1,620.00 |
| Jetro | 23,320.00 |
| Orel | 4,587.00 |
| Out of the Blue Seafood | 6,022.62 |
| P East Trading Corp | 270.00 |
| Pat La Frieda | 3,624.58 |
| US Foods | 17,634.51 |
| **Total Food Purchases** | 58,553.71 |
| **Total COGS** | 98,207.11 |
| **Gross Profit** | 274,595.69 |
| **Expense** | |
| **Advertising and Promotion** | |
| DP Sales Distributors, Inc. | 535.15 |
| **Marketing** | |
| Jason Rodriguez | 700.00 |
| **Total Marketing** | 700.00 |
| **Total Advertising and Promotion** | 1,235.15 |
| Amarican Standard HG | 6,281.42 |
| Amex Payment for P6 | 2,000.00 |
| CC commissions | 1,275.73 |

4:58 PM

03/20/18

Accrual Basis

# PRIME SIX INC DBA WOODLAND
## Profit & Loss
### February 2018

|  | Feb 18 |
|---|---|
| **Cleaning** | |
| Auto Chlor | 2,884.04 |
| Porter | 5,000.00 |
| Cleaning - Other | 163.15 |
| **Total Cleaning** | 8,047.19 |
| **Computer and Internet Expenses** | |
| POS Fee | 150.00 |
| **Total Computer and Internet Expenses** | 150.00 |
| **Green Plus Group** | 3,000.00 |
| **Insurance Expense** | |
| Alliance Premium Funding Corp | 1,585.59 |
| Workers Comp | |
| NYSIF Workers Compensation | 3,922.17 |
| **Total Workers Comp** | 3,922.17 |
| **Insurance Expense - Other** | 10,850.00 |
| **Total Insurance Expense** | 16,357.76 |
| **Licenses and Permits** | |
| Liquor licens | |
| New York State Liquor Authority | 8,824.00 |
| Liquor licens - Other | 788.71 |
| **Total Liquor licens** | 9,612.71 |
| **Total Licenses and Permits** | 9,612.71 |
| **Linen** | |
| Acme Linen & Uniform Service | 2,186.20 |
| **Total Linen** | 2,186.20 |
| **Merchant account Fee** | 7,832.65 |
| **Outside Labor 1099** | |
| Event Planing | 1,076.33 |
| Security Company | |
| MAS Security Associates | 25,479.00 |
| **Total Security Company** | 25,479.00 |
| **Total Outside Labor 1099** | 26,555.33 |
| **Payroll Expenses** | 89,603.62 |
| **Professional Fees** | |
| A.E. Willsey Tax & Accounting | 950.00 |
| **Total Professional Fees** | 950.00 |
| **Rent Expense** | 17,447.76 |
| **Repairs and Maintenance** | |
| Nice Plumbing Corp. | 2,640.00 |
| Old Construction Corp | 5,240.00 |
| Pest Control | |
| Intelligent Pest Control | 646.00 |
| **Total Pest Control** | 646.00 |
| **Repairs and Maintenance - Other** | 2,938.16 |
| **Total Repairs and Maintenance** | 11,464.16 |
| **Restaurant Consulting** | 17,251.00 |

4:58 PM
03/20/18
Accrual Basis

# PRIME SIX INC DBA WOODLAND
## Profit & Loss
### February 2018

|  | Feb 18 |
|---|---|
| **Restaurant Supplies** |  |
| Avco | 260.50 |
| United Paper | 247.00 |
| Restaurant Supplies - Other | 210.61 |
| **Total Restaurant Supplies** | 718.11 |
| **Royal IV** | 1,000.00 |
| **Taxes Paid** |  |
| Payroll Taxes |  |
| 940 FUTA Tax | 769.65 |
| 941 FICA Exp | 10,331.85 |
| NYC Commuter tax | 140.33 |
| NYS UI | 8,238.41 |
| Reemployment | 101.29 |
| **Total Payroll Taxes** | 19,581.53 |
| **Total Taxes Paid** | 19,581.53 |
| **Utilities** |  |
| Time Warner Cable | 1,050.04 |
| Verizon | 85.92 |
| Utilities - Other | 2,013.90 |
| **Total Utilities** | 3,149.86 |
| **Wallabout** | 3,000.00 |
| **Total Expense** | 248,700.18 |
| **Net Ordinary Income** | 25,895.51 |
| **Other Income/Expense** |  |
| Other Expense |  |
| Penalty | 350.00 |
| **Total Other Expense** | 350.00 |
| **Net Other Income** | -350.00 |
| **Net Income** | **25,545.51** |

Prime Six Inc. Small Business Monthly Operating Report
February 2018
Footnote

The balance sheet is not part of this operating report, as information necessary to provide an accurate balance is not yet available.

12:30 PM

03/16/18

# Prime Six Inc DBA Woodland 2017
## Reconciliation Summary
### New Checking Signature 4241, Period Ending 02/28/2018

|  | Feb 28, 18 |
|---|---|
| **Beginning Balance** | 26,844.69 |
| Cleared Transactions |  |
| Checks and Payments - 403 items | -362,356.68 |
| Deposits and Credits - 37 items | 360,780.69 |
| **Total Cleared Transactions** | -1,575.99 |
| **Cleared Balance** | 25,268.70 |
| Uncleared Transactions |  |
| Checks and Payments - 131 items | -107,998.91 |
| Deposits and Credits - 1 item | 0.00 |
| **Total Uncleared Transactions** | -107,998.91 |
| **Register Balance as of 02/28/2018** | -82,730.21 |
| New Transactions |  |
| Checks and Payments - 289 items | -258,668.91 |
| Deposits and Credits - 21 items | 203,967.48 |
| **Total New Transactions** | -54,701.43 |
| **Ending Balance** | -137,431.64 |

PRIME SIX INC
1723 E 12TH STREET
BROOKLYN, NY 11229

## Payroll by Department

| Payroll Item | None | Total |
|---|---:|---:|
| **Earnings** | | |
| Credit Card Tips | 45,452.70 | 45,452.70 |
| FOH | 29,965.80 | 29,965.80 |
| FOH OVERTIME | 184.32 | 184.32 |
| FOH SPREAD | 455.00 | 455.00 |
| HOSTESS | 7,861.95 | 7,861.95 |
| HOSTESS OVERTIME | 328.51 | 328.51 |
| HOSTESS SPREAD | 26.00 | 26.00 |
| Hourly Sick | 104.00 | 104.00 |
| KITCHEN | 21,355.05 | 21,355.05 |
| KITCHEN OVERTIME | 4,210.80 | 4,210.80 |
| KITCHEN SPREAD | 442.00 | 442.00 |
| Kitchen Salary | 4,000.00 | 4,000.00 |
| MANAGEMENT | 8,030.76 | 8,030.76 |
| MANAGEMENT HRLY | 2,024.10 | 2,024.10 |
| MANAGEMENT OVERTIME | 0.00 | 0.00 |
| Reported Cash Tips | 1,267.89 | 1,267.89 |
| Salary | 7,750.00 | 7,750.00 |
| TRAINING | 1,597.44 | 1,597.44 |
| **Total Earnings** | 135,056.32 | 135,056.32 |
| | | |
| **Deductions** | | |
| Reported Cash Tips (offset) | -1,267.89 | -1,267.89 |
| **Total Deductions** | -1,267.89 | -1,267.89 |
| | | |
| **Taxes** | | |
| Federal Withholding | -6,935.00 | -6,935.00 |
| Medicare Employee | -1,958.35 | -1,958.35 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Social Security Employee | -8,373.50 | -8,373.50 |
| NY - City Resident | -3,066.65 | -3,066.65 |
| NY - Disability | -140.61 | -140.61 |
| NY - Paid Family Leave | -170.26 | -170.26 |
| NY - Withholding | -4,399.42 | -4,399.42 |
| **Total Taxes** | -25,043.79 | -25,043.79 |
| | | |
| **Net Pay** | 108,744.64 | 108,744.64 |
| | | |
| **Company Paid Taxes** | | |
| Federal Unemployment | -769.65 | -769.65 |
| Medicare Company | -1,958.35 | -1,958.35 |
| Social Security Company | -8,373.50 | -8,373.50 |
| NY - Disability Company | 0.00 | 0.00 |
| NY - MCTMT (Transit Tax) | -140.33 | -140.33 |
| NY - Re-employment Service Fund | -101.29 | -101.29 |
| NY - Unemployment | -8,238.41 | -8,238.41 |
| **Total Company Paid Taxes** | -19,581.53 | -19,581.53 |

**Payroll by Department**                Feb 1, 2018 - Feb 28, 2018

# SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From February  01, 2018
To    February  28, 2018
Page      1 of    12

PRIVATE CLIENT GROUP 421
26 COURT STREET
BROOKLYN, NY 11242
SAL MONACO

PRIME SIX INC. DBA WOODLAND          9-421
DEBTOR IN POSSESSION
CASE # 1 17 40104 CEC
15 BAY 29TH STREET, FLOOR 2
BROOKLYN NY  11214          999

See Back for Important Information

Primary Account: 1502734241        361

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| 1502734241    BANKRUPTCY CHECKING | | 26,844.69 | 25,268.70 |
| | RELATIONSHIP      TOTAL | | 25,268.70 |

 SIGNATURE BANK

Statement Period
From February 01, 2018
To   February 28, 2018
Page   2 of   12

PRIVATE CLIENT GROUP 421
26 COURT STREET
BROOKLYN, NY 11242
SAL MONACO

PRIME SIX INC. DBA WOODLAND          9-421
DEBTOR IN POSSESSION
CASE # 1 17 40104 CEC
15 BAY 29TH STREET, FLOOR 2
BROOKLYN NY  11214             999

See Back for Important Information

Primary Account: 1502734241        361

BANKRUPTCY CHECKING        1502734241

## Summary

| | |
|---|---:|
| Previous Balance as of February  01, 2018 | 26,844.69 |
| 34 Credits | 360,780.69 |
| 403 Debits | 362,356.68 |
| Ending Balance as of   February  28, 2018 | 25,268.70 |

## Deposits and Other Credits

| | | | | |
|---|---|---|---|---:|
| Feb 01 | ACH DEPOSIT | ck/ref no. | 5701198 | 1,657.27 |
| | MERITCARD | MERCH DEP | 960000009035908 | |
| | 002 000000000001657279000008960 | | | |
| Feb 02 | ACH DEPOSIT | ck/ref no. | 5775737 | 5,456.81 |
| | MERITCARD | MERCH DEP | 960000009035908 | |
| | 002 000000000005456819000008960 | | | |
| Feb 05 | ACH DEPOSIT | ck/ref no. | 5845404 | 5,524.45 |
| | MERITCARD | MERCH DEP | 960000009035908 | |
| | 002 000000000005524459000008960 | | | |
| Feb 05 | ACH DEPOSIT | ck/ref no. | 5894477 | 38,316.98 |
| | MERITCARD | MERCH DEP | 960000009035908 | |
| | 002 000000000038316983000008960 | | | |
| Feb 06 | ACH DEPOSIT | ck/ref no. | 5974461 | 16,739.84 |
| | MERITCARD | MERCH DEP | 960000009035908 | |
| | 002 000000000016739843000008960 | | | |
| Feb 06 | DEPOSIT | | | 18,000.00 |
| Feb 07 | ACH DEPOSIT | ck/ref no. | 6044069 | 1,504.95 |
| | MERITCARD | MERCH DEP | 960000009035908 | |
| | 002 000000000001504959000008960 | | | |
| Feb 07 | DEPOSIT | ref# | | 15,000.00 |
| Feb 08 | ACH DEPOSIT | ck/ref no. | 6127091 | 1,874.67 |
| | MERITCARD | MERCH DEP | 960000009035908 | |
| | 002 000000000001874679000008960 | | | |
| Feb 09 | ACH DEPOSIT | ck/ref no. | 6181927 | 2,213.34 |
| | MERITCARD | MERCH DEP | 960000009035908 | |

 **SIGNATURE BANK**

Statement Period
From February 01, 2018
To   February 28, 2018
Page    3 of    12

PRIVATE CLIENT GROUP 421
26 COURT STREET
BROOKLYN, NY 11242
**SAL MONACO**

PRIME SIX INC. DBA WOODLAND          9-421
DEBTOR IN POSSESSION
CASE # 1 17 40104 CEC
15 BAY 29TH STREET, FLOOR 2
BROOKLYN NY  11214           999         See Back for Important Information

Primary Account: 1502734241      361

| Date | Description | | | |
|------|-------------|---|---|------:|
| | 002 0000000000221334000008960 | | | |
| Feb 09 | DEPOSIT | | | 450.00 |
| Feb 12 | ACH DEPOSIT | ck/ref no. | 6273852 | 2,729.41 |
| | MERITCARD | MERCH DEP | 960000009035908 | |
| | 002 0000000000279419000008960 | | | |
| Feb 12 | ACH DEPOSIT | ck/ref no. | 6282428 | 31,257.65 |
| | MERITCARD | MERCH DEP | 960000009035908 | |
| | 002 0000000003125785000008960 | | | |
| Feb 13 | ACH DEPOSIT | ck/ref no. | 6318478 | 22.09 |
| | DOORDASH, INC. | TRANSFER | DOORDASH, INC. | |
| Feb 13 | ACH DEPOSIT | ck/ref no. | 6345568 | 21,301.43 |
| | MERITCARD | MERCH DEP | 960000009035908 | |
| | 002 0000000002130143000008960 | | | |
| Feb 14 | ACH DEPOSIT | ck/ref no. | 6427447 | 4,518.82 |
| | MERITCARD | MERCH DEP | 960000009035908 | |
| | 002 0000000000451882000008960 | | | |
| Feb 14 | DEPOSIT | | | 1,500.00 |
| Feb 14 | DEPOSIT | ref# | | 3,500.00 |
| Feb 15 | ACH DEPOSIT | ck/ref no. | 6509577 | 1,345.64 |
| | MERITCARD | MERCH DEP | 960000009035908 | |
| | 002 0000000001345649000008960 | | | |
| Feb 16 | ACH DEPOSIT | ck/ref no. | 6590622 | 6,711.45 |
| | MERITCARD | MERCH DEP | 960000009035908 | |
| | 002 0000000006711459000008960 | | | |
| Feb 16 | DEPOSIT | | | 1,500.00 |
| Feb 20 | ACH DEPOSIT | ck/ref no. | 6667530 | 5,765.42 |
| | MERITCARD | MERCH DEP | 960000009035908 | |
| | 002 0000000005765428000008960 | | | |
| Feb 20 | ACH DEPOSIT | ck/ref no. | 6697071 | 27,874.43 |
| | MERITCARD | MERCH DEP | 960000009035908 | |
| | 002 0000000002787443000008960 | | | |
| Feb 20 | ACH DEPOSIT | ck/ref no. | 6671818 | 37,507.81 |
| | MERITCARD | MERCH DEP | 960000009035908 | |
| | 002 0000000003759781900008960 | | | |
| Feb 21 | ACH DEPOSIT | ck/ref no. | 6782689 | 5,730.13 |
| | MERITCARD | MERCH DEP | 960000009035908 | |
| | 002 0000000005730139000008960 | | | |
| Feb 21 | DEPOSIT | | | 14,000.00 |



SIGNATURE BANK

PRIVATE CLIENT GROUP 421
26 COURT STREET
BROOKLYN, NY 11242
SAL MONACO

PRIME SIX INC. DBA WOODLAND          9-421
DEBTOR IN POSSESSION
CASE # 1 17 40104 CEC
15 BAY 29TH STREET, FLOOR 2
BROOKLYN NY  11214                    999

See Back for Important Information

Primary Account: 1502734241          361

| Date | Description | | ck/ref no. | Amount |
|---|---|---|---|---|
| Feb 22 | ACH DEPOSIT | | ck/ref no.   6868148 | 3,119.80 |
| | MERITCARD | MERCH DEP | 960000009035908 | |
| | 002 0000000000311980900008960 | | | |
| Feb 23 | ACH DEPOSIT | | ck/ref no.   6936125 | 7,931.54 |
| | MERITCARD | MERCH DEP | 960000009035908 | |
| | 002 0000000000793154900008960 | | | |
| Feb 26 | ACH DEPOSIT | | ck/ref no.   7002303 | 4,817.36 |
| | MERITCARD | XERCH DEP | 960000009035908 | |
| | 002 0000000000481736900008960 | | | |
| Feb 26 | ACH DEPOSIT | | ck/ref no.   7026886 | 35,631.39 |
| | MERITCARD | MERCH DEP | 860000009035908 | |
| | 002 0000000000356313990000008960 | | | |
| Feb 26 | DEPOSIT | | | 13,000.00 |
| Feb 27 | ACH DEPOSIT | | ck/ref no.   7084995 | 14.99 |
| | DOORDASH, INC. | TRANSFER | DOORDASH, INC. | |
| Feb 27 | ACH DEPOSIT | | ck/ref no.   7114553 | 22,356.85 |
| | MERITCARD | MERCH DEP | 960000009035908 | |
| | 002 0000000000223566590000008960 | | | |
| Feb 28 | ACH DEPOSIT | | ck/ref no.   7212426 | 4,906.17 |
| | MERITCARD | MERCH DEP | 960000009035908 | |
| | 002 0000000000490617990000008960 | | | |

Withdrawals and Other Debits

| Date | Description | | ck/ref no. | Amount |
|---|---|---|---|---|
| Feb 01 | ACH | | ck/ref no.   5385734 | 37.17 |
| | MERITCARD | MERCH CHBK | 960000009035908 | |
| Feb 02 | ACH | | ck/ref no.   5656214 | 1,554.51 |
| | SWS OF AMERICA | CORP PMT | 450000000393797 | |
| Feb 02 | ACH | | ck/ref no.   5701964 | 4,376.72 |
| | US FOODSERVICE | VENDOR PAY | 020101277030000 | |
| | ISA*00* | *00* | *01*621418185 | |
| Feb 05 | ACH | | ck/ref no.   5780709 | 150.00 |
| | SUPER PC SYSTEMS | PURCHASE | 43869787 | |
| Feb 05 | ACH | | ck/ref no.   5805897 | 1,809.89 |
| | NYS DTF PROMP WT | TAX PAYMNT | 000000027257025 | |
| Feb 05 | ACH | | ck/ref no.   5715402 | 7,832.65 |
| | MERITCARD | FEES | 960000009035908 | |
| Feb 05 | ACH | | ck/ref no.   5772297 | 9,030.00 |
| | EMPIREMERCHANTS | INVOICE(S) | 2896301 | |
| Feb 06 | ACH | | ck/ref no.   5849175 | 2,318.00 |
| | SWS OF AMERICA | CORP PMT | 450000000394395 | |

# SIGNATURE BANK

Statement Period
From February  01, 2018
To   February  28, 2018
Page    5 of   12

PRIVATE CLIENT GROUP 421
26 COURT STREET
BROOKLYN, NY 11242
SAL MONACO

PRIME SIX INC. DBA WOODLAND            9-421
DEBTOR IN POSSESSION
CASE # 1 17 40104 CEC
15 BAY 25TH STREET, FLOOR 2
BROOKLYN NY  11214               999

See Back for Important Information

Primary Account: 1502734241          361

| Date | Description | | Ref | Amount |
|------|-------------|---|-----|--------|
| Feb 06 | ACH | ck/ref no. | 5814310 | 7,291.52 |
| | IRS | USATAXPYMT | 225843620147258 | |
| Feb 07 | ACH | ck/ref no. | 5928045 | 2,000.00 |
| | AMEX EPAYMENT | ACH PMT | N0718 | |
| Feb 07 | ACH | ck/ref no. | 5901773 | 2,360.29 |
| | NYSINSFNDWRKCMP | 1190000757 | 507725535 | 9,985.13 |
| Feb 08 | MISC DEBIT | | | 50.00 |
| Feb 09 | ACH | ck/ref no. | 6094736 | |
| | NYS DTF BILL PYT | TAX PAYMNT | 90000002742771! | 50.00 |
| Feb 09 | ACH | ck/ref no. | 6094737 | |
| | NYS DTF BILL PYT | TAX PAYMNT | 000000027427712 | 3,290.06 |
| Feb 09 | ACH | ck/ref no. | 6125978 | |
| | US FOODSERVICE | VENDOR PAY | 02080127103000 | |
| | ISA*00* | *00* | *01*621418185 | 1,462.34 |
| Feb 12 | ACH | ck/ref no. | 6170935 | |
| | SWS OF AMERICA | CORP PMT | 4500000000395822 | 1,050.04 |
| Feb 13 | ACH | ck/ref no. | 6253985 | |
| | TIME WARNER CABL | CABLE PAY | 0010175010 SPA | 1,934.96 |
| Feb 13 | ACH | ck/ref no. | 6248161 | |
| | NYS DTF PROMP WT | TAX PAYMNT | 000000027498016 | 1,006.95 |
| Feb 14 | ACH | ck/ref no. | 6334856 | |
| | NATIONALGRID | NATLGRID | CL8224028238C | 4,958.23 |
| Feb 16 | ACH | ck/ref no. | 6529361 | |
| | US FOODSERVICE | VENDOR PAY | 02150127103000 | |
| | ISA*00* | *00* | *01*621418185 | 20.88 |
| Feb 20 | ACH | ck/ref no. | 6589047 | |
| | MERITCARD | MERCH CHBK | 960000009036908 | 1,554.51 |
| Feb 20 | ACH | ck/ref no. | 6565386 | |
| | SWS OF AMERICA | CORP PMT | 4500000000397401 | 2,035.02 |
| Feb 20 | ACH | ck/ref no. | 6574559 | |
| | NYS DTF PROMP WT | TAX PAYMNT | 000000027722659 | 5,991.73 |
| Feb 20 | ACH | ck/ref no. | 6603764 | |
| | EMPIREMERCHANTS | INVOICE(S) | 1078032 | 6,516.20 |
| Feb 20 | ACH | ck/ref no. | 6550727 | |
| | IRS | USATAXPYMT | 270844774920994 | 1,008.95 |
| Feb 21 | ACH | ck/ref no. | 6670850 | |
| | NATIONALGRID | NATLGRID | 018224028238C | 7,528.88 |
| Feb 21 | ACH | ck/ref no. | 6614670 | |
| | IRS | USATAXPYMT | 225845120846714 | |

# SIGNATURE BANK

PRIVATE CLIENT GROUP 421
26 COURT STREET
BROOKLYN, NY 11242
SAL MONACO

PRIME SIX INC. DBA WOODLAND            9-421
DEBTOR IN POSSESSION
CASE # 1 17 40104 CEC
15 BAY 29TH STREET, FLOOR 2
BROOKLYN NY 11214            999            See Back for Important Information

Primary Account: 1502734241          361

| Date | Description | | Ref | Amount |
|---|---|---|---|---|
| Feb 22 | ACH | ck/ref no. | 6753771 | 50.00 |
| | NYS DTF BILL PYT | TAX PAYMNT | 000000027826129 | |
| Feb 22 | ACH | ck/ref no. | 6753772 | 50.00 |
| | NYS DTF BILL PYT | TAX PAYMNT | 000000027826128 | |
| Feb 22 | ACH | ck/ref no. | 6745560 | 85.92 |
| | VERIZON | PAYMENTREC | 7183993926205 | |
| Feb 22 | ACH | ck/ref no. | 6754017 | 6,000.00 |
| | NYS DTF SALES | TAX PAYMNT | 000000027851882 | |
| Feb 23 | ACH | ck/ref no. | 6833687 | 50.00 |
| | NYS DTF BILL PYT | TAX PAYMNT | 000000027896490 | |
| Feb 23 | ACH | ck/ref no. | 6833688 | 50.00 |
| | NYS DTF BILL PYT | TAX PAYMNT | 000000027896489 | |
| Feb 23 | ACH | ck/ref no. | 6833689 | 50.00 |
| | NYS DTF BILL PYT | TAX PAYMNT | 000000027896491 | |
| Feb 26 | ACH | ck/ref no. | 6943296 | 4,192.22 |
| | EMPIREMERCHANTS | INVOICE(S) | 3395252 | |
| Feb 27 | ACH | ck/ref no. | 7012475 | .78 |
| | INTUIT PAYROLL S | QUICKBOOKS | 272373853 | |
| Feb 27 | ACH | ck/ref no. | 7012476 | .81 |
| | INTUIT PAYROLL S | QUICKBOOKS | 272373853 | |
| Feb 27 | ACH | ck/ref no. | 7019536 | 1,927.93 |
| | NYS DTF PROMP WT | TAX PAYMNT | 000000027990141 | |
| Feb 27 | ACH | ck/ref no. | 7022721 | 1,945.56 |
| | SWS OF AMERICA | CORP PMT | 450000000399188 | |
| Feb 27 | ACH | ck/ref no. | 7019452 | 7,000.00 |
| | NYS DTF SALES | TAX PAYMNT | 000000028003897 | |
| Feb 28 | ACH | ck/ref no. | 7114557 | 39.20 |
| | MERITCARD | MERCH CHEX | 9600000009035908 | |
| Feb 28 | ACH | ck/ref no. | 7084077 | 786.71 |
| | NYC DEPT OF FINA | TAXPAYMENT | 1460916200 | |

Checks by Serial Number

| Date | Serial | Amount | Date | Serial | Amount |
|---|---|---|---|---|---|
| Feb 05 | 9289 | 377.87 | Feb 06 | 10267 * | 455.60 |
| Feb 05 | 9378 * | 284.40 | Feb 16 | 10452 * | 544.96 |
| Feb 07 | 9672 * | 442.05 | Feb 12 | 10456 * | 258.94 |
| Feb 07 | 9762 * | 424.30 | Feb 13 | 10498 * | 130.60 |
| Feb 07 | 9856 * | 727.94 | Feb 16 | 10543 * | 479.61 |
| Feb 07 | 9976 * | 134.15 | Feb 05 | 10557 * | 421.02 |
| Feb 06 | 10087 * | 467.07 | Feb 05 | 10572 * | 512.18 |
| Feb 06 | 10183 * | 672.18 | Feb 12 | 10576 * | 146.26 |

# SIGNATURE BANK

Statement Period
From February 01, 2018
To   February 28, 2018
Page    7 of   12

PRIVATE CLIENT GROUP 421
26 COURT STREET
BROOKLYN, NY 11242
SAL MONACO

PRIME SIX INC. DBA WOODLAND          9-421
DEBTOR IN POSSESSION
CASE # 1 17 40104 CEC
15 BAY 29TH STREET, FLOOR 2
BROOKLYN NY  11214          999          See Back for Important Information

Primary Account: 1502734241      261

| Date | Serial Nbr | Amount | Date | Serial Nbr | Amount |
|------|-----------|--------|------|-----------|--------|
| Feb 06 | 10598 * | 107.41 | Feb 14 | 10696 | 373.00 |
| Feb 06 | 10620 * | 760.49 | Feb 07 | 10697 | 1,160.00 |
| Feb 22 | 10621 | 197.22 | Feb 08 | 10698 | 2,000.00 |
| Feb 13 | 10622 | 483.54 | Feb 13 | 10699 | 15.98 |
| Feb 16 | 10624 * | 379.13 | Feb 06 | 10700 | 163.15 |
| Feb 06 | 10627 * | 144.01 | Feb 08 | 10701 | 4,834.00 |
| Feb 01 | 10635 * | 688.14 | Feb 06 | 10703 * | 701.96 |
| Feb 05 | 10637 * | 371.13 | Feb 06 | 10704 | 220.53 |
| Feb 02 | 10639 * | 538.34 | Feb 06 | 10705 | 786.10 |
| Feb 01 | 10641 * | 620.67 | Feb 06 | 10706 | 437.90 |
| Feb 05 | 10645 * | 435.75 | Feb 06 | 10707 | 349.23 |
| Feb 08 | 10649 * | 695.42 | Feb 05 | 10708 | 646.62 |
| Feb 01 | 10661 * | 4,258.00 | Feb 07 | 10709 | 388.95 |
| Feb 07 | 10663 * | 260.00 | Feb 07 | 10710 | 561.77 |
| Feb 07 | 10666 * | 648.60 | Feb 05 | 10711 | 118.47 |
| Feb 08 | 10667 | 76.00 | Feb 07 | 10712 | 356.43 |
| Feb 08 | 10668 | 650.75 | Feb 05 | 10713 | 370.75 |
| Feb 06 | 10669 | 2,022.50 | Feb 06 | 10714 | 416.15 |
| Feb 06 | 10670 | 1,059.80 | Feb 05 | 10715 | 372.90 |
| Feb 08 | 10671 | 1,565.59 | Feb 09 | 10716 | 662.18 |
| Feb 06 | 10672 | 428.01 | Feb 13 | 10717 | 443.48 |
| Feb 14 | 10673 | 12,324.43 | Feb 05 | 10718 | 650.15 |
| Feb 06 | 10676 * | 396.20 | Feb 05 | 10719 | 483.94 |
| Feb 01 | 10678 * | 1,550.00 | Feb 06 | 10720 | 664.79 |
| Feb 02 | 10680 * | 2,620.00 | Feb 05 | 10721 | 398.88 |
| Feb 05 | 10681 | 586.62 | Feb 06 | 10722 | 454.09 |
| Feb 09 | 10682 | 3,320.00 | Feb 21 | 10723 | 637.40 |
| Feb 13 | 10683 | 103.70 | Feb 22 | 10724 | 121.15 |
| Feb 14 | 10684 | 1,660.00 | Feb 13 | 10725 | 614.41 |
| Feb 15 | 10685 | 510.04 | Feb 02 | 10726 | 752.04 |
| Feb 15 | 10686 | 91.00 | Feb 05 | 10727 | 501.81 |
| Feb 05 | 10687 | 2,640.00 | Feb 06 | 10728 | 663.58 |
| Feb 06 | 10688 | 317.18 | Feb 06 | 10730 * | 517.21 |
| Feb 06 | 10689 | 1,000.00 | Feb 05 | 10731 | 745.80 |
| Feb 16 | 10690 | 2,795.00 | Feb 05 | 10732 | 759.88 |
| Feb 05 | 10691 | 628.93 | Feb 06 | 10733 | 213.08 |
| Feb 07 | 10693 * | 634.77 | Feb 02 | 10734 | 452.45 |
| Feb 21 | 10694 | 210.61 | Feb 07 | 10734 | 452.45 |
| Feb 21 | 10695 | 247.00 | Feb 12 | 10735 | 437.26 |

# SIGNATURE BANK

Statement Period
From February  01, 2018
To   February  28, 2018
Page    8 of   12

PRIVATE CLIENT GROUP 421
26 COURT STREET
BROOKLYN, NY 11242
SAL MONACO

PRIME SIX INC. DBA WOODLAND            9-421
DEBTOR IN POSSESSION
CASE # 1 17 40104 CEC
15 BAY 29TH STREET, FLOOR 2
BROOKLYN NY  11214            999            See Back for Important Information

Primary Account: 1502734241      361

| Date | Serial Nbr | Amount | Date | Serial Nbr | Amount |
|------|-----------|--------|------|-----------|--------|
| Feb 07 | 10736 | 318.03 | Feb 13 | 10777 | 257.10 |
| Feb 08 | 10737 | 794.95 | Feb 12 | 10778 | 786.08 |
| Feb 05 | 10738 | 616.47 | Feb 13 | 10779 | 536.37 |
| Feb 21 | 10739 | 501.73 | Feb 13 | 10780 | 279.67 |
| Feb 07 | 10740 | 725.44 | Feb 09 | 10781 | 519.04 |
| Feb 05 | 10741 | 601.28 | Feb 15 | 10782 | 248.00 |
| Feb 05 | 10742 | 697.11 | Feb 13 | 10783 | 519.27 |
| Feb 06 | 10743 | 605.86 | Feb 13 | 10784 | 323.69 |
| Feb 05 | 10744 | 446.29 | Feb 14 | 10785 | 352.20 |
| Feb 06 | 10745 | 624.48 | Feb 26 | 10786 | 320.26 |
| Feb 05 | 10746 | 426.72 | Feb 13 | 10787 | 414.70 |
| Feb 06 | 10747 | 656.93 | Feb 12 | 10788 | 332.15 |
| Feb 02 | 10748 | 773.39 | Feb 13 | 10789 | 346.88 |
| Feb 06 | 10749 | 535.88 | Feb 13 | 10790 | 602.22 |
| Feb 07 | 10750 | 149.83 | Feb 13 | 10791 | 69.97 |
| Feb 06 | 10751 | 444.49 | Feb 13 | 10792 | 521.82 |
| Feb 06 | 10752 | 342.82 | Feb 13 | 10793 | 437.12 |
| Feb 08 | 10753 | 654.86 | Feb 28 | 10794 | 574.81 |
| Feb 08 | 10754 | 270.24 | Feb 12 | 10795 | 272.20 |
| Feb 07 | 10755 | 319.61 | Feb 13 | 10796 | 394.03 |
| Feb 05 | 10756 | 276.73 | Feb 21 | 10797 | 684.76 |
| Feb 05 | 10757 | 482.20 | Feb 22 | 10798 | 337.16 |
| Feb 02 | 10758 | 731.32 | Feb 13 | 10799 | 709.85 |
| Feb 05 | 10759 | 453.25 | Feb 09 | 10800 | 752.04 |
| Feb 07 | 10760 | 178.65 | Feb 09 | 10801 | 298.43 |
| Feb 07 | 10761 | 83.47 | Feb 13 | 10802 | 643.72 |
| Feb 05 | 10762 | 650.00 | Feb 13 | 10803 | 487.88 |
| Feb 05 | 10763 | 1,670.00 | Feb 13 | 10804 | 674.20 |
| Feb 07 | 10764 | 500.00 | Feb 12 | 10805 | 653.01 |
| Feb 07 | 10765 | 500.00 | Feb 22 | 10806 | 398.22 |
| Feb 06 | 10766 | 1,500.00 | Feb 14 | 10807 | 509.78 |
| Feb 13 | 10769 * | 1,000.00 | Feb 16 | 10808 | 484.03 |
| Feb 05 | 10770 | 651.00 | Feb 13 | 10809 | 339.42 |
| Feb 02 | 10771 | 223.80 | Feb 13 | 10810 | 640.83 |
| Feb 20 | 10772 | 438.50 | Feb 12 | 10811 | 703.42 |
| Feb 13 | 10773 | 361.98 | Feb 22 | 10812 | 526.74 |
| Feb 06 | 10774 | 196.99 | Feb 20 | 10813 | 625.15 |
| Feb 06 | 10775 | 952.24 | Feb 14 | 10814 | 853.82 |
| Feb 20 | 10776 | 206.50 | Feb 12 | 10815 | 761.36 |

# SIGNATURE BANK

PRIVATE CLIENT GROUP 421
26 COURT STREET
BROOKLYN, NY 11242
SAL MONACO

PRIME SIX INC. DBA WOODLAND          9-421
DEBTOR IN POSSESSION
CASE # 1 17 40104 CEC
15 BAY 29TH STREET, FLOOR 2
BROOKLYN NY  11214              999

See Back for Important Information

Primary Account: 1502734241      361

| Date | Serial Nbr | Amount | Date | Serial Nbr | Amount |
|------|-----------|--------|------|-----------|--------|
| Feb 13 | 10816 | 579.33 | Feb 28 | 10857 | 500.00 |
| Feb 08 | 10817 | 446.29 | Feb 20 | 10858 | 850.00 |
| Feb 13 | 10818 | 624.49 | Feb 21 | 10859 | 224.58 |
| Feb 13 | 10819 | 472.39 | Feb 21 | 10860 | 786.08 |
| Feb 14 | 10820 | 651.66 | Feb 20 | 10861 | 414.42 |
| Feb 12 | 10821 | 624.96 | Feb 21 | 10862 | 350.05 |
| Feb 14 | 10822 | 469.21 | Feb 16 | 10863 | 542.88 |
| Feb 12 | 10823 | 204.61 | Feb 22 | 10864 | 235.25 |
| Feb 14 | 10824 | 360.69 | Feb 20 | 10866 * | 451.83 |
| Feb 12 | 10825 | 418.41 | Feb 27 | 10867 | 214.65 |
| Feb 26 | 10826 | 416.50 | Feb 26 | 10868 | 124.46 |
| Feb 13 | 10827 | 298.60 | Feb 20 | 10869 | 538.80 |
| Feb 13 | 10828 | 291.91 | Feb 21 | 10870 | 235.14 |
| Feb 13 | 10829 | 492.19 | Feb 21 | 10871 | 504.16 |
| Feb 09 | 10830 | 731.33 | Feb 22 | 10872 | 403.75 |
| Feb 13 | 10831 | 571.15 | Feb 22 | 10873 | 281.08 |
| Feb 14 | 10832 | 491.66 | Feb 21 | 10874 | 290.94 |
| Feb 12 | 10833 | 1,670.00 | Feb 23 | 10875 | 499.80 |
| Feb 14 | 10834 | 500.00 | Feb 21 | 10876 | 421.58 |
| Feb 12 | 10836 * | 850.00 | Feb 28 | 10877 | 730.10 |
| Feb 13 | 10837 | 1,500.00 | Feb 20 | 10878 | 437.52 |
| Feb 15 | 10838 | 3,879.00 | Feb 20 | 10879 | 227.95 |
| Feb 09 | 10839 | 585.00 | Feb 20 | 10880 | 581.38 |
| Feb 15 | 10840 | 456.10 | Feb 22 | 10881 | 198.89 |
| Feb 16 | 10841 | 750.00 | Feb 21 | 10883 * | 752.04 |
| Feb 16 | 10842 | 183.98 | Feb 20 | 10884 | 145.38 |
| Feb 14 | 10843 | 79.34 | Feb 20 | 10885 | 315.76 |
| Feb 15 | 10844 | 220.00 | Feb 20 | 10886 | 468.00 |
| Feb 21 | 10845 | 400.00 | Feb 21 | 10887 | 523.80 |
| Feb 27 | 10846 | 130.00 | Feb 21 | 10888 | 716.96 |
| Feb 14 | 10847 | 241.06 | Feb 20 | 10889 | 730.19 |
| Feb 13 | 10848 | 2,231.83 | Feb 22 | 10890 | 210.27 |
| Feb 13 | 10849 | 1,139.63 | Feb 22 | 10891 | 469.35 |
| Feb 20 | 10850 | 600.00 | Feb 21 | 10892 | 515.33 |
| Feb 22 | 10851 | 4,442.00 | Feb 22 | 10893 | 337.59 |
| Feb 22 | 10852 | 4,382.00 | Feb 21 | 10894 | 614.39 |
| Feb 13 | 10853 | 8,358.29 | Feb 20 | 10895 | 433.83 |
| Feb 16 | 10855 * | 1,670.00 | Feb 22 | 10896 | 456.25 |
| Feb 28 | 10856 | 500.00 | Feb 21 | 10897 | 627.39 |

 SIGNATURE BANK

Statement Period
From February 01, 2018
To   February 28, 2018
Page   10 of  12

PRIVATE CLIENT GROUP 421
26 COURT STREET
BROOKLYN, NY 11242
SAL MONACO

PRIME SIX INC. DBA WOODLAND          9-421
DEBTOR IN POSSESSION
CASE # 1 17 40104 CEC
15 BAY 29TH STREET, FLOOR 2
BROOKLYN NY  11214              999          See Back for Important Information

Primary Account: 1502734241       361

| Date | Serial Nbr | Amount | Date | Serial Nbr | Amount |
|------|-----------|--------|------|-----------|--------|
| Feb 22 | 10898 | 607.25 | Feb 27 | 10939 | 277.83 |
| Feb 20 | 10899 | 686.95 | Feb 23 | 10940 | 91.00 |
| Feb 21 | 10900 | 552.77 | Feb 27 | 10942 * | 500.00 |
| Feb 16 | 10901 | 448.29 | Feb 21 | 10951 * | 2,655.00 |
| Feb 21 | 10902 | 624.48 | Feb 16 | 10952 | 210.00 |
| Feb 20 | 10903 | 421.32 | Feb 21 | 10953 | 48.00 |
| Feb 22 | 10905 * | 648.59 | Feb 20 | 10954 | 2,500.00 |
| Feb 20 | 10906 | 643.75 | Feb 21 | 10955 | 532.27 |
| Feb 21 | 10907 | 429.17 | Feb 23 | 10956 | 1,539.00 |
| Feb 22 | 10908 | 314.79 | Feb 22 | 10957 | 107.25 |
| Feb 21 | 10909 | 358.90 | Feb 21 | 10958 | 500.00 |
| Feb 21 | 10910 | 276.59 | Feb 26 | 10959 | 232.76 |
| Feb 26 | 10911 | 588.38 | Feb 28 | 10960 | 786.10 |
| Feb 21 | 10912 | 273.00 | Feb 26 | 10961 | 525.62 |
| Feb 27 | 10913 | 263.68 | Feb 28 | 10962 | 341.94 |
| Feb 22 | 10914 | 246.44 | Feb 27 | 10963 | 573.85 |
| Feb 20 | 10915 | 356.65 | Feb 28 | 10964 | 251.34 |
| Feb 20 | 10916 | 482.20 | Feb 28 | 10965 | 490.12 |
| Feb 16 | 10917 | 731.32 | Feb 26 | 10966 | 278.06 |
| Feb 20 | 10918 | 650.13 | Feb 27 | 10967 | 197.02 |
| Feb 20 | 10919 | 429.95 | Feb 27 | 10968 | 310.98 |
| Feb 20 | 10920 | 248.61 | Feb 27 | 10969 | 305.42 |
| Feb 16 | 10921 | 952.95 | Feb 26 | 10970 | 478.02 |
| Feb 20 | 10922 | 488.52 | Feb 27 | 10974 * | 246.81 |
| Feb 23 | 10923 | 3,964.00 | Feb 26 | 10975 | 503.23 |
| Feb 22 | 10924 | 453.80 | Feb 27 | 10976 | 393.16 |
| Feb 23 | 10925 | 1,422.94 | Feb 28 | 10977 | 477.70 |
| Feb 21 | 10926 | 131.70 | Feb 26 | 10978 | 361.69 |
| Feb 23 | 10927 | 184.35 | Feb 28 | 10979 | 451.72 |
| Feb 26 | 10928 | 1,803.00 | Feb 27 | 10985 * | 230.70 |
| Feb 21 | 10929 | 1,165.63 | Feb 26 | 10986 | 508.45 |
| Feb 28 | 10930 | 994.54 | Feb 28 | 10987 | 423.91 |
| Feb 15 | 10932 * | 500.00 | Feb 27 | 10988 | 570.29 |
| Feb 22 | 10933 | 1,107.97 | Feb 28 | 10989 | 602.77 |
| Feb 22 | 10934 | 2,000.00 | Feb 28 | 10990 | 34.67 |
| Feb 20 | 10935 | 500.00 | Feb 28 | 10992 * | 437.32 |
| Feb 22 | 10936 | 713.62 | Feb 28 | 10993 | 255.93 |
| Feb 22 | 10937 | 269.50 | Feb 23 | 10995 * | 669.30 |
| Feb 23 | 10938 | 233.84 | Feb 27 | 10996 | 491.96 |

_Signature_ | SIGNATURE BANK

Statement Period
From February 01, 2018
To   February 28, 2018
Page    11 of   12

PRIVATE CLIENT GROUP 421
26 COURT STREET
BROOKLYN, NY 11242
SAL MONACO

PRIME SIX INC. DBA WOODLAND          9-421
DEBTOR IN POSSESSION
CASE # 1 17 40104 CEC
15 BAY 29TH STREET, FLOOR 2
BROOKLYN NY  11214              999

See Back for Important Information

Primary Account: 1502734241      361

| Date | Serial Nbr | Amount | Date | Serial Nbr | Amount |
|------|-----------|--------|------|-----------|--------|
| Feb 27 | 10997 | 570.52 | Feb 26 | 11016 | 384.27 |
| Feb 26 | 10998 | 651.01 | Feb 23 | 11017 | 1,670.00 |
| Feb 27 | 10999 | 445.28 | Feb 26 | 11020 * | 850.00 |
| Feb 22 | 11000 | 446.29 | Feb 28 | 11021 | 1,000.00 |
| Feb 27 | 11001 | 624.49 | Feb 28 | 11022 | 432.60 |
| Feb 23 | 11002 | 421.30 | Feb 28 | 11025 * | 400.00 |
| Feb 27 | 11004 * | 670.54 | Feb 27 | 11028 * | 1,227.35 |
| Feb 23 | 11005 | 629.44 | Feb 23 | 11030 * | 257.53 |
| Feb 27 | 11006 | 431.23 | Feb 27 | 11032 * | 4,000.00 |
| Feb 27 | 11007 | 337.43 | Feb 28 | 11033 | 2,930.00 |
| Feb 28 | 11009 * | 243.85 | Feb 27 | 11041 * | 730.00 |
| Feb 27 | 11010 | 288.74 | Feb 23 | 11042 | 100.00 |
| Feb 26 | 11011 | 231.68 | Feb 26 | 11043 | 1,569.00 |
| Feb 28 | 11012 | 248.12 | Feb 26 | 11044 | 14.99 |
| Feb 26 | 11013 | 569.13 | Feb 27 | 11046 * | 500.00 |
| Feb 23 | 11014 | 731.33 | Feb 27 | 11047 | 1,000.00 |
| Feb 27 | 11015 | 518.99 | | | |

* Indicates break in check sequence

Daily Balances

| Date | Balance | Date | Balance |
|------|---------|------|---------|
| Jan 31 | 26,844.69 | Feb 14 | 5,057.99 |
| Feb 01 | 21,347.95 | Feb 15 | 37.51 |
| Feb 02 | 14,782.22 | Feb 16 | 6,879.42- |
| Feb 05 | 25,208.45 | Feb 20 | 32,083.82 |
| Feb 06 | 24,793.94 | Feb 21 | 26,143.43 |
| Feb 07 | 27,992.70 | Feb 22 | 3,173.81 |
| Feb 08 | 8,202.50 | Feb 23 | 80.52 |
| Feb 09 | 13.81 | Feb 26 | 37,733.71 |
| Feb 12 | 23,952.95 | Feb 27 | 33,179.35 |
| Feb 13 | 15,552.38 | Feb 28 | 25,268.70 |

# Signature | SIGNATURE BANK

Statement Period
From February  01, 2018
To   February  28, 2018
Page    12 of   12

PRIVATE CLIENT GROUP 421
26 COURT STREET
BROOKLYN, NY 11242
SAL MONACO

PRIME SIX INC. DBA WOODLAND          9-421
DEBTOR IN POSSESSION
CASE # 1 17 40104 CEC
15 BAY 29TH STREET, FLOOR 2
BROOKLYN NY  11214          999

See Back for Important Information

Primary Account: 1502734241        361

Rates for this statement period - Overdraft
Feb 01, 2018   14.250000 %