B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

## Eastern District of New York

In re  Prime Six Inc., d/b/a Woodland NYC          ,
           *Debtor*

Case No.  117-40104-CEC

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:  March 2018

Line of Business:  RESTAURANT & BAR

Date filed:  04/16/2018

NAISC Code:  722511

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

x  *Akiva Ofshtein*

Original Signature of Responsible Party

Akiva Ofshtein

Printed Name of Responsible Party

| **Questionnaire:** *(All questions to be answered on behalf of the debtor.)* | Yes | No |
|---|---|---|
| 1. IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

Case 1-17-40104-cec    Doc 147    Filed 04/16/18    Entered 04/16/18 17:39:56

Page 2

B 25C (Official Form 25C) (12/08)

| | | No | Yes |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?          ☐  ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH.  THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL INCOME** | $ | 466,240.46 |

### SUMMARY OF CASH ON HAND

| | | |
|---|---|---|
| Cash on Hand at Start of Month | $ | 25,268.70 |
| Cash on Hand at End of Month | $ | 3,653.00 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU  **TOTAL** | $ | 3,653.00 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH.  INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT.  *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL EXPENSES** | $ | 361,159.32 |

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 466,240.46 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 361,159.32 |
| *(Subtract Line C from Line B)*  **CASH PROFIT FOR THE MONTH** | $ | 105,081.14 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID.  THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ 0.00

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD.  YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ 0.00

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? 46

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? 59

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ 0.00

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ 0.00

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ 0.00

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ 0.00

B 25C (Official Form 25C) (12/08)

# PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | | Projected | | Actual | | Difference |
|---|---|---|---|---|---|---|
| INCOME | $ | 1,650,000.00 | $ | 1,584,190.69 | $ | -65,809.31 |
| EXPENSES | $ | 1,452,000.00 | $ | 1,726,314.55 | $ | 274,314.55 |
| CASH PROFIT | $ | 198,000.00 | $ | -142,123.86 | $ | -340,123.86 |

| | | |
|---|---|---|
| TOTAL PROJECTED INCOME FOR THE NEXT MONTH: | $ | 450,000.00 |
| TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: | $ | 360,000.00 |
| TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: | $ | 90,000.00 |

# ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.

4:16 PM

04/16/18

Accrual Basis

# PRIME SIX INC DBA WOODLAND
## Profit & Loss
### March 2018

|  | Mar 18 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 466,240.46 |
| **Total Income** | 466,240.46 |
| **Cost of Goods Sold** | |
| **BAR** | |
| **Beer** | |
| Joyce Beer Gas | 325.00 |
| SKI Beer Corp | 81.67 |
| **Total Beer** | 406.67 |
| **Beverage** | |
| Multi-Flow | 3,126.66 |
| **Total Beverage** | 3,126.66 |
| **Hard Liquor** | |
| Empire Merchants | 36,202.50 |
| Southern Wine and Spirit Liquor | 26,951.69 |
| **Total Hard Liquor** | 63,154.19 |
| Park Street Imports | 904.80 |
| **Wine** | |
| Panebianco | 2,598.25 |
| **Total Wine** | 2,598.25 |
| **Total BAR** | 70,190.57 |
| **Food Purchases** | |
| Bindi | 705.73 |
| Eli's Bread | 586.35 |
| Golden Malted | 1,620.00 |
| Jetro | 21,409.19 |
| Orel | 7,131.00 |
| Out of the Blue Seafood | 6,167.67 |
| P East Trading Corp | 405.00 |
| Pat La Frieda | 2,091.79 |
| US Foods | 18,070.91 |
| **Total Food Purchases** | 58,187.64 |
| **Total COGS** | 128,378.21 |
| **Gross Profit** | 337,862.25 |
| **Expense** | |
| **Advertising and Promotion** | |
| Craiglist | 90.00 |
| **Marketing** | |
| Adobe | 106.60 |
| Jason Rodriguez | 900.00 |
| **Total Marketing** | 1,006.60 |
| Resy | 411.54 |
| Advertising and Promotion - Other | 800.00 |
| **Total Advertising and Promotion** | 2,308.14 |
| Amarican Standard HG | 4,219.45 |
| Amazon | 963.72 |
| Bookkeeping | 900.00 |

4:16 PM

04/16/18

Accrual Basis

# PRIME SIX INC DBA WOODLAND
## Profit & Loss
### March 2018

|  | Mar 18 |
|---|---|
| **Cleaning** |  |
| Auto Chlor | 1,461.10 |
| Porter | 4,200.00 |
| **Total Cleaning** | 5,661.10 |
| **Draft Lines** |  |
| Inwood Draft Systems | 225.00 |
| **Total Draft Lines** | 225.00 |
| **Dues & Subscriptions** | 45.00 |
| **Garbage** |  |
| Five Star Carting INC | 1,099.64 |
| **Total Garbage** | 1,099.64 |
| **Green Plus Group** | 16,766.00 |
| **Insurance Expense** |  |
| Alliance Premium Funding Corp | 1,565.59 |
| Workers Comp |  |
| NYSIF Workers Compensation | 2,148.35 |
| Special Fund For Disability Ben | 2,276.00 |
| **Total Workers Comp** | 4,424.35 |
| **Total Insurance Expense** | 5,989.94 |
| **Licenses and Permits** | 500.00 |
| **Linen** |  |
| Acme Linen & Uniform Service | 2,595.00 |
| **Total Linen** | 2,595.00 |
| **Managment Expense** | 1,550.00 |
| **Merchant account Fee** | 6,406.02 |
| **NYS Corp Tax** | 1,000.00 |
| **Outside Labor 1099** |  |
| Event Planing | 2,213.90 |
| Security Company |  |
| MAS Security Associates | 18,117.00 |
| **Total Security Company** | 18,117.00 |
| **Total Outside Labor 1099** | 20,330.90 |
| **Payroll Expenses** | 95,381.75 |
| **Rent Expense** | 16,773.18 |
| **Repairs and Maintenance** |  |
| H&S Hood and Duct Cleaning | 382.00 |
| Pest Control |  |
| Intelligent Pest Control | 455.00 |
| **Total Pest Control** | 455.00 |
| **Repairs and Maintenance - Other** | 1,000.00 |
| **Total Repairs and Maintenance** | 1,837.00 |
| **Restaurant Consulting** |  |
| Zamboni INC | 3,070.00 |
| Restaurant Consulting - Other | 15,605.00 |
| **Total Restaurant Consulting** | 18,675.00 |
| **Restaurant Supplies** |  |
| Avco | 500.50 |
| M Tucker | 425.40 |

4:16 PM

04/16/18

Accrual Basis

# PRIME SIX INC DBA WOODLAND
## Profit & Loss
### March 2018

|  | Mar 18 |
|---|---|
| United Paper | 247.00 |
| Restaurant Supplies - Other | 1,109.55 |
| **Total Restaurant Supplies** | 2,282.45 |
| Taxes Paid | |
| Payroll Taxes | |
| 940 FUTA Tax | 514.22 |
| 941 FICA Exp | 11,257.83 |
| NYC Commuter tax | 154.76 |
| NYS UI | 4,653.05 |
| **Total Payroll Taxes** | 16,579.86 |
| **Total Taxes Paid** | 16,579.86 |
| Utilities | |
| ConEd | 5,656.00 |
| Gas | |
| National Grid | 3,889.11 |
| **Total Gas** | 3,889.11 |
| Time Warner Cable | 1,060.93 |
| Verizon | 85.92 |
| **Total Utilities** | 10,691.96 |
| **Total Expense** | 232,781.11 |
| **Net Ordinary Income** | 105,081.14 |

Prime Six Inc. Small Business Monthly Operating Report
March 2018
Footnote

The balance sheet is not part of this operating report, as information necessary to provide an accurate balance is not yet available.

# PRIME SIX INC DBA WOODLAND
## Reconciliation Summary
### New Checking Signature 4241, Period Ending 03/31/2018

|  | Mar 31, 18 |
|---|---|
| **Beginning Balance** | 25,268.70 |
| **Cleared Transactions** |  |
| Checks and Payments - 436 items | -436,739.52 |
| Deposits and Credits - 46 items | 415,123.82 |
| **Total Cleared Transactions** | -21,615.70 |
| **Cleared Balance** | 3,653.00 |
| **Uncleared Transactions** |  |
| Checks and Payments - 118 items | -96,973.55 |
| Deposits and Credits - 2 items | 0.00 |
| **Total Uncleared Transactions** | -96,973.55 |
| **Register Balance as of 03/31/2018** | -93,320.55 |
| **New Transactions** |  |
| Checks and Payments - 285 items | -212,750.98 |
| Deposits and Credits - 22 items | 179,283.60 |
| **Total New Transactions** | -33,467.38 |
| **Ending Balance** | -126,787.93 |

PRIME SIX INC
15 BAY 29TH STREET,2ND FLOOR
BROOKLYN, NY 11229

## Payroll by Department

| Payroll Item | None | Total |
|---|---:|---:|
| **Earnings** | | |
| Bonus | 98.11 | 98.11 |
| Credit Card Tips | 51,779.80 | 51,779.80 |
| FOH | 29,932.46 | 29,932.46 |
| FOH OVERTIME | 222.61 | 222.61 |
| FOH SPREAD | 390.00 | 390.00 |
| HOSTESS | 7,208.30 | 7,208.30 |
| HOSTESS OVERTIME | 426.38 | 426.38 |
| HOSTESS SPREAD | 0.00 | 0.00 |
| Hourly Sick | 312.00 | 312.00 |
| KITCHEN | 26,114.95 | 26,114.95 |
| KITCHEN OVERTIME | 5,786.19 | 5,786.19 |
| KITCHEN SPREAD | 689.00 | 689.00 |
| Kitchen Salary | 1,000.00 | 1,000.00 |
| MANAGEMENT | 8,030.76 | 8,030.76 |
| MANAGEMENT HRLY | 2,022.80 | 2,022.80 |
| MANAGEMENT OVERTIME | 0.00 | 0.00 |
| Reported Cash Tips | 1,369.74 | 1,369.74 |
| Salary | 10,600.00 | 10,600.00 |
| TRAINING | 1,178.45 | 1,178.45 |
| **Total Earnings** | 147,161.55 | 147,161.55 |
| | | |
| **Deductions** | | |
| Reported Cash Tips (offset) | -1,369.74 | -1,369.74 |
| **Total Deductions** | -1,369.74 | -1,369.74 |
| | | |
| **Taxes** | | |
| Federal Withholding | -8,152.00 | -8,152.00 |
| Medicare Employee | -2,133.81 | -2,133.81 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Social Security Employee | -9,124.02 | -9,124.02 |
| NY - City Resident | -3,491.60 | -3,491.60 |
| NY - Disability | -149.07 | -149.07 |
| NY - Paid Family Leave | -185.46 | -185.46 |
| NY - Withholding | -4,996.40 | -4,996.40 |
| **Total Taxes** | -28,232.36 | -28,232.36 |
| **Net Pay** | 117,559.45 | 117,559.45 |
| | | |
| **Direct Deposit** | | |
| Direct Deposit | -1,045.39 | -1,045.39 |
| **Total Direct Deposit** | -1,045.39 | -1,045.39 |
| | | |
| **Company Paid Taxes** | | |
| Federal Unemployment | -514.22 | -514.22 |
| Medicare Company | -2,133.81 | -2,133.81 |
| Social Security Company | -9,124.02 | -9,124.02 |
| NY - Disability Company | 0.00 | 0.00 |
| NY - MCTMT (Transit Tax) | -154.76 | -154.76 |
| NY - Re-employment Service Fund | -107.45 | -107.45 |
| NY - Unemployment | -4,545.60 | -4,545.60 |
| **Total Company Paid Taxes** | -16,579.86 | -16,579.86 |



# SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From March    01, 2018
To    March    31, 2018
Page    1 of    13

PRIVATE CLIENT GROUP 421
26 COURT STREET
BROOKLYN, NY 11242
SAL MONACO

PRIME SIX INC. DBA WOODLAND          9-421
DEBTOR IN POSSESSION
CASE # 1 17 40104 CEC
15 BAY 29TH STREET, FLOOR 2
BROOKLYN NY  11214          999

See Back for Important Information

Primary Account: 1502734241          385

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| 1502734241      BANKRUPTCY CHECKING | 25,268.70 | 3,653.00 |
| RELATIONSHIP          TOTAL | | 3,653.00 |

_Signature_ | **SIGNATURE BANK**

PRIVATE CLIENT GROUP 421
26 COURT STREET
BROOKLYN, NY 11242
SAL MONACO

PRIME SIX INC. DBA WOODLAND          9-421
DEBTOR IN POSSESSION
CASE # 1 17 40104 CEC
15 BAY 29TH STREET, FLOOR 2
BROOKLYN NY  11214            999

See Back for Important Information

Primary Account: 1502734241        385

BANKRUPTCY CHECKING          1502734241

## Summary

| | | |
|---|---|---:|
| Previous Balance as of March    01, 2018 | | 25,268.70 |
| 44 Credits | | 415,123.82 |
| 436 Debits | | 436,739.52 |
| Ending Balance as of   March    31, 2018 | | 3,653.00 |

## Deposits and Other Credits

| Date | Description | | | Amount |
|---|---|---|---|---:|
| Mar 01 | ACH DEPOSIT | ck/ref no. | 7299209 | 2,717.95 |
| | MERITCARD | MERCH DEP | 960000009035908 | |
| | 002 00000000002717959000008960 | | | |
| Mar 02 | ACH DEPOSIT | ck/ref no. | 7414307 | 3,665.99 |
| | MERITCARD | MERCH DEP | 960000009035908 | |
| | 002 00000000003665999000008960 | | | |
| Mar 05 | ACH DEPOSIT | ck/ref no. | 7522009 | .78 |
| | INTUIT PAYROLL S | QUICKBOOKS | 272373853 | |
| Mar 05 | ACH DEPOSIT | ck/ref no. | 7522010 | .81 |
| | INTUIT PAYROLL S | QUICKBOOKS | 272373853 | |
| | 005 00000000000001591722616679 | | | |
| Mar 05 | ACH DEPOSIT | ck/ref no. | 7525237 | 37.17 |
| | MERITCARD | MERCH CHK | 960000009035908 | |
| | 002 00000000003717900000008960 | | | |
| Mar 05 | ACH DEPOSIT | ck/ref no. | 7527372 | 2,996.69 |
| | MERITCARD | MERCH DEP | 960000009035908 | |
| | 002 00000000002996699000008960 | | | |
| Mar 05 | ACH DEPOSIT | ck/ref no. | 7532082 | 38,596.27 |
| | MERITCARD | MERCH DEP | 960000009035908 | |
| | 002 00000000003859627000008960 | | | |
| Mar 05 | DEPOSIT | | | 8,500.00 |
| Mar 06 | ACH DEPOSIT | ck/ref no. | 7586706 | 72.57 |
| | DOORDASH, INC. | TRANSFER | DOORDASH, INC. | |
| Mar 06 | ACH DEPOSIT | ck/ref no. | 7627870 | 24,130.04 |
| | MERITCARD | MERCH DEP | 960000009035908 | |

 **SIGNATURE BANK**

Statement Period
From March    01, 2018
To   March    31, 2018
Page     3 of   13

PRIVATE CLIENT GROUP 421
26 COURT STREET
BROOKLYN, NY 11242
SAL MONACO

PRIME SIX INC. DBA WOODLAND            9-421
DEBTOR IN POSSESSION
CASE # 1 17 40104 CEC
15 BAY 29TH STREET, FLOOR 2
BROOKLYN NY  11214            999            See Back for Important Information

Primary Account: 1502734241        385

| Date | Description | | | |
|------|-------------|---|---|---|
| | 002 000000000024130049000008960 | | | |
| Mar 07 | ACH DEPOSIT | ck/ref no.   7702755 | | 3,118.29 |
| | MERITCARD | MERCH DEP | 960000009035908 | |
| | 002 000000000031829900000008960 | | | |
| Mar 08 | ACH DEPOSIT | ck/ref no.   7777876 | | 4,289.07 |
| | MERITCARD | MERCH DEP | 960000009035908 | |
| | 002 000000000042890790000008960 | | | |
| Mar 08 | DEPOSIT      ref# | | | 2,500.00 |
| Mar 09 | ACH DEPOSIT | ck/ref no.   7869673 | | 2,482.92 |
| | MERITCARD | MERCH DEP | 960000009035908 | |
| | 002 000000000024829290000008960 | | | |
| Mar 12 | ACH DEPOSIT | ck/ref no.   7989973 | | 5,635.11 |
| | MERITCARD | MERCH DEP | 960000009035908 | |
| | 002 000000000056351190000008960 | | | |
| Mar 12 | ACH DEPOSIT | ck/ref no.   8003649 | | 47,908.73 |
| | MERITCARD | MERCH DEP | 960000009035908 | |
| | 002 000000000047908730000008960 | | | |
| Mar 13 | ACH DEPOSIT | ck/ref no.   8053126 | | 28,762.19 |
| | MERITCARD | MERCH DEP | 960000009035908 | |
| | 002 000000000028762199000008960 | | | |
| Mar 14 | ACH DEPOSIT | ck/ref no.   8158849 | | 4,240.56 |
| | MERITCARD | MERCH DEP | 960000009035908 | |
| | 002 000000000042405690000008960 | | | |
| Mar 14 | DEPOSIT | | | 9,000.00 |
| Mar 15 | ACH DEPOSIT | ck/ref no.   8269675 | | 5,312.34 |
| | MERITCARD | MERCH DEP | 960000009035908 | |
| | 002 000000000053123490000008960 | | | |
| Mar 15 | DEPOSIT      ref# | | | 10,000.00 |
| Mar 16 | ACH DEPOSIT | ck/ref no.   8397347 | | 3,213.83 |
| | MERITCARD | MERCH DEP | 960000009035908 | |
| | 002 000000000032138390000008960 | | | |
| Mar 16 | DEPOSIT | | | 900.00 |
| Mar 19 | ACH DEPOSIT | ck/ref no.   8474851 | | .01 |
| | POSTMATES | TRANSFER | POSTMATES VERIF | |
| | 002 000000000000000011800948598 | | | |
| Mar 19 | ACH DEPOSIT | ck/ref no.   8461870 | | 20.88 |
| | MERITCARD | MERCH CHBK | 960000009035908 | |
| | 002 000000000002088900000008960 | | | |

 **SIGNATURE BANK**

Statement Period
From March    01, 2018
To   March   31, 2018
Page    4 of   13

PRIVATE CLIENT GROUP 421
26 COURT STREET
BROOKLYN, NY 11242
SAL MONACO

PRIME SIX INC. DBA WOODLAND          9-421
DEBTOR IN POSSESSION
CASE # 1 17 40104 CEC
15 BAY 29TH STREET, FLOOR 2
BROOKLYN NY  11214          999          See Back for Important Information

Primary Account: 1502734241          385

| | | | | |
|---|---|---|---|---:|
| Mar 19 | ACH DEPOSIT | ck/ref no. | 8457964 | 7,897.15 |
| | MERITCARD | MERCH DEP | 960000009035908 | |
| | 002 00000000007891590000008960 | | | |
| Mar 19 | ACH DEPOSIT | ck/ref no. | 8480255 | 44,049.63 |
| | MERITCARD | MERCH DEP | 960000009035908 | |
| | 002 00000000004404963900008960 | | | |
| Mar 20 | ACH DEPOSIT | ck/ref no. | 8543825 | 29,211.77 |
| | MERITCARD | MERCH DEP | 960000009035908 | |
| | 002 00000000002921779000008960 | | | |
| Mar 21 | ACH DEPOSIT | ck/ref no. | 8637644 | 3,558.68 |
| | MERITCARD | MERCH DEP | 960000009035908 | |
| | 002 00000000003558689000008960 | | | |
| Mar 21 | DEPOSIT | | | 4,432.00 |
| Mar 22 | ACH DEPOSIT | ck/ref no. | 8715703 | 2,627.39 |
| | MERITCARD | MERCH DEP | 960000009035908 | |
| | 002 00000000002627390000008960 | | | |
| Mar 23 | ACH DEPOSIT | ck/ref no. | 8815151 | 1,104.23 |
| | MERITCARD | MERCH DEP | 960000009035908 | |
| | 002 00000000001104230000008960 | | | |
| Mar 23 | DEPOSIT | | | 4,000.00 |
| Mar 26 | ACH DEPOSIT | ck/ref no. | 8905661 | 7,431.06 |
| | MERITCARD | MERCH DEP | 960000009035908 | |
| | 002 00000000007431069000008960 | | | |
| Mar 26 | ACH DEPOSIT | ck/ref no. | 8915701 | 44,240.64 |
| | MERITCARD | MERCH DEP | 960000009035908 | |
| | 002 00000000004424064900008960 | | | |
| Mar 26 | DEPOSIT | | | 15,000.00 |
| Mar 27 | ACH DEPOSIT | ck/ref no. | 8945266 | 27.61 |
| | DOORDASH, INC. | TRANSFER | DOORDASH, INC. | |
| Mar 27 | ACH DEPOSIT | ck/ref no. | 8945252 | 61.35 |
| | POSTMATES | TRANSFER | POSTMATES MERCH | |
| | 036 00000000001413445180094859 | | | |
| Mar 27 | ACH DEPOSIT | ck/ref no. | 8970849 | 22,896.45 |
| | MERITCARD | MERCH DEP | 960000009035908 | |
| | 002 00000000002289645900008960 | | | |
| Mar 28 | ACH DEPOSIT | ck/ref no. | 9071978 | 3,147.80 |
| | MERITCARD | MERCH DEP | 960000009035908 | |
| | 002 00000000003147809000008960 | | | |
| Mar 28 | DEPOSIT | | | 2,000.00 |

 **SIGNATURE BANK**

Statement Period
From March    01, 2018
To   March    31, 2018
Page     5 of   13

PRIVATE CLIENT GROUP 421
26 COURT STREET
BROOKLYN, NY 11242
SAL MONACO

PRIME SIX INC. DBA WOODLAND          9-421
DEBTOR IN POSSESSION
CASE # 1 17 40104 CEC
15 BAY 29TH STREET, FLOOR 2
BROOKLYN NY  11214          999

See Back for Important Information

Primary Account: 1502734241          385

| Date | Description | | ck/ref no. | Ref | Amount |
|---|---|---|---|---|---|
| Mar 29 | ACH DEPOSIT | | ck/ref no. | 9178092 | 3,027.36 |
| | MERITCARD | MERCH DEP | 960000009035908 | | |
| | 002 00000000003027369000008960 | | | | |
| Mar 29 | DEPOSIT | ref# | | | 8,000.00 |
| Mar 30 | ACH DEPOSIT | | ck/ref no. | 9303081 | 4,308.50 |
| | MERITCARD | MERCH DEP | 960000009035908 | | |
| | 002 00000000004308509000008960 | | | | |

Withdrawals and Other Debits

| Date | Description | | ck/ref no. | Ref | Amount |
|---|---|---|---|---|---|
| Mar 02 | MISC DEBIT | | | | 16,573.00 |
| Mar 05 | ACH | | ck/ref no. | 7332093 | 1,000.00 |
| | NATIONAL GRID NY | UTILITYPAY | 00182240282 | | |
| Mar 05 | ACH | | ck/ref no. | 7441286 | 6,471.08 |
| | EMPIREMERCHANTS | INVOICE(S) | 9126280 | | |
| Mar 06 | ACH | | ck/ref no. | 7524889 | 4,978.29 |
| | NYS DTF SALES | TAX PAYMNT | 000000028245022 | | |
| Mar 06 | MISC DEBIT | | | | 5,009.50 |
| Mar 06 | ACH | | ck/ref no. | 7454146 | 7,854.08 |
| | IRS | USATAXPYMT | 225846420689869 | | |
| Mar 07 | ACH | | ck/ref no. | 7567677 | 1,561.88 |
| | NYSINSFNDWRKCMP | 1190000757 | 510508262 | | |
| Mar 07 | ACH | | ck/ref no. | 7579367 | 1,830.90 |
| | NYS DTF PROMP WT | TAX PAYMNT | 000000028289785 | | |
| Mar 07 | ACH | | ck/ref no. | 7580712 | 4,159.71 |
| | SWS OF AMERICA | CORP PMT | 450000000401638 | | |
| Mar 09 | ACH | | ck/ref no. | 7800946 | 35.00 |
| | MERITCARD | MERCH CHBK | 960000009035908 | | |
| Mar 12 | ACH | | ck/ref no. | 7857792 | 3,588.07 |
| | SWS OF AMERICA | CORP PMT | 450000000402520 | | |
| Mar 12 | ACH | | ck/ref no. | 7888542 | 6,709.23 |
| | EMPIREMERCHANTS | INVOICE(S) | 6576946 | | |
| Mar 13 | ACH | | ck/ref no. | 7967552 | 1,060.93 |
| | TIME WARNER CABL | CABLE PAY | 0010175010  SPA | | |
| Mar 13 | ACH | | ck/ref no. | 7979246 | 1,679.34 |
| | NYS DTF PROMP WT | TAX PAYMNT | 000000028563699 | | |
| Mar 14 | ACH | | ck/ref no. | 8006093 | 6.06 |
| | IRS | USATAXPYMT | 225847220818616 | | |
| Mar 14 | ACH | | ck/ref no. | 8072252 | 50.00 |
| | NYS DTF BILL PYT | TAX PAYMNT | 000000028626618 | | |

 **SIGNATURE BANK**

Statement Period
From March   01, 2018
To   March   31, 2018
Page     6 of   13

PRIVATE CLIENT GROUP 421
26 COURT STREET
BROOKLYN, NY 11242
SAL MONACO

PRIME SIX INC. DBA WOODLAND          9-421
DEBTOR IN POSSESSION
CASE # 1 17 40104 CEC
15 BAY 29TH STREET, FLOOR 2
BROOKLYN NY  11214          999

See Back for Important Information

Primary Account: 1502734241      385

| Date | Type | | Reference | Amount |
|------|------|--|-----------|-------:|
| Mar 14 | ACH | ck/ref no. | 8053130 | 78.39 |
| | MERITCARD | MERCH CHBK | 960000009035908 | |
| Mar 14 | ACH | ck/ref no. | 8006092 | 516.10 |
| | IRS | USATAXPYMT | 225847220676236 | |
| Mar 14 | ACH | ck/ref no. | 8006089 | 1,320.05 |
| | IRS | USATAXPYMT | 225847220814770 | |
| Mar 14 | ACH | ck/ref no. | 8031734 | 2,000.00 |
| | AMEX EPAYMENT | ACH PMT | M0444 | |
| Mar 14 | MISC DEBIT | | | 4,921.70 |
| Mar 14 | ACH | ck/ref no. | 8006090 | 5,775.99 |
| | IRS | USATAXPYMT | 225847220385924 | |
| Mar 15 | ACH | ck/ref no. | 8081383 | 1,006.98 |
| | IRS | USATAXPYMT | 225847320060752 | |
| Mar 15 | ACH | ck/ref no. | 8081384 | 1,609.25 |
| | IRS | USATAXPYMT | 225847320517973 | |
| Mar 15 | ACH | ck/ref no. | 8081391 | 7,269.52 |
| | IRS | USATAXPYMT | 225847320972731 | |
| Mar 16 | ACH | ck/ref no. | 8192717 | 812.03 |
| | IRS | USATAXPYMT | 225847420004365 | |
| Mar 16 | ACH | ck/ref no. | 8250979 | 1,000.00 |
| | NYS DTF CT | TAX PAYMNT | 000000028587759 | |
| Mar 16 | ACH | ck/ref no. | 8266243 | 4,869.03 |
| | US FOODSERVICE | VENDOR PAY | 031501271030000 | |
| | ISA*00*     *00*     *01*621418185 | | | |
| Mar 16 | ACH | ck/ref no. | 8266828 | 6,324.55 |
| | MERITCARD | RSRV FUND | 960000009035908 | |
| Mar 19 | ACH | ck/ref no. | 8363832 | 2,792.23 |
| | SWS OF AMERICA | CORP PMT | 450000000404255 | |
| Mar 19 | ACH | ck/ref no. | 8399010 | 6,276.77 |
| | EMPIREMERCHANTS | INVOICE(S) | 8729391 | |
| Mar 20 | ACH | ck/ref no. | 8407572 | 1,000.00 |
| | NATIONAL GRID NY | UTILITYPAY | 00182240282 | |
| Mar 20 | ACH | ck/ref no. | 8475857 | 2,000.00 |
| | AMEX EPAYMENT | ACH PMT | M4296 | |
| Mar 20 | ACH | ck/ref no. | 8434378 | 2,027.91 |
| | NYS DTF PROMP WT | TAX PAYMNT | 000000029222536 | |
| Mar 21 | ACH | ck/ref no. | 8555466 | 524.44 |
| | INTUIT PAYROLL S | QUICKBOOKS | 272373853 | |
| Mar 21 | ACH | ck/ref no. | 8486501 | 6,966.44 |
| | IRS | USATAXPYMT | 225847920915080 | |

# ~Signature~ | SIGNATURE BANK

Statement Period
From March    01, 2018
To    March    31, 2018
Page      7 of    13

PRIVATE CLIENT GROUP 421
26 COURT STREET
BROOKLYN, NY 11242
SAL MONACO

PRIME SIX INC. DBA WOODLAND          9-421
DEBTOR IN POSSESSION
CASE # 1 17 40104 CEC
15 BAY 29TH STREET, FLOOR 2
BROOKLYN NY  11214          999          See Back for Important Information

Primary Account: 1502734241        385

| Mar 21 | ACH | ck/ref no. | 8527249 | | 16,000.00 |
|---|---|---|---|---|---|
| | NYS DTF SALES | TAX PAYMNT | 000000029285452 | | |
| Mar 22 | MISC DEBIT | | | | 1.00 |
| Mar 22 | ACH | ck/ref no. | 8619170 | | 85.92 |
| | VERIZON | PAYMENTREC | 7183993926205 | | |
| Mar 26 | ACH | ck/ref no. | 8810994 | | 3,034.84 |
| | SWS OF AMERICA | CORP PMT | 450000000405849 | | |
| Mar 26 | ACH | ck/ref no. | 8831340 | | 6,475.32 |
| | EMPIREMERCHANTS | INVOICE(S) | 9059654 | | |
| Mar 27 | ACH | ck/ref no. | 8884244 | | 50.00 |
| | NYS DTF BILL PYT | TAX PAYMNT | 000000029603714 | | |
| Mar 27 | ACH | ck/ref no. | 8884422 | | 2,212.04 |
| | NYS DTF PROMP WT | TAX PAYMNT | 000000029602300 | | |
| Mar 27 | MISC DEBIT | | | | 4,590.17 |
| Mar 27 | ACH | ck/ref no. | 8884299 | | 8,500.00 |
| | NYS DTF SALES | TAX PAYMNT | 000000029606052 | | |
| Mar 28 | ACH | ck/ref no. | 8981331 | | 524.45 |
| | INTUIT PAYROLL S | QUICKBOOKS | 272373853 | | |
| Mar 28 | ACH | ck/ref no. | 8923733 | | 882.16 |
| | NATIONAL GRID NY | UTILITYPAY | 00182240282 | | |
| Mar 29 | ACH | ck/ref no. | 9074792 | | 26.13 |
| | MERITCARD | MERCH CHBK | 960000009035908 | | |
| Mar 29 | ACH | ck/ref no. | 9076360 | | 3,690.01 |
| | US FOODSERVICE | VENDOR PAY | 032801271030000 | | |
| | ISA*00* | *00* | *01*621418185 | | |
| Mar 30 | ACH | ck/ref no. | 9136766 | | 1,006.95 |
| | NATIONALGRID | NATLGRID | 018224028238C | | |
| Mar 30 | ACH | ck/ref no. | 9155801 | | 6,361.17 |
| | EMPIREMERCHANTS | INVOICE(S) | 1205494 | | |

Checks by Serial Number

| Mar 07 | 10692 | | 390.00 | Mar 12 | 10947 | | 5,280.00 |
|---|---|---|---|---|---|---|---|
| Mar 08 | 10865 | * | 572.39 | Mar 07 | 10948 | | 2,640.00 |
| Mar 06 | 10882 | * | 635.48 | Mar 01 | 10949 | | 1,000.00 |
| Mar 09 | 10904 | * | 364.88 | Mar 05 | 10950 | | 2,790.00 |
| Mar 06 | 10941 | * | 270.00 | Mar 06 | 10971 | * | 499.60 |
| Mar 07 | 10943 | * | 110.00 | Mar 01 | 10972 | | 529.71 |
| Mar 05 | 10944 | | 233.00 | Mar 06 | 10973 | | 124.23 |
| Mar 12 | 10945 | | 2,330.00 | Mar 02 | 10980 | * | 618.00 |
| Mar 05 | 10946 | | 479.56 | Mar 27 | 10981 | | 239.39 |

 **SIGNATURE BANK**

Statement Period
From March    01, 2018
To   March    31, 2018
Page    8 of   13

PRIVATE CLIENT GROUP 421
26 COURT STREET
BROOKLYN, NY 11242
SAL MONACO

PRIME SIX INC. DBA WOODLAND            9-421
DEBTOR IN POSSESSION
CASE # 1 17 40104 CEC
15 BAY 29TH STREET, FLOOR 2
BROOKLYN NY  11214              999              See Back for Important Information

Primary Account: 1502734241      385

| Date | Serial Nbr | Amount | Date | Serial Nbr | Amount |
|------|-----------|--------|------|-----------|--------|
| Mar 06 | 10982 | 603.43 | Mar 06 | 11071 | 244.75 |
| Mar 01 | 10984 * | 417.56 | Mar 28 | 11072 | 762.77 |
| Mar 05 | 10991 * | 486.22 | Mar 27 | 11073 | 274.69 |
| Mar 02 | 10994 * | 617.12 | Mar 12 | 11074 | 646.49 |
| Mar 09 | 11003 * | 266.47 | Mar 02 | 11075 | 752.04 |
| Mar 02 | 11018 * | 500.00 | Mar 05 | 11076 | 444.65 |
| Mar 02 | 11019 | 500.00 | Mar 13 | 11077 | 301.94 |
| Mar 01 | 11023 * | 281.72 | Mar 07 | 11078 | 539.34 |
| Mar 01 | 11024 | 382.00 | Mar 06 | 11079 | 630.19 |
| Mar 12 | 11026 * | 600.00 | Mar 06 | 11080 | 651.62 |
| Mar 02 | 11027 | 1,917.00 | Mar 09 | 11081 | 425.77 |
| Mar 01 | 11034 * | 91.00 | Mar 08 | 11082 | 638.83 |
| Mar 01 | 11035 | 386.21 | Mar 08 | 11083 | 581.70 |
| Mar 02 | 11036 | 750.00 | Mar 28 | 11084 | 254.08 |
| Mar 09 | 11037 | 1,388.00 | Mar 06 | 11085 | 789.93 |
| Mar 09 | 11039 * | 862.00 | Mar 05 | 11086 | 621.52 |
| Mar 08 | 11048 * | 475.00 | Mar 12 | 11087 | 358.45 |
| Mar 13 | 11049 | 475.00 | Mar 07 | 11088 | 573.80 |
| Mar 02 | 11050 | 727.04 | Mar 08 | 11089 | 261.77 |
| Mar 01 | 11051 | 281.42 | Mar 06 | 11090 | 677.49 |
| Mar 06 | 11052 | 248.88 | Mar 05 | 11091 | 881.86 |
| Mar 06 | 11053 | 786.08 | Mar 07 | 11092 | 598.40 |
| Mar 05 | 11054 | 608.41 | Mar 06 | 11093 | 446.29 |
| Mar 05 | 11055 | 376.95 | Mar 06 | 11094 | 624.48 |
| Mar 05 | 11056 | 330.11 | Mar 02 | 11095 | 421.32 |
| Mar 07 | 11057 | 315.71 | Mar 09 | 11096 | 311.91 |
| Mar 16 | 11058 | 615.18 | Mar 06 | 11097 | 133.45 |
| Mar 06 | 11059 | 159.72 | Mar 02 | 11098 | 710.43 |
| Mar 06 | 11060 | 549.59 | Mar 06 | 11099 | 487.21 |
| Mar 06 | 11061 | 269.40 | Mar 06 | 11100 | 331.43 |
| Mar 06 | 11062 | 355.33 | Mar 06 | 11101 | 338.71 |
| Mar 06 | 11063 | 451.71 | Mar 06 | 11102 | 625.32 |
| Mar 06 | 11064 | 644.95 | Mar 14 | 11103 | 283.00 |
| Mar 27 | 11065 | 477.51 | Mar 07 | 11104 | 129.44 |
| Mar 08 | 11066 | 354.47 | Mar 06 | 11105 | 169.03 |
| Mar 05 | 11067 | 214.81 | Mar 05 | 11106 | 242.97 |
| Mar 05 | 11068 | 336.70 | Mar 06 | 11107 | 569.12 |
| Mar 13 | 11069 | 674.94 | Mar 02 | 11108 | 731.32 |
| Mar 06 | 11070 | 582.98 | Mar 06 | 11109 | 556.23 |

 **SIGNATURE BANK**

Statement Period
From March    01, 2018
To    March    31, 2018
Page    9 of    13

PRIVATE CLIENT GROUP 421
26 COURT STREET
BROOKLYN, NY 11242
SAL MONACO

PRIME SIX INC. DBA WOODLAND          9-421
DEBTOR IN POSSESSION
CASE # 1 17 40104 CEC
15 BAY 29TH STREET, FLOOR 2
BROOKLYN NY  11214          999          See Back for Important Information

Primary Account: 1502734241    385

| Date | Serial Nbr | Amount | Date | Serial Nbr | Amount |
|------|-----------|--------|------|-----------|--------|
| Mar 05 | 11110 | 710.09 | Mar 13 | 11156 | 221.55 |
| Mar 07 | 11111 | 270.40 | Mar 15 | 11157 | 598.77 |
| Mar 02 | 11113 * | 1,670.00 | Mar 12 | 11158 | 239.88 |
| Mar 05 | 11115 * | 500.00 | Mar 13 | 11159 | 484.64 |
| Mar 05 | 11116 | 500.00 | Mar 14 | 11160 | 338.42 |
| Mar 01 | 11117 | 53.30 | Mar 16 | 11161 | 219.09 |
| Mar 05 | 11118 | 200.00 | Mar 13 | 11162 | 279.47 |
| Mar 01 | 11119 | 500.00 | Mar 13 | 11163 | 544.23 |
| Mar 07 | 11122 * | 4,010.00 | Mar 14 | 11164 | 515.18 |
| Mar 02 | 11123 | 478.38 | Mar 27 | 11165 | 563.51 |
| Mar 12 | 11124 | 1,000.00 | Mar 14 | 11166 | 236.46 |
| Mar 07 | 11125 | 453.80 | Mar 12 | 11167 | 500.63 |
| Mar 06 | 11126 | 1,585.59 | Mar 12 | 11168 | 368.93 |
| Mar 06 | 11127 | 172.71 | Mar 14 | 11169 | 726.98 |
| Mar 06 | 11128 | 79.36 | Mar 13 | 11170 | 678.84 |
| Mar 06 | 11129 | 400.00 | Mar 22 | 11171 | 372.89 |
| Mar 19 | 11130 | 2,137.50 | Mar 16 | 11172 | 210.70 |
| Mar 06 | 11131 | 1,090.13 | Mar 14 | 11173 | 437.93 |
| Mar 07 | 11132 | 600.00 | Mar 28 | 11174 | 575.31 |
| Mar 06 | 11133 | 2,740.00 | Mar 27 | 11175 | 172.63 |
| Mar 02 | 11134 | 382.50 | Mar 12 | 11177 * | 752.04 |
| Mar 05 | 11135 | 1,539.00 | Mar 12 | 11178 | 438.12 |
| Mar 05 | 11136 | 500.00 | Mar 13 | 11179 | 539.90 |
| Mar 08 | 11137 | 1,300.00 | Mar 15 | 11180 | 98.98 |
| Mar 07 | 11139 * | 1,790.00 | Mar 12 | 11181 | 632.58 |
| Mar 09 | 11141 * | 91.00 | Mar 13 | 11182 | 658.04 |
| Mar 12 | 11143 * | 180.00 | Mar 14 | 11184 * | 518.65 |
| Mar 14 | 11144 | 315.00 | Mar 14 | 11185 | 531.08 |
| Mar 15 | 11145 | 487.89 | Mar 28 | 11186 | 149.79 |
| Mar 15 | 11146 | 247.00 | Mar 13 | 11187 | 767.32 |
| Mar 15 | 11147 | 500.50 | Mar 12 | 11188 | 607.86 |
| Mar 21 | 11148 | 81.67 | Mar 14 | 11189 | 493.40 |
| Mar 06 | 11149 | 500.00 | Mar 12 | 11190 | 576.45 |
| Mar 15 | 11150 | 125.15 | Mar 14 | 11191 | 361.59 |
| Mar 13 | 11151 | 786.08 | Mar 13 | 11192 | 830.07 |
| Mar 13 | 11152 | 457.73 | Mar 14 | 11193 | 610.06 |
| Mar 12 | 11153 | 662.33 | Mar 14 | 11194 | 446.29 |
| Mar 12 | 11154 | 533.28 | Mar 20 | 11195 | 624.49 |
| Mar 14 | 11155 | 299.02 | Mar 09 | 11196 | 421.32 |

 **SIGNATURE BANK**

PRIVATE CLIENT GROUP 421
26 COURT STREET
BROOKLYN, NY 11242
SAL MONACO

PRIME SIX INC. DBA WOODLAND          9-421
DEBTOR IN POSSESSION
CASE # 1 17 40104 CEC
15 BAY 29TH STREET, FLOOR 2
BROOKLYN NY  11214          999          See Back for Important Information

Primary Account: 1502734241    385

| Date | Serial Nbr | Amount | Date | Serial Nbr | Amount |
|------|-----------|--------|------|-----------|--------|
| Mar 13 | 11198 * | 684.13 | Mar 20 | 11245 * | 2,155.00 |
| Mar 13 | 11199 | 581.43 | Mar 12 | 11247 * | 1,039.00 |
| Mar 09 | 11200 | 637.46 | Mar 12 | 11248 | 2,500.00 |
| Mar 15 | 11201 | 494.09 | Mar 13 | 11249 | 2,475.00 |
| Mar 12 | 11202 | 393.58 | Mar 13 | 11250 | 77.34 |
| Mar 14 | 11203 | 324.69 | Mar 20 | 11251 | 209.98 |
| Mar 14 | 11204 | 541.78 | Mar 13 | 11252 | 1,719.45 |
| Mar 13 | 11205 | 616.51 | Mar 26 | 11253 | 1,000.00 |
| Mar 14 | 11206 | 275.76 | Mar 27 | 11254 | 142.61 |
| Mar 12 | 11207 | 452.36 | Mar 20 | 11255 | 786.10 |
| Mar 15 | 11208 | 270.46 | Mar 19 | 11256 | 693.54 |
| Mar 13 | 11209 | 233.27 | Mar 19 | 11257 | 435.09 |
| Mar 12 | 11210 | 247.85 | Mar 19 | 11258 | 554.75 |
| Mar 13 | 11211 | 569.13 | Mar 21 | 11259 | 337.36 |
| Mar 13 | 11212 | 731.33 | Mar 22 | 11260 | 275.89 |
| Mar 12 | 11213 | 648.61 | Mar 20 | 11261 | 617.58 |
| Mar 12 | 11214 | 634.31 | Mar 20 | 11262 | 223.03 |
| Mar 19 | 11215 | 247.84 | Mar 20 | 11263 | 326.42 |
| Mar 15 | 11216 | 219.86 | Mar 20 | 11264 | 614.75 |
| Mar 12 | 11218 * | 500.00 | Mar 20 | 11265 | 290.94 |
| Mar 12 | 11219 | 500.00 | Mar 19 | 11266 | 447.99 |
| Mar 12 | 11220 | 850.00 | Mar 19 | 11267 | 531.51 |
| Mar 12 | 11221 | 1,670.00 | Mar 19 | 11268 | 437.47 |
| Mar 14 | 11222 | 414.60 | Mar 22 | 11270 * | 377.19 |
| Mar 13 | 11224 * | 147.64 | Mar 19 | 11271 | 498.72 |
| Mar 13 | 11225 | 400.00 | Mar 19 | 11272 | 468.70 |
| Mar 19 | 11226 | 1,739.00 | Mar 20 | 11273 | 726.99 |
| Mar 13 | 11227 | 1,380.38 | Mar 26 | 11274 | 112.57 |
| Mar 08 | 11231 * | 45.00 | Mar 19 | 11275 | 761.67 |
| Mar 13 | 11232 | 530.44 | Mar 28 | 11276 | 568.86 |
| Mar 12 | 11233 | 205.77 | Mar 27 | 11277 | 227.26 |
| Mar 14 | 11234 | 5,030.00 | Mar 23 | 11278 | 584.55 |
| Mar 16 | 11236 * | 182.00 | Mar 16 | 11279 | 331.97 |
| Mar 20 | 11237 | 1,000.00 | Mar 27 | 11280 | 337.27 |
| Mar 19 | 11238 | 2,830.00 | Mar 19 | 11281 | 740.44 |
| Mar 20 | 11239 | 105.00 | Mar 22 | 11282 | 279.52 |
| Mar 21 | 11240 | 2,185.00 | Mar 20 | 11283 | 590.66 |
| Mar 21 | 11242 * | 225.00 | Mar 19 | 11284 | 475.00 |
| Mar 21 | 11243 | 290.59 | Mar 28 | 11285 | 107.76 |

 **SIGNATURE BANK**

PRIVATE CLIENT GROUP 421
26 COURT STREET
BROOKLYN, NY 11242
SAL MONACO

PRIME SIX INC. DBA WOODLAND                9-421
DEBTOR IN POSSESSION
CASE # 1 17 40104 CEC
15 BAY 29TH STREET, FLOOR 2
BROOKLYN NY  11214                999

See Back for Important Information

Primary Account: 1502734241    385

| Date | Serial Nbr | Amount | Date | Serial Nbr | Amount |
|------|-----------|--------|------|-----------|--------|
| Mar 20 | 11286 | 432.73 | Mar 20 | 11334 | 2,500.00 |
| Mar 19 | 11287 | 604.95 | Mar 27 | 11335 | 16,573.18 |
| Mar 22 | 11288 | 460.67 | Mar 15 | 11336 | 45.00 |
| Mar 19 | 11289 | 88.44 | Mar 21 | 11337 | 4,448.00 |
| Mar 21 | 11290 | 223.42 | Mar 19 | 11338 | 169.13 |
| Mar 19 | 11291 | 623.12 | Mar 16 | 11339 | 519.20 |
| Mar 20 | 11292 | 363.35 | Mar 27 | 11340 | 200.00 |
| Mar 14 | 11293 | 446.29 | Mar 19 | 11341 | 300.00 |
| Mar 15 | 11294 | 624.48 | Mar 19 | 11343 * | 1,026.00 |
| Mar 16 | 11295 | 421.31 | Mar 20 | 11344 | 800.00 |
| Mar 20 | 11297 * | 648.39 | Mar 26 | 11345 | 10.37 |
| Mar 16 | 11299 * | 677.61 | Mar 26 | 11346 | 1,000.00 |
| Mar 20 | 11300 | 553.27 | Mar 21 | 11347 | 750.00 |
| Mar 19 | 11301 | 340.04 | Mar 27 | 11348 | 262.06 |
| Mar 20 | 11302 | 361.29 | Mar 27 | 11349 | 786.08 |
| Mar 14 | 11303 | 541.79 | Mar 27 | 11350 | 506.30 |
| Mar 22 | 11304 | 607.66 | Mar 27 | 11351 | 562.86 |
| Mar 19 | 11306 * | 481.57 | Mar 23 | 11352 | 627.90 |
| Mar 26 | 11307 | 305.23 | Mar 30 | 11353 | 347.85 |
| Mar 27 | 11308 | 245.91 | Mar 27 | 11354 | 436.65 |
| Mar 19 | 11309 | 259.58 | Mar 28 | 11355 | 700.44 |
| Mar 19 | 11310 | 569.12 | Mar 26 | 11356 | 254.79 |
| Mar 16 | 11311 | 731.32 | Mar 29 | 11357 | 690.10 |
| Mar 23 | 11312 | 308.59 | Mar 27 | 11358 | 370.79 |
| Mar 20 | 11313 | 671.31 | Mar 27 | 11359 | 213.61 |
| Mar 19 | 11314 | 459.77 | Mar 26 | 11360 | 525.96 |
| Mar 21 | 11315 | 288.72 | Mar 26 | 11361 | 713.57 |
| Mar 16 | 11321 * | 586.00 | Mar 27 | 11362 | 452.31 |
| Mar 19 | 11322 | 414.00 | Mar 27 | 11364 * | 374.57 |
| Mar 19 | 11323 | 850.00 | Mar 26 | 11365 | 558.20 |
| Mar 19 | 11324 | 1,670.00 | Mar 26 | 11366 | 444.91 |
| Mar 21 | 11325 | 442.60 | Mar 27 | 11367 | 627.00 |
| Mar 20 | 11326 | 306.47 | Mar 26 | 11369 * | 384.57 |
| Mar 20 | 11327 | 376.45 | Mar 26 | 11370 | 562.44 |
| Mar 22 | 11328 | 429.90 | Mar 28 | 11371 | 636.12 |
| Mar 20 | 11330 * | 500.00 | Mar 30 | 11372 | 320.32 |
| Mar 20 | 11331 | 978.29 | Mar 27 | 11373 | 764.57 |
| Mar 20 | 11332 | 1,683.50 | Mar 23 | 11374 | 427.74 |
| Mar 20 | 11333 | 1,239.08 | Mar 29 | 11376 * | 530.95 |

 **SIGNATURE BANK**

Statement Period
From March    01, 2018
To   March    31, 2018
Page    12 of    13

PRIVATE CLIENT GROUP 421
26 COURT STREET
BROOKLYN, NY 11242
SAL MONACO

PRIME SIX INC. DBA WOODLAND          9-421
DEBTOR IN POSSESSION
CASE # 1 17 40104 CEC
15 BAY 29TH STREET, FLOOR 2
BROOKLYN NY  11214          999          See Back for Important Information

Primary Account: 1502734241     385

| Date | Serial Nbr | Amount | Date | Serial Nbr | Amount |
|------|-----------|--------|------|-----------|--------|
| Mar 27 | 11377 | 402.60 | Mar 21 | 11412 * | 1,000.00 |
| Mar 27 | 11378 | 165.96 | Mar 23 | 11414 * | 584.00 |
| Mar 27 | 11379 | 623.18 | Mar 27 | 11416 * | 1,448.24 |
| Mar 26 | 11380 | 606.89 | Mar 29 | 11417 | 442.60 |
| Mar 30 | 11381 | 530.18 | Mar 27 | 11419 * | 340.36 |
| Mar 26 | 11382 | 581.53 | Mar 27 | 11420 | 520.00 |
| Mar 28 | 11383 | 338.69 | Mar 28 | 11421 | 1,036.91 |
| Mar 26 | 11384 | 691.26 | Mar 26 | 11425 * | 2,450.00 |
| Mar 28 | 11385 | 581.43 | Mar 28 | 11426 | 4,267.00 |
| Mar 22 | 11386 | 446.29 | Mar 28 | 11427 | 2,270.00 |
| Mar 27 | 11387 | 624.49 | Mar 28 | 11428 | 182.00 |
| Mar 23 | 11388 | 421.31 | Mar 29 | 11429 | 331.88 |
| Mar 27 | 11390 * | 660.10 | Mar 28 | 11431 * | 303.95 |
| Mar 23 | 11391 | 632.11 | Mar 29 | 11437 * | 863.00 |
| Mar 27 | 11392 | 559.17 | Mar 26 | 11438 | 590.80 |
| Mar 26 | 11393 | 306.13 | Mar 29 | 11439 | 146.98 |
| Mar 27 | 11394 | 356.94 | Mar 26 | 11442 * | 300.00 |
| Mar 27 | 11397 * | 295.39 | Mar 27 | 11443 | 1,035.00 |
| Mar 23 | 11398 | 544.87 | Mar 27 | 11444 | 205.77 |
| Mar 29 | 11399 | 309.07 | Mar 26 | 11445 | 1,026.00 |
| Mar 27 | 11400 | 284.63 | Mar 28 | 11447 * | 2,091.00 |
| Mar 26 | 11401 | 198.65 | Mar 27 | 11448 | 1,000.00 |
| Mar 26 | 11402 | 569.13 | Mar 29 | 11487 * | 446.29 |
| Mar 23 | 11403 | 731.33 | Mar 30 | 11489 * | 421.32 |
| Mar 30 | 11404 | 359.82 | Mar 30 | 11502 * | 731.32 |
| Mar 26 | 11405 | 681.66 | Mar 29 | 11522 * | 45.00 |
| Mar 26 | 11406 | 486.83 | Mar 30 | 11525 * | 308.40 |
| Mar 28 | 11407 | 144.81 | | | |

* Indicates break in check sequence

 **SIGNATURE BANK**

Statement Period
From March    01, 2018
To   March    31, 2018
Page    13 of    13

PRIVATE CLIENT GROUP 421
26 COURT STREET
BROOKLYN, NY 11242
SAL MONACO

PRIME SIX INC. DBA WOODLAND          9-421
DEBTOR IN POSSESSION
CASE # 1 17 40104 CEC
15 BAY 29TH STREET, FLOOR 2
BROOKLYN NY  11214          999

See Back for Important Information

Primary Account: 1502734241      385

Daily Balances

| | | | | |
|---|---|---|---|---|
| Feb 28 | 25,268.70 | | Mar 16 | 53.30 |
| Mar 01 | 24,063.73 | | Mar 19 | 22,097.03 |
| Mar 02 | 381.57 | | Mar 20 | 26,595.82 |
| Mar 05 | 31,046.36 | | Mar 21 | 823.26 |
| Mar 06 | 17,382.68 | | Mar 22 | 113.72 |
| Mar 07 | 527.59 | | Mar 23 | 355.55 |
| Mar 08 | 3,087.50 | | Mar 26 | 43,155.60 |
| Mar 09 | 766.61 | | Mar 27 | 17,456.21 |
| Mar 12 | 18,664.63 | | Mar 28 | 6,226.48 |
| Mar 13 | 26,840.75 | | Mar 29 | 9,731.83 |
| Mar 14 | 11,725.05 | | Mar 30 | 3,653.00 |
| Mar 15 | 13,439.46 | | | |

Rates for this statement period - Overdraft
Mar 22, 2018   14.500000 %
Mar 01, 2018   14.250000 %