**EXHIBIT C**

Randall S. D. Jacobs  
Randall S. D. Jacobs, PLLC  
30 Wall Street, 8th Floor  
New York, New York 10005-3817  
Tel: (212) 709-8116  
Fax: (973) 226-3301  
rsdjacobs@chapter11esq.com  
*Attorneys for Debtor*  
    *and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT  
EASTERN DISTRICT OF NEW YORK  

----------------------------------x    Case No. 17-40104 (cec)  
                                   :  
IN RE:                            :  
                                   :  
        PRIME SIX, INC.,          :  
                                   :  
              Debtor-in-Possession.  :  
                                   :  
----------------------------------x    Chapter 11

**REPORT OF BALLOTS CAST BY UNSECURED CREDITORS WITH RESPECT TO THE DEBTOR'S SEVENTH AMENDED PLAN OF REORGANIZATION**

|  | **VOTED TO ACCEPT** | | VOTED TO REJECT | |
|---|---|---|---|---|
|  | *Amount (%)* | *Number (%)* | *Amount (%)* | *Number (%)* |
| Class III | 77,670.41 100% | 4 100% | 0 | 0 |

<u>Invalid Ballots Not Counted</u>  
Name on Ballot - Amount - Accept/Reject - Reason Invalid

    Super PC Systems Inc., a Schedule D Unsecured Creditor, Voted to Accept the Plan but did not state any amount for its Claim. The Debtor's records indicate its claim amount is "Unknown" and therefore its ballot was not included in the aggregate cast for the Plan.

00040588.1

Dated: April 16, 2018
      New York, New York

                                                                     RANDALL S. D. JACOBS, PLLC

                                                        By: /s/ *Randall S. D. Jacobs*
                                                               Randall S. D. Jacobs
                                         *Office and Post Office Address*
                                         30 Wall Street, 8th Floor
                                         New York, New York 10005
                                         Tel.: (212) 709-8116
                                         Fax: (973) 226-8897
                                         rsdjacobs@chapter11esq.com
                                          *Attorneys for the Debtor*
                                                  *Prime Six, Inc.*

Randall S. D. Jacobs, Esq.
RANDALL S. D. JACOBS, PLLC
30 Wall Street, 8th Floor
New York, New York 10005
Tel.: (212) 709-8116
Fax: (973) 226-8897
rsdjacobs@chapter11esq.com
*Attorneys for the Debtor*
    *Prime Six, Inc.*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------x    Case No. 17-40104 (csc)

IN RE:

    PRIME SIX, INC.,

              Debtor-in-Possession.

----------------------------------x

## CERTIFICATION OF BALLOTS

Randall S. D. Jacobs, Esq., hereby certifies the truth and accuracy of the following statement:

1.     I am counsel to the Debtor, Prime Six, Inc. (the "Debtor") and submit this affirmation in connection with the attached tabulation of ballots received from Unsecured Creditors of the Debtor voting on the Seventh Amended Plan of Reorganization (the "Plan") from February 16, 2018 through April 11, 2018 pursuant to the Disclosure Statement Order.

2.     In that period, I received a total of four (4) ballots all of which voted to ACCEPT the Plan. The Ballots with stated amounts of Claims accepting the Plan aggregate **$77,670.41.** (One (1) of those four ballots purported to vote to accept the Plan, but failed to state the amount of the Creditor's claim which the Debtor had Scheduled as "Unknown" and therefore was not included in the aggregate votes.)

Case 1-17-40104-cec    Doc 149-3    Filed 04/16/18    Entered 04/16/18 20:44:47

    3.    All the ballots cast will be retained in my files for one year pursuant to the direction of the Court.

Executed on April 16, 2018

/s/ *Randall S. D. Jacobs*
Randall S. D. Jacobs

00040588.1