Randall S. D. Jacobs
Randall S. D. Jacobs, PLLC
30 Wall Street, 8th Floor
New York, New York 10005-3817
Tel: (212) 709-8116
Fax: (973) 226-3301
rsdjacobs@chapter11esq.com
*Attorney for Debtor*
    *and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------x     Case No. 17-40104 (cec)

IN RE:

    PRIME SIX, INC.,

          Debtor-in-Possession.

----------------------------------x

### DEBTOR'S SUPPLEMENTAL RESPONSE TO LIMITED OBJECTION BY THE OFFICE OF THE U. S. TRUSTEE

Prime Six, Inc. (the "Debtor") in this chapter 11 case, makes the following supplemental response to the Limited Objection filed by the U. S Trustee:

1.    With respect to the Amended Proof of Claim dated April 2, 2018 (the "Amended POC") filed by the NYSDOTF, I have today discussed the increased Secured and Priority Tax claims with Enid Stuart of the NYSDOTF. Apparently the Debtor had filed amended state and federal tax returns some time ago which recently resulted in the increases in Priority and Secured Claims as set forth in the Amended POC. Accordingly the Debtor has agreed to amend the Confirmation Order to reflect the changed amended of the NYSDOTF POC, subject to audit and reconciliation after Confirmation. However, from what I understand, it is unlikely that the NYSDOTF Claim will be reduced.

2.      As a result of the forgoing, the Debtor respectfully requests that the Court deny these objections and Confirm the Debtor's Seventh Amended Plan subject to amendment of the Confirmation Order as may be necessary to reflect the agreed changes with NYSDOTF and the Department of Labor.

Dated: April 17, 2018
      New York, New York

*Randall S. D. Jacobs*
Randall S. D. Jacobs