# DAVID J. DOYAGA, SR.

**ATTORNEYS AT LAW**
SUITE 1601
26 COURT STREET
BROOKLYN, NEW YORK 11242
(718) 488-7500

April 24, 2018

Honorable Carla E. Craig
United States Bankruptcy Judge
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

    **Re:**    **Prime Six Inc.**
             **Case No. 17-40104-cec**

Your Honor:

     I am the attorney for the Debtor's Landlord , Fang Realty. I am filing this letter in partial response to a letter to the Court from Debtor's counsel dated April 23, 2018. Specifically, in paragraph two of the letter, Debtor's counsel misrepresents the monthly rent. The monthly base rent is $14,894 and at the hearing, to secure the withdrawal by the Landlord of the Landlord's objection to confirmation, Debtor and Debtor's principal promised to deposit two month's rent into escrow. That totals $29,788. Not the $7,500 represented in the Debtor's April 23 letter, This is all proof that Debtor and Debtor's principal can not afford to fund the plan.

     Finally, whatever Debtor is attempting to do with its April 23, 2018 letter, it cannot be achieved in this manner of uploading a letter and a hearing is required.

                                                         Very truly yours,

                                                          David J. Doyaga, Sr.