# DAVID J. DOYAGA, SR.
**ATTORNEYS AT LAW**
**SUITE 1601**
**26 COURT STREET**
**BROOKLYN, NEW YORK 11242**
**(718) 488-7500**

May 16, 2018

Honorable Carla E. Craig
United States Bankruptcy Judge
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

    **Re:**     **Prime Six Inc. Objection to Proposed Order of Confirmation**
                **Case No. 17-40104-cec**

Your Honor:

I am the attorney for the Debtor's Landlord, Fang Realty. Because we were not able to reach an agreement on the terms of a Confirmation Order and specifically because Debtor is not able to deposit two months additional security as promised by Debtor as a condition to secure the withdrawal by the Landlord of the Landlord's objection to confirmation, we object to the Order Confirming the Plan.

                                                        Very truly yours,

                                                        *S/David J. Doyaga, Sr.*

                                                        David J. Doyaga, Sr.