B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

Eastern District of New York

In re  Prime Six Inc., d/b/a Woodland NYC          ,          Case No.  117-40104-CEC
_Debtor_

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:  May 2018                              Date filed:  06/20/2018

Line of Business:  RESTAURANT & BAR            NAISC Code:  722511

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

x    /s/ A kiva Ofshtein

Original Signature of Responsible Party

Akiva Ofshtein

Printed Name of Responsible Party

**Questionnaire:** _(All questions to be answered on behalf of the debtor.)_

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

B 25C (Official Form 25C) (12/08)

14.  HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH?    ☐    ☑

15.  DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH?    ☐    ☑

16.  HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH?    ☐    ☑

17.  HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH?    ☐    ☑

18.  HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY?    ☐    ☑

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?    ☐    ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH.  THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL INCOME** | $ | 422,533.85 |

### SUMMARY OF CASH ON HAND

| | | |
|---|---|---|
| Cash on Hand at Start of Month | $ | 19,441.45 |
| Cash on Hand at End of Month | $ | 6,299.95 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    **TOTAL** | $ | 6,299.95 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH.  INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT.  *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL EXPENSES** | $ | 372,820.04 |

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 422,533.85 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 372,820.04 |
| *(Subtract Line C from Line B)*    **CASH PROFIT FOR THE MONTH** | $ | 49,713.81 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED
SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID.  THE LIST MUST INCLUDE
THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE
DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

|  |  |  |
|---|---|---|
| **TOTAL PAYABLES** | $ | 0.00 |

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK
YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD.  YOU SHOULD INCLUDE WHO
OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY
WAIVE THIS REQUIREMENT.)*

|  |  |  |
|---|---|---|
| **TOTAL RECEIVABLES** | $ | 0.00 |

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU
HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED
BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 46 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 71 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 0.00 |

*NON-BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 0.00 |

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180
DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | | Projected | | Actual | | Difference |
|---|---|---|---|---|---|---|
| INCOME | $ | 1,650,000.00 | $ | 1,584,190.69 | $ | -65,809.31 |
| EXPENSES | $ | 1,452,000.00 | $ | 1,726,314.55 | $ | 274,314.55 |
| CASH PROFIT | $ | 198,000.00 | $ | -142,123.86 | $ | -340,123.86 |

| | | |
|---|---|---|
| TOTAL PROJECTED INCOME FOR THE NEXT MONTH: | $ | 425,000.00 |
| TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: | $ | 360,000.00 |
| TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: | $ | 65,000.00 |

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET
WHICH YOU PREPARE INTERNALLY.**

2:53 PM

06/20/18

Accrual Basis

# PRIME SIX INC DBA WOODLAND
## Profit & Loss
### May 2018

|  | May 18 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Sales** | |
| N/T Sales | 13,585.56 |
| Sales - Other | 408,948.29 |
| **Total Sales** | 422,533.85 |
| **Total Income** | 422,533.85 |
| **Cost of Goods Sold** | |
| **BAR** | |
| **Beer** | |
| Joyce Beer Gas | 260.00 |
| **Total Beer** | 260.00 |
| **Beverage** | |
| Multi-Flow | 3,036.32 |
| **Total Beverage** | 3,036.32 |
| **Hard Liquor** | |
| 3 R Tequila | 720.00 |
| Empire Merchants | 24,638.87 |
| Southern Wine and Spirit Liquor | 11,764.88 |
| **Total Hard Liquor** | 37,123.75 |
| **Wine** | |
| Panebianco | 2,800.00 |
| **Total Wine** | 2,800.00 |
| **Total BAR** | 43,220.07 |
| **Food Purchases** | |
| Bindi | 920.50 |
| **Fish** | |
| Seatide | 6,613.58 |
| **Total Fish** | 6,613.58 |
| Golden Malted | 1,822.00 |
| Jetro | 23,672.00 |
| Orel | 6,395.00 |
| Pat La Frieda | 1,075.23 |
| SEA Market | 144.34 |
| US Foods | 14,576.15 |
| Food Purchases - Other | 70.06 |
| **Total Food Purchases** | 55,288.86 |
| **Total COGS** | 98,508.93 |
| **Gross Profit** | 324,024.92 |
| **Expense** | |
| **Advertising and Promotion** | |
| Craiglist | 45.00 |
| DP Sales Distributors, Inc. | 136.09 |
| MailChimp | 54.44 |
| **Marketing** | |
| Jason Rodriguez | 100.00 |
| **Total Marketing** | 100.00 |
| Resy | 135.71 |
| **Total Advertising and Promotion** | 471.24 |

2:53 PM

06/20/18

Accrual Basis

# PRIME SIX INC DBA WOODLAND
## Profit & Loss
### May 2018

|  | May 18 |
|---|---:|
| Amarican Standard HG | 4,950.00 |
| Amazon | 608.79 |
| Amex Payment for P6 | 1,500.00 |
| Bank Service Charges | 25.00 |
| Charge back | 132.62 |
| Cleaning |  |
|     Auto Chlor | 954.83 |
|     Porter | 5,950.00 |
| **Total Cleaning** | 6,904.83 |
| Discounts | 17,414.85 |
| Fire Alarm |  |
|     L.K. Consulting and Fire INC | 4,150.89 |
| **Total Fire Alarm** | 4,150.89 |
| Fire Code |  |
|     Master Fire Systems INC | 401.75 |
| **Total Fire Code** | 401.75 |
| Green Plus Group | 10,045.00 |
| Insurance Expense |  |
|     Alliance Premium Funding Corp | 1,565.59 |
|     Workers Comp |  |
|         NYSIF Workers Compensation | 850.00 |
|     **Total Workers Comp** | 850.00 |
| **Total Insurance Expense** | 2,415.59 |
| LES 106 RIV LLC | 1,600.00 |
| Linen |  |
|     Acme Linen & Uniform Service | 2,004.40 |
| **Total Linen** | 2,004.40 |
| Managment Expense | 1,500.00 |
| Office Supplies |  |
|     Carousel Checking | 230.02 |
| **Total Office Supplies** | 230.02 |
| Outside Labor 1099 |  |
|     Event Planing | 1,661.00 |
|     Security Company |  |
|         MAS Security Associates | 15,962.00 |
|     **Total Security Company** | 15,962.00 |
| **Total Outside Labor 1099** | 17,623.00 |
| Payroll Expenses | 114,727.16 |
| Professional Fees |  |
|     A.E. Willsey Tax & Accounting | 40.00 |
|     Abrams Fensterman | 3,750.00 |
|     Denis L. Abramowitz | 500.00 |
|     Joy A. Shienberg | 1,000.00 |
| **Total Professional Fees** | 5,290.00 |
| Rent Expense | 16,773.00 |
| Repairs and Maintenance |  |
|     Draught Mechanics | 205.00 |
|     Luther Repair | 40.00 |

2:53 PM
06/20/18
Accrual Basis

# PRIME SIX INC DBA WOODLAND
## Profit & Loss
### May 2018

|  | May 18 |
|---|---|
| **Pest Control** | |
| Intelligent Pest Control | 563.52 |
| **Total Pest Control** | 563.52 |
| Rollhaus Seating Products INC | 5,339.23 |
| Tech Evolution | 600.00 |
| Repairs and Maintenance - Other | 2,871.00 |
| **Total Repairs and Maintenance** | 9,618.75 |
| **Restaurant Consulting** | 18,630.00 |
| **Restaurant Supplies** | |
| Avco | 799.00 |
| M Tucker | |
| M Tucker | 3,041.98 |
| **Total M Tucker** | 3,041.98 |
| United Paper | 261.00 |
| Restaurant Supplies - Other | 196.99 |
| **Total Restaurant Supplies** | 4,298.97 |
| Royal IV | 2,000.00 |
| Tatyana Gutgarts | 1,000.00 |
| Taxes Paid | |
| Payroll Taxes | |
| 940 FUTA Tax | 340.81 |
| 941 FICA Exp | 13,468.58 |
| NYC Commuter tax | 948.91 |
| NYS UI | 2,315.31 |
| Reemployment | 66.32 |
| **Total Payroll Taxes** | 17,139.93 |
| **Total Taxes Paid** | 17,139.93 |
| Transportation Expense | 16.99 |
| Utilities | |
| ConEd | 2,750.00 |
| Gas | |
| National Grid | 4,052.40 |
| **Total Gas** | 4,052.40 |
| Time Warner Cable | 1,060.93 |
| **Total Utilities** | 7,863.33 |
| **Total Expense** | 269,336.11 |
| **Net Ordinary Income** | 54,688.81 |
| Other Income/Expense | |
| Other Expense | |
| Penalty | 100.00 |
| U.S. Trustee | 4,875.00 |
| **Total Other Expense** | 4,975.00 |
| **Net Other Income** | -4,975.00 |
| **Net Income** | **49,713.81** |

Prime Six Inc. Small Business Monthly Operating Report
Mary 2018
Footnote

The balance sheet is not part of this operating report, as information necessary to provide an accurate balance is not yet available.

# PRIME SIX INC DBA WOODLAND
## Reconciliation Summary
### New Checking Signature 4241, Period Ending 05/31/2018

|  | May 31, 18 |
|---|---|
| **Beginning Balance** | 19,441.45 |
| **Cleared Transactions** | |
| Checks and Payments - 485 items | -472,204.89 |
| Deposits and Credits - 88 items | 459,063.39 |
| **Total Cleared Transactions** | -13,141.50 |
| **Cleared Balance** | 6,299.95 |
| **Uncleared Transactions** | |
| Checks and Payments - 126 items | -71,221.16 |
| Deposits and Credits - 3 items | 128,766.49 |
| **Total Uncleared Transactions** | 57,545.33 |
| **Register Balance as of 05/31/2018** | 63,845.28 |
| **New Transactions** | |
| Checks and Payments - 387 items | -324,347.56 |
| Deposits and Credits - 112 items | 293,729.62 |
| **Total New Transactions** | -30,617.94 |
| **Ending Balance** | 33,227.34 |



**SIGNATURE BANK**

565 Fifth Avenue, 12ᵗʰ Floor
New York, NY 10017

Statement Period
From May       01, 2018
To    May     31, 2018
Page      1 of    15

PRIVATE CLIENT GROUP 421
26 COURT STREET
BROOKLYN, NY 11242
SAL MONACO

PRIME SIX INC. DBA WOODLAND          9-421
DEBTOR IN POSSESSION
CASE # 1 17 40104 CEC
15 BAY 29TH STREET, FLOOR 2
BROOKLYN NY  11214          999          See Back for Important Information

Primary Account: 1502734241        433

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| 1502734241    BANKRUPTCY CHECKING | | 19,441.45 | 6,299.95 |
| RELATIONSHIP | TOTAL | | 6,299.95 |

*Signature* | **SIGNATURE BANK**

PRIVATE CLIENT GROUP 421
26 COURT STREET
BROOKLYN, NY 11242
SAL MONACO

PRIME SIX INC. DBA WOODLAND          9-421
DEBTOR IN POSSESSION
CASE # 1 17 40104 CEC
15 BAY 29TH STREET, FLOOR 2
BROOKLYN NY  11214          999

See Back for Important Information

Primary Account: 1502734241          433

BANKRUPTCY CHECKING          1502734241

## Summary

| | | |
|---|---|---:|
| Previous Balance as of May | 01, 2018 | 19,441.45 |
| 57 Credits | | 459,063.39 |
| 485 Debits | | 472,204.89 |
| Ending Balance as of   May | 31, 2018 | 6,299.95 |

## Deposits and Other Credits

| Date | Description | | | Amount |
|---|---|---|---|---:|
| May 01 | ACH DEPOSIT | ck/ref no. | 1686393 | 107.48 |
| | POSTMATES | TRANSFER | POSTMATES MERCH | |
| | 039 00000000021646191800948598 | | | |
| May 01 | ACH DEPOSIT | ck/ref no. | 1733905 | 21,131.33 |
| | MERITCARD | MERCH DEP | 960000009035908 | |
| | 002 00000000021133900008960 | | | |
| May 02 | ACH DEPOSIT | ck/ref no. | 1830271 | 1,408.68 |
| | MERITCARD | MERCH DEP | 960000009035908 | |
| | 002 00000000014086890008960 | | | |
| May 02 | DEPOSIT | | | 5,500.00 |
| May 02 | DEPOSIT | | | 9,000.00 |
| May 03 | DEPOSIT | | | 2,180.00 |
| May 04 | ACH DEPOSIT | ck/ref no. | 1878627 | 104.98 |
| | GRUBHUB INC | APR ACTVTY | 11216985 | |
| May 04 | ACH DEPOSIT | ck/ref no. | 2088831 | 8,782.41 |
| | MERITCARD | MERCH DEP | 960000009035908 | |
| | 002 00000000008782419000008960 | | | |
| May 07 | ACH DEPOSIT | ck/ref no. | 2161671 | 52.03 |
| | MERITCARD | MERCH CHBK | 960000009035908 | |
| | 002 00000000000052039000008960 | | | |
| May 07 | ACH DEPOSIT | ck/ref no. | 2162499 | 5,062.57 |
| | MERITCARD | MERCH DEP | 960000009035908 | |
| | 002 00000000005062579000008960 | | | |
| May 07 | ACH DEPOSIT | ck/ref no. | 2200115 | 43,852.76 |
| | MERITCARD | MERCH DEP | 960000009035908 | |

*Signature*    | **SIGNATURE BANK**

Statement Period
From May      01, 2018
To   May      31, 2018
Page   3 of   15

PRIVATE CLIENT GROUP 421
26 COURT STREET
BROOKLYN, NY 11242
SAL MONACO

PRIME SIX INC. DBA WOODLAND          9-421
DEBTOR IN POSSESSION
CASE # 1 17 40104 CEC
15 BAY 29TH STREET, FLOOR 2
BROOKLYN NY  11214          999          See Back for Important Information

Primary Account: 1502734241          433

| Date | Description | | | |
|------|-------------|--|--|--:|
| | 002 0000000000043852769000008960 | | | |
| May 08 | ACH DEPOSIT | ck/ref no. | 2264087 | 53.64 |
| | DOORDASH, INC. | TRANSFER | DOORDASH, INC. | |
| May 08 | ACH DEPOSIT | ck/ref no. | 2264096 | 76.73 |
| | POSTMATES | TRANSFER | POSTMATES MERCH | |
| | 002 0000000000076731800948598 | | | |
| May 08 | ACH DEPOSIT | ck/ref no. | 2271484 | 22,189.13 |
| | MERITCARD | MERCH DEP | 960000009035908 | |
| | 002 0000000000022189139000008960 | | | |
| May 08 | DEPOSIT | | | 13,780.00 |
| May 09 | ACH DEPOSIT | ck/ref no. | 2360852 | 36.95 |
| | UBER USA | EDI PAYMNT | 7MZP1XT6I13C251 | |
| | REF*TN*7MZP1XT6I1\ | | | |
| | REF*TN*7MZP1XT6I1\ | | | |
| | PRIME SIX INC | | | |
| May 09 | ACH DEPOSIT | ck/ref no. | 2389630 | 4,027.80 |
| | MERITCARD | MERCH DEP | 960000009035908 | |
| | 002 0000000000040280900008960 | | | |
| May 10 | ACH DEPOSIT | ck/ref no. | 2529478 | 18.16 |
| | MERITCARD | MERCH CHBK | 960000009035908 | |
| | 002 0000000000018169000008960 | | | |
| May 10 | ACH DEPOSIT | ck/ref no. | 2510565 | 1,840.96 |
| | MERITCARD | MERCH DEP | 960000009035908 | |
| | 002 0000000000184069000008960 | | | |
| May 11 | ACH DEPOSIT | ck/ref no. | 2477871 | 219.39 |
| | GRUBHUB INC | MAY ACTVTY | 11377714 | |
| May 11 | ACH DEPOSIT | ck/ref no. | 2629425 | 4,383.30 |
| | MERITCARD | MERCH DEP | 960000009035908 | |
| | 002 0000000000043833090000008960 | | | |
| May 14 | ACH DEPOSIT | ck/ref no. | 2724250 | 3,980.21 |
| | MERITCARD | MERCH DEP | 960000009035908 | |
| | 002 0000000000039802190000008960 | | | |
| May 14 | ACH DEPOSIT | ck/ref no. | 2747537 | 15,813.28 |
| | MERITCARD | MERCH DEP | 960000009035908 | |
| | 002 0000000000158132890000008960 | | | |
| May 14 | DEPOSIT | | | 2,100.00 |
| May 14 | DEPOSIT | | | 20,000.00 |
| May 15 | ACH DEPOSIT | ck/ref no. | 2862421 | 37.07 |
| | DOORDASH, INC. | TRANSFER | DOORDASH, INC. | |

 **SIGNATURE BANK**

Statement Period
From May    01, 2018
To  May    31, 2018
Page    4 of   15

PRIVATE CLIENT GROUP 421
26 COURT STREET
BROOKLYN, NY 11242
SAL MONACO

PRIME SIX INC. DBA WOODLAND       9-421
DEBTOR IN POSSESSION
CASE # 1 17 40104 CEC
15 BAY 29TH STREET, FLOOR 2
BROOKLYN NY  11214       999       See Back for Important Information

Primary Account: 1502734241    433

| Date | Description | | | Amount |
|---|---|---|---|---|
| May 15 | ACH DEPOSIT | ck/ref no. | 2871483 | 70.06 |
| | RESY | FUNDING | B3YHVR | |
| | 002 00000000000007006WFMSBRNT01 | | | |
| May 15 | ACH DEPOSIT | ck/ref no. | 2904701 | 39,226.39 |
| | MERITCARD | MERCH DEP | 960000009035908 | |
| | 002 00000000003922639900008960 | | | |
| May 16 | DEPOSIT ADJ CR | | | 4.00 |
| May 16 | ACH DEPOSIT | ck/ref no. | 2965849 | 60.73 |
| | UBER USA | EDI PAYMNT | 6H4LYI348YPDQ2C | |
| | REF*TN*6H4LYI348Y\ | | | |
| | REF*TN*6H4LYI348Y\ | | | |
| | PRIME SIX INC | | | |
| May 16 | ACH DEPOSIT | ck/ref no. | 2983861 | 5,527.76 |
| | MERITCARD | MERCH DEP | 960000009035908 | |
| | 002 00000000000552769000008960 | | | |
| May 16 | DEPOSIT | | | 3,321.00 |
| May 17 | ACH DEPOSIT | ck/ref no. | 3091707 | 3,276.18 |
| | MERITCARD | MERCH DEP | 960000009035908 | |
| | 002 00000000000327618900008960 | | | |
| May 18 | ACH DEPOSIT | ck/ref no. | 3037115 | 155.01 |
| | GRUBHUB INC | MAY ACTVTY | 11445897 | |
| May 18 | ACH DEPOSIT | ck/ref no. | 3193113 | 3,099.51 |
| | MERITCARD | MERCH DEP | 960000009035908 | |
| | 002 00000000003099519000008960 | | | |
| May 18 | DEPOSIT | | | 75.00 |
| May 21 | ACH DEPOSIT | ck/ref no. | 3286958 | 7,497.73 |
| | MERITCARD | MERCH DEP | 960000009035908 | |
| | 002 00000000000749773900008960 | | | |
| May 21 | ACH DEPOSIT | ck/ref no. | 3289231 | 34,862.47 |
| | MERITCARD | MERCH DEP | 960000009035908 | |
| | 002 00000000003486247900008960 | | | |
| May 21 | DEPOSIT | | | 17,000.00 |
| May 22 | RETURNED CHECK | | | 541.87 |
| May 22 | ACH DEPOSIT | ck/ref no. | 3362355 | 31,495.79 |
| | MERITCARD | MERCH DEP | 960000009035908 | |
| | 002 00000000003149579900008960 | | | |
| May 23 | ACH DEPOSIT | ck/ref no. | 3434754 | 36.49 |
| | MERITCARD | MERCH CHBK | 960000009035908 | |
| | 002 00000000000003649900008960 | | | |

$\mathcal{Signature}$ | **SIGNATURE BANK**

Statement Period
From May    01, 2018
To   May    31, 2018
Page    5 of   15

PRIVATE CLIENT GROUP 421
26 COURT STREET
BROOKLYN, NY 11242
SAL MONACO

PRIME SIX INC. DBA WOODLAND          9-421
DEBTOR IN POSSESSION
CASE # 1 17 40104 CEC
15 BAY 29TH STREET, FLOOR 2
BROOKLYN NY  11214          999          See Back for Important Information

Primary Account: 1502734241          433

| Date | Description | | | | Amount |
|---|---|---|---|---|---:|
| May 23 | ACH DEPOSIT | ck/ref no. | 3440031 | | 97.81 |
| | UBER USA | EDI PAYMNT | FM3WPVHEYZPO1U5 | | |
| | REF*TN*FM3WPVHEYZ\ | | | | |
| | REF*TN*FM3WPVHEYZ\ | | | | |
| | PRIME SIX INC | | | | |
| May 23 | ACH DEPOSIT | ck/ref no. | 3432093 | | 6,099.30 |
| | MERITCARD | MERCH DEP | 960000009035908 | | |
| | 002 00000000006099309000008960 | | | | |
| May 24 | ACH DEPOSIT | ck/ref no. | 3529625 | | 1,391.65 |
| | MERITCARD | MERCH DEP | 960000009035908 | | |
| | 002 00000000001391659000008960 | | | | |
| May 24 | DEPOSIT | | | | 3,103.00 |
| May 24 | DEPOSIT | ref# | | | 10,000.00 |
| May 25 | ACH DEPOSIT | ck/ref no. | 3480887 | | 82.51 |
| | GRUBHUB INC | MAY ACTVTY | 11514369 | | |
| May 25 | ACH DEPOSIT | ck/ref no. | 3646323 | | 3,738.85 |
| | MERITCARD | MERCH DEP | 960000009035908 | | |
| | 002 00000000003738859000008960 | | | | |
| May 29 | ACH DEPOSIT | ck/ref no. | 3735271 | | 37.52 |
| | POSTMATES | TRANSFER | POSTMATES MERCH | | |
| | 026 00000000003378094180094859B | | | | |
| May 29 | ACH DEPOSIT | ck/ref no. | 3705959 | | 7,580.95 |
| | MERITCARD | MERCH DEP | 960000009035908 | | |
| | 002 00000000007580959000008960 | | | | |
| May 29 | ACH DEPOSIT | ck/ref no. | 3705573 | | 14,609.45 |
| | MERITCARD | MERCH DEP | 960000009035908 | | |
| | 002 00000000001460945900008960 | | | | |
| May 29 | ACH DEPOSIT | ck/ref no. | 3744632 | | 58,571.32 |
| | MERITCARD | MERCH DEP | 960000009035908 | | |
| | 002 00000000005857132900008960 | | | | |
| May 30 | ACH DEPOSIT | ck/ref no. | 3817642 | | 92.28 |
| | UBER USA | EDI PAYMNT | KNKQFI5ETV3SRKF | | |
| | REF*TN*KNKQFI5ETV\ | | | | |
| | REF*TN*KNKQFI5ETV\ | | | | |
| | PRIME SIX INC | | | | |
| May 30 | RETURNED CHECK | | | | 338.42 ⊖ |
| May 30 | ACH DEPOSIT | ck/ref no. | 3832311 | | 17,206.87 |
| | MERITCARD | MERCH DEP | 960000009035908 | | |
| | 002 00000000001720687900008960 | | | | |

# SIGNATURE BANK

Statement Period
From May    01, 2018
To   May    31, 2018
Page    6 of   15

PRIVATE CLIENT GROUP 421
26 COURT STREET
BROOKLYN, NY 11242
SAL MONACO

PRIME SIX INC. DBA WOODLAND          9-421
DEBTOR IN POSSESSION
CASE # 1 17 40104 CEC
15 BAY 29TH STREET, FLOOR 2
BROOKLYN NY  11214          999

See Back for Important Information

Primary Account: 1502734241      433

| Date | Description | | ck/ref no. | | Amount |
|------|-------------|--|-----------|--|--------|
| May 31 | ACH DEPOSIT | | ck/ref no. | 3987883 | 4,124.61 |
| | MERITCARD | MERCH DEP | 960000009035908 | | |
| | 002 00000000004124619000008960 | | | | |

## Withdrawals and Other Debits

| Date | Description | | ck/ref no. | | Amount |
|------|-------------|--|-----------|--|--------|
| May 01 | ACH | | ck/ref no. | 1561428 | 18.16 |
| | MERITCARD | MERCH CHBK | 960000009035908 | | |
| May 01 | ACH | | ck/ref no. | 1570156 | 992.33 |
| | NYS DTF MCTMT | TAX PAYMNT | 000000031170702 | | |
| May 01 | ACH | | ck/ref no. | 1478604 | 7,360.88 |
| | IRS | USATAXPYMT | 225852020637090 | | |
| May 02 | ACH | | ck/ref no. | 1681695 | 100.00 |
| | NYS DTF BILL PYT | TAX PAYMNT | 000000031311079 | | |
| May 02 | ACH | | ck/ref no. | 1616022 | 814.10 |
| | NYSINSFNDWRKCMP | 1190000757 | 515885468 | | |
| May 02 | ACH | | ck/ref no. | 1734485 | 1,167.37 |
| | INTUIT PAYROLL S | QUICKBOOKS | 272373853 | | |
| May 02 | ACH | | ck/ref no. | 1682924 | 1,982.49 |
| | NYS DTF WT | TAX PAYMNT | 000000031321553 | | |
| May 02 | ACH | | ck/ref no. | 1616103 | 7,024.52 |
| | IRS | USATAXPYMT | 225852120102706 | | |
| May 03 | ACH | | ck/ref no. | 1745802 | 1,044.87 |
| | NATIONAL GRID NY | UTILITYPAY | 00182240282 | | |
| May 04 | ACH | | ck/ref no. | 1873886 | 522.44 |
| | NATIONAL GRID NY | UTILITYPAY | 00182240282 | | |
| May 04 | ACH | | ck/ref no. | 1913771 | 770.34 |
| | SWS OF AMERICA | CORP PMT | 450000000416928 | | |
| May 07 | MISC DEBIT | | | | 3,456.47 |
| May 07 | ACH | | ck/ref no. | 2091799 | 6,055.20 |
| | EMPIREMERCHANTS | INVOICE(S) | 5573492 | | |
| May 07 | ACH | | ck/ref no. | 2061435 | 6,179.18 |
| | SWS OF AMERICA | CORP PMT | 450000000417261 | | |
| May 08 | ACH | | ck/ref no. | 2166209 | 1,998.06 |
| | NYS DTF PROMP WT | TAX PAYMNT | 000000031647890 | | |
| May 08 | ACH | | ck/ref no. | 2111868 | 2,306.72 |
| | IRS | USATAXPYMT | 225852720161785 | | |
| May 09 | ACH | | ck/ref no. | 2295880 | 1,167.37 |
| | INTUIT PAYROLL S | QUICKBOOKS | 272373853 | | |
| May 10 | ACH | | ck/ref no. | 2366572 | 50.00 |
| | NYS DTF BILL PYT | TAX PAYMNT | 000000031697466 | | |



# SIGNATURE BANK

Statement Period
From May    01, 2018
To   May    31, 2018
Page     7 of   15

PRIVATE CLIENT GROUP 421
26 COURT STREET
BROOKLYN, NY 11242
SAL MONACO

```
PRIME SIX INC. DBA WOODLAND              9-421
DEBTOR IN POSSESSION
CASE # 1 17 40104 CEC
15 BAY 29TH STREET, FLOOR 2
BROOKLYN NY  11214            999
```

See Back for Important Information

Primary Account: 1502734241        433

| Date | Description | | Ref | Amount |
|------|-------------|---|-----|-------:|
| May 10 | ACH | ck/ref no. | 2391014 | 3,896.14 |
| | US FOODSERVICE | VENDOR PAY | 050901271030000 | |
| | ISA*00*      *00*      *01*621418185 | | | |
| May 11 | ACH | ck/ref no. | 2498763 | 1,060.93 |
| | TIME WARNER CABL | CABLE PAY | 0010175010  SPA | |
| May 14 | ACH | ck/ref no. | 2609901 | 50.00 |
| | NYS DTF BILL PYT | TAX PAYMNT | 000000031759974 | |
| May 14 | ACH | ck/ref no. | 2609160 | 2,332.68 |
| | SWS OF AMERICA | CORP PMT | 450000000419289 | |
| May 14 | ACH | ck/ref no. | 2651884 | 6,853.07 |
| | EMPIREMERCHANTS | INVOICE(S) | 9190011 | |
| May 15 | ACH | ck/ref no. | 2702325 | 5,000.00 |
| | NYS DTF SALES | TAX PAYMNT | 000000031785977 | |
| May 15 | ACH | ck/ref no. | 2661838 | 7,969.80 |
| | IRS | USATAXPYMT | 225853420081165 | |
| May 15 | ACH | ck/ref no. | 2702280 | 25,162.44 |
| | NYS DTF BILL PYT | TAX PAYMNT | 000000031776596 | |
| May 18 | OUTGOING WIRE XFER | | | 1,267.37 ✓ |
| | REF# 20180518B6B7261F001741 | | | |
| | TO:   INTUIT RETURNS ACCOUNT | | ABA:  021000021 | |
| | BANK: JPMCHASE | | ACCT# 722-616695 | |
| May 18 | ACH | ck/ref no. | 3011741 | 500.00 |
| | NATIONAL GRID NY | UTILITYPAY | 00182240282 | |
| May 21 | MISC DEBIT | | | 25.00 |
| | REF# 20180518B6B7261F001741 | | | |
| | TO:   INTUIT RETURNS ACCOUNT | | ABA:  021000021 | |
| | BANK: JPMCHASE | | ACCT# 722-616695 | |
| May 21 | ACH | ck/ref no. | 3202873 | 6,586.94 |
| | EMPIREMERCHANTS | INVOICE(S) | 9163973 | |
| May 21 | ACH | ck/ref no. | 3094949 | 7,614.24 |
| | IRS | USATAXPYMT | 225853820071760 | |
| May 22 | MISC DEBIT | | | 3,911.84 |
| May 22 | ACH | ck/ref no. | 3278215 | 10,000.00 |
| | NYS DTF SALES | TAX PAYMNT | 000000031983821 | |
| May 23 | ACH | ck/ref no. | 3303365 | 850.00 |
| | NYSINSFNDWRKCMP | 1190000757 | 518159404 | |
| May 23 | ACH | ck/ref no. | 3362112 | 1,167.37 |
| | INTUIT PAYROLL S | QUICKBOOKS | 272373853 | |
| May 23 | ACH | ck/ref no. | 3335593 | 1,874.25 |
| | NYS DTF WT | TAX PAYMNT | 000000032004224 | |

# ∫ignature | SIGNATURE BANK

Statement Period
From May    01, 2018
To  May    31, 2018
Page    8 of   15

PRIVATE CLIENT GROUP 421
26 COURT STREET
BROOKLYN, NY 11242
SAL MONACO

PRIME SIX INC. DBA WOODLAND            9-421
DEBTOR IN POSSESSION
CASE # 1 17 40104 CEC
15 BAY 29TH STREET, FLOOR 2
BROOKLYN NY  11214            999

See Back for Important Information

Primary Account: 1502734241        433

| | | | | |
|---|---|---|---|---|
| May 24 | ACH | ck/ref no. | 3441622 | 230.02 |
| | CAROUSEL CHECKS | INTERNET | 043000092152698 | |
| May 24 | ACH | ck/ref no. | 3432552 | 3,311.70 |
| | US FOODSERVICE | VENDOR PAY | 052301271030000 | |
| | ISA*00* | *00* | *01*621418185 | |
| May 29 | ACH | ck/ref no. | 3645556 | 107.17 |
| | MERITCARD | MERCH CHBK | 960000009035908 | |
| May 29 | ACH | ck/ref no. | 3533572 | 735.09 |
| | NATIONAL GRID NY | UTILITYPAY | 00182240282 | |
| May 30 | ACH | ck/ref no. | 3704018 | 1,167.37 |
| | INTUIT PAYROLL S | QUICKBOOKS | 272373853 | |
| May 30 | ACH | ck/ref no. | 3735424 | 1,500.00 |
| | AMEX EPAYMENT | ACH PMT | M9884 | |
| May 30 | ACH | ck/ref no. | 3739608 | 1,956.12 |
| | NYS DTF PROMP WT | TAX PAYMNT | 000000032122557 | |
| May 30 | ACH | ck/ref no. | 3730782 | 2,482.68 |
| | SWS OF AMERICA | CORP PMT | 450000000423483 | |
| May 30 | ACH | ck/ref no. | 3652199 | 4,739.52 |
| | EMPIREMERCHANTS | INVOICE(S) | 4914344 | |
| May 30 | ACH | ck/ref no. | 3652598 | 7,324.66 |
| | IRS | USATAXPYMT | 225854920337438 | |
| May 31 | ACH | ck/ref no. | 3832315 | 113.97 |
| | MERITCARD | MERCH CHBK | 960000009035908 | |
| May 31 | ACH | ck/ref no. | 3851263 | 3,280.71 |
| | US FOODSERVICE | VENDOR PAY | 053001271030000 | |
| | ISA*00* | *00* | *01*621418185 | |
| May 31 | ACH | ck/ref no. | 3853033 | 6,976.17 |
| | EMPIREMERCHANTS | INVOICE(S) | 2460594 | |
| May 31 | ACH | ck/ref no. | 3807603 | 10,000.00 |
| | NYS DTF SALES | TAX PAYMNT | 000000032143860 | |

Checks by Serial Number

| | | | | | |
|---|---|---|---|---|---|
| May 22 | 10523 | 304.52 | May 08 | 11706 * | 353.86 |
| May 22 | 10602 * | 137.30 | May 01 | 11726 * | 303.87 |
| May 30 | 11160 * | 338.42 | May 02 | 11733 * | 1,665.00 |
| May 31 | 11473 * | 439.45 | May 02 | 11734 | 273.00 |
| May 01 | 11558 * | 218.10 | May 01 | 11735 | 1,290.00 |
| May 31 | 11570 * | 268.78 | May 16 | 11737 * | 248.00 |
| May 04 | 11589 * | 278.95 | May 22 | 11765 * | 521.44 |
| May 04 | 11690 * | 319.02 | May 01 | 11772 * | 645.49 |

 **SIGNATURE BANK**

Statement Period
From May    01, 2018
To   May    31, 2018
Page     9 of   15

PRIVATE CLIENT GROUP 421
26 COURT STREET
BROOKLYN, NY 11242
SAL MONACO

PRIME SIX INC. DBA WOODLAND          9-421
DEBTOR IN POSSESSION
CASE # 1 17 40104 CEC
15 BAY 29TH STREET, FLOOR 2
BROOKLYN NY  11214          999          See Back for Important Information

Primary Account: 1502734241          433

| Date | Serial Nbr | Amount | Date | Serial Nbr | Amount |
|------|-----------|--------|------|-----------|--------|
| May 01 | 11774 * | 682.91 | May 01 | 11903 | 447.89 |
| May 04 | 11779 * | 207.99 | May 01 | 11904 | 389.92 |
| May 04 | 11791 * | 345.16 | May 04 | 11905 | 379.30 |
| May 01 | 11797 * | 605.60 | May 02 | 11906 | 532.57 |
| May 02 | 11802 * | 308.84 | May 01 | 11908 * | 464.15 |
| May 08 | 11809 * | 237.93 | May 01 | 11909 | 423.91 |
| May 02 | 11819 * | 1,099.64 | May 01 | 11911 * | 243.70 |
| May 08 | 11826 * | 130.00 | May 03 | 11912 | 533.71 |
| May 08 | 11833 * | 1,100.00 | May 02 | 11913 | 288.08 |
| May 22 | 11834 | 130.00 | May 02 | 11914 | 288.85 |
| May 08 | 11835 | 40.00 | May 09 | 11916 * | 108.47 |
| May 01 | 11845 * | 1,534.00 | May 03 | 11917 | 178.57 |
| May 01 | 11856 * | 123.58 | May 08 | 11921 * | 93.43 |
| May 07 | 11857 | 746.98 | May 01 | 11923 * | 677.40 |
| May 02 | 11861 * | 326.91 | May 02 | 11924 | 377.88 |
| May 01 | 11862 | 204.95 | May 01 | 11928 * | 600.00 |
| May 01 | 11864 * | 481.09 | May 02 | 11930 * | 4,450.00 |
| May 01 | 11866 * | 296.81 | May 01 | 11931 | 235.30 |
| May 01 | 11869 * | 549.86 | May 08 | 11932 | 698.87 |
| May 08 | 11870 | 583.99 | May 01 | 11933 | 1,545.90 |
| May 22 | 11871 | 436.68 | May 01 | 11934 | 516.30 |
| May 16 | 11874 * | 706.94 | May 02 | 11935 | 1,631.95 |
| May 18 | 11875 | 341.87 | May 01 | 11936 | 117.07 |
| May 01 | 11876 | 529.18 | May 04 | 11938 * | 1,000.00 |
| May 01 | 11877 | 660.35 | May 01 | 11940 * | 1,890.00 |
| May 07 | 11879 * | 268.60 | May 01 | 11941 | 4,000.00 |
| May 01 | 11880 | 555.43 | May 01 | 11942 | 731.32 |
| May 01 | 11881 | 616.79 | May 01 | 11943 | 845.69 |
| May 01 | 11882 | 357.92 | May 01 | 11944 | 53.30 |
| May 01 | 11883 | 336.96 | May 15 | 11945 | 136.99 |
| May 01 | 11886 * | 496.73 | May 07 | 11946 | 746.99 |
| May 10 | 11887 | 180.09 | May 07 | 11947 | 257.64 |
| May 01 | 11888 | 81.01 | May 07 | 11948 | 639.41 |
| May 08 | 11889 | 681.29 | May 08 | 11949 | 854.39 |
| May 15 | 11891 * | 134.61 | May 09 | 11950 | 301.72 |
| May 04 | 11893 * | 520.67 | May 07 | 11951 | 168.42 |
| May 01 | 11898 * | 614.43 | May 10 | 11952 | 77.58 |
| May 24 | 11901 * | 210.29 | May 08 | 11954 * | 406.27 |
| May 04 | 11902 | 227.88 | May 09 | 11955 | 200.94 |

 **SIGNATURE BANK**

Statement Period
From May      01, 2018
To   May      31, 2018
Page    10 of  15

PRIVATE CLIENT GROUP 421
26 COURT STREET
BROOKLYN, NY 11242
SAL MONACO

PRIME SIX INC. DBA WOODLAND          9-421
DEBTOR IN POSSESSION
CASE # 1 17 40104 CEC
15 BAY 29TH STREET, FLOOR 2
BROOKLYN NY  11214          999          See Back for Important Information

Primary Account: 1502734241          433

| Date | Serial Nbr | Amount | Date | Serial Nbr | Amount |
|------|-----------|--------|------|-----------|--------|
| May 08 | 11956 | 330.49 | May 07 | 11997 | 345.03 |
| May 08 | 11957 | 374.52 | May 08 | 11998 | 342.84 |
| May 07 | 11958 | 518.93 | May 07 | 11999 | 264.77 |
| May 07 | 11959 | 378.94 | May 08 | 12000 | 688.26 |
| May 08 | 11960 | 415.97 | May 08 | 12001 | 285.90 |
| May 22 | 11961 | 304.68 | May 08 | 12002 | 292.20 |
| May 07 | 11962 | 375.65 | May 09 | 12003 | 282.99 |
| May 07 | 11963 | 519.83 | May 11 | 12004 | 160.43 |
| May 07 | 11964 | 246.59 | May 07 | 12005 | 264.29 |
| May 16 | 11965 | 666.66 | May 07 | 12006 | 482.20 |
| May 18 | 11966 | 373.71 | May 07 | 12007 | 731.33 |
| May 08 | 11967 | 620.86 | May 07 | 12008 | 687.29 |
| May 08 | 11968 | 725.12 | May 09 | 12009 | 588.18 |
| May 16 | 11969 | 687.07 | May 09 | 12010 | 384.70 |
| May 08 | 11970 | 671.14 | May 02 | 12011 | 500.00 |
| May 08 | 11971 | 277.01 | May 03 | 12012 | 8.19 |
| May 08 | 11972 | 438.50 | May 07 | 12013 | 1,000.00 |
| May 08 | 11973 | 82.75 | May 07 | 12014 | 172.00 |
| May 07 | 11974 | 556.12 | May 08 | 12015 | 600.00 |
| May 08 | 11975 | 639.60 | May 08 | 12016 | 415.00 |
| May 09 | 11977 * | 146.92 | May 08 | 12017 | 2,800.00 |
| May 07 | 11978 | 611.39 | May 09 | 12018 | 1,875.00 |
| May 15 | 11979 | 162.36 | May 10 | 12019 | 398.45 |
| May 07 | 11980 | 657.52 | May 11 | 12020 | 261.00 |
| May 09 | 11981 | 537.74 | May 11 | 12021 | 91.00 |
| May 07 | 11982 | 471.06 | May 14 | 12022 | 3,065.00 |
| May 08 | 11983 | 403.75 | May 07 | 12023 | 3,140.00 |
| May 09 | 11984 | 349.31 | May 07 | 12024 | 850.00 |
| May 08 | 11985 | 125.31 | May 08 | 12025 | 2,316.00 |
| May 08 | 11986 | 531.34 | May 08 | 12026 | 600.00 |
| May 03 | 11987 | 446.29 | May 07 | 12027 | 600.00 |
| May 08 | 11988 | 421.32 | May 09 | 12028 | 4,230.00 |
| May 25 | 11989 | 321.72 | May 08 | 12029 | 800.00 |
| May 14 | 11991 * | 254.11 | May 08 | 12030 | 1,565.59 |
| May 08 | 11992 | 604.57 | May 08 | 12031 | 557.10 |
| May 08 | 11993 | 647.54 | May 08 | 12032 | 250.89 |
| May 07 | 11994 | 145.42 | May 10 | 12033 | 81.95 |
| May 08 | 11995 | 608.88 | May 08 | 12034 | 1,000.00 |
| May 08 | 11996 | 408.98 | May 09 | 12035 | 1,854.60 |

 **SIGNATURE BANK**

Statement Period
From May      01, 2018
To   May     31, 2018
Page    11 of   15

PRIVATE CLIENT GROUP 421
26 COURT STREET
BROOKLYN, NY 11242
SAL MONACO

PRIME SIX INC. DBA WOODLAND            9-421
DEBTOR IN POSSESSION
CASE # 1 17 40104 CEC
15 BAY 29TH STREET, FLOOR 2
BROOKLYN NY  11214            999            See Back for Important Information

Primary Account: 1502734241        433

| Date | Serial Nbr | Amount | Date | Serial Nbr | Amount |
|------|-----------|--------|------|-----------|--------|
| May 08 | 12036 | 409.02 | May 14 | 12077 | 765.35 |
| May 15 | 12037 | 600.00 | May 18 | 12078 | 343.82 |
| May 08 | 12038 | 2,323.15 | May 15 | 12079 | 283.45 |
| May 09 | 12039 | 812.50 | May 14 | 12080 | 530.10 |
| May 15 | 12040 | 1,000.00 | May 15 | 12081 | 466.15 |
| May 08 | 12041 | 305.90 | May 17 | 12082 | 189.43 |
| May 08 | 12042 | 3,750.00 | May 17 | 12084 * | 561.63 |
| May 07 | 12043 | 500.00 | May 14 | 12085 | 645.99 |
| May 11 | 12044 | 40.00 | May 25 | 12086 | 440.89 |
| May 14 | 12045 | 1,500.00 | May 14 | 12087 | 537.13 |
| May 08 | 12047 * | 3,715.00 | May 14 | 12088 | 399.35 |
| May 08 | 12048 | 2,000.00 | May 15 | 12089 | 301.46 |
| May 09 | 12049 | 500.50 | May 14 | 12090 | 585.48 |
| May 09 | 12050 | 196.99 | May 15 | 12091 | 619.65 |
| May 11 | 12051 | 446.29 | May 11 | 12092 | 421.31 |
| May 14 | 12052 | 1,320.00 | May 25 | 12093 | 228.05 |
| May 15 | 12053 | 232.47 | May 14 | 12094 | 302.21 |
| May 15 | 12054 | 746.99 | May 15 | 12095 | 563.33 |
| May 15 | 12055 | 225.73 | May 16 | 12096 | 625.38 |
| May 14 | 12056 | 503.35 | May 16 | 12097 | 217.96 |
| May 15 | 12057 | 644.47 | May 16 | 12098 | 506.36 |
| May 16 | 12058 | 327.27 | May 15 | 12099 | 456.96 |
| May 14 | 12059 | 464.51 | May 14 | 12100 | 293.50 |
| May 16 | 12060 | 351.13 | May 15 | 12101 | 360.80 |
| May 15 | 12062 * | 476.32 | May 15 | 12102 | 195.34 |
| May 14 | 12063 | 60.50 | May 22 | 12103 | 561.88 |
| May 15 | 12064 | 393.61 | May 16 | 12104 | 229.86 |
| May 14 | 12065 | 398.14 | May 16 | 12105 | 241.40 |
| May 14 | 12066 | 523.98 | May 14 | 12106 | 162.46 |
| May 16 | 12067 | 102.99 | May 24 | 12107 | 137.06 |
| May 22 | 12068 | 452.27 | May 15 | 12108 | 176.75 |
| May 14 | 12069 | 295.48 | May 14 | 12109 | 301.76 |
| May 14 | 12070 | 422.49 | May 14 | 12110 | 482.20 |
| May 14 | 12071 | 305.68 | May 11 | 12111 | 731.32 |
| May 15 | 12072 | 667.72 | May 14 | 12112 | 688.41 |
| May 14 | 12073 | 194.92 | May 16 | 12113 | 459.05 |
| May 16 | 12074 | 669.77 | May 16 | 12114 | 272.13 |
| May 31 | 12075 | 119.56 | May 10 | 12115 | 100.00 |
| May 16 | 12076 | 573.71 | May 15 | 12117 * | 2,316.00 |

 **SIGNATURE BANK**

Statement Period
From May      01, 2018
To   May      31, 2018
Page    12 of   15

PRIVATE CLIENT GROUP 421
26 COURT STREET
BROOKLYN, NY 11242
SAL MONACO

PRIME SIX INC. DBA WOODLAND              9-421
DEBTOR IN POSSESSION
CASE # 1 17 40104 CEC
15 BAY 29TH STREET, FLOOR 2
BROOKLYN NY  11214          999        See Back for Important Information

Primary Account: 1502734241      433

| Date | Serial Nbr | Amount | Date | Serial Nbr | Amount |
|------|-----------|--------|------|-----------|--------|
| May 11 | 12118 | 600.00 | May 21 | 12162 | 112.72 |
| May 15 | 12120 * | 850.00 | May 21 | 12163 | 586.62 |
| May 18 | 12121 | 442.60 | May 21 | 12164 | 330.12 |
| May 16 | 12122 | 251.29 | May 24 | 12165 | 602.07 |
| May 23 | 12123 | 500.00 | May 23 | 12166 | 347.00 |
| May 22 | 12124 | 348.40 | May 30 | 12167 | 461.51 |
| May 16 | 12125 | 400.00 | May 22 | 12169 * | 283.57 |
| May 21 | 12127 * | 650.66 | May 18 | 12171 * | 546.28 |
| May 16 | 12128 | 812.50 | May 23 | 12172 | 366.21 |
| May 15 | 12129 | 1,532.00 | May 22 | 12173 | 464.88 |
| May 21 | 12130 | 872.02 | May 21 | 12174 | 449.25 |
| May 16 | 12131 | 1,902.58 | May 22 | 12175 | 561.88 |
| May 21 | 12132 | 4,466.00 | May 31 | 12176 | 59.02 |
| May 22 | 12134 * | 1,250.00 | May 23 | 12177 | 375.25 |
| May 11 | 12135 | 566.72 | May 30 | 12178 | 129.84 |
| May 11 | 12136 | 425.40 | May 21 | 12179 | 786.08 |
| May 14 | 12137 | 100.00 | May 25 | 12180 | 497.79 |
| May 14 | 12138 | 33.88 | May 21 | 12181 | 499.37 |
| May 14 | 12139 | 300.00 | May 22 | 12182 | 585.13 |
| May 14 | 12140 | 54.44 | May 23 | 12183 | 317.29 |
| May 14 | 12141 | 16.99 | May 21 | 12184 | 614.41 |
| May 17 | 12142 | 789.18 | May 22 | 12185 | 594.35 |
| May 15 | 12143 | 4,950.00 | May 17 | 12186 | 446.29 |
| May 16 | 12144 | 45.00 | May 18 | 12187 | 421.31 |
| May 21 | 12146 * | 540.10 | May 25 | 12188 | 311.75 |
| May 23 | 12147 | 746.98 | May 21 | 12189 | 692.88 |
| May 22 | 12148 | 541.87 | May 22 | 12190 | 609.72 |
| May 22 | 12148 | 541.87 | May 31 | 12191 | 346.31 |
| May 22 | 12149 | 534.29 | May 22 | 12192 | 613.39 |
| May 24 | 12150 | 292.40 | May 22 | 12193 | 445.72 |
| May 22 | 12151 | 392.25 | May 23 | 12194 | 150.85 |
| May 22 | 12153 * | 434.75 | May 21 | 12195 | 434.34 |
| May 22 | 12154 | 432.84 | May 22 | 12196 | 345.04 |
| May 21 | 12155 | 391.72 | May 21 | 12197 | 245.49 |
| May 21 | 12157 * | 590.79 | May 22 | 12198 | 684.70 |
| May 22 | 12158 | 530.58 | May 29 | 12199 | 300.32 |
| May 22 | 12159 | 218.53 | May 22 | 12200 | 301.12 |
| May 21 | 12160 | 789.18 | May 22 | 12201 | 165.45 |
| May 22 | 12161 | 541.10 | May 24 | 12203 * | 125.42 |

 **SIGNATURE BANK**

Statement Period
From May      01, 2018
To   May      31, 2018
Page    13 of   15

PRIVATE CLIENT GROUP 421
26 COURT STREET
BROOKLYN, NY 11242
SAL MONACO

PRIME SIX INC. DBA WOODLAND          9-421
DEBTOR IN POSSESSION
CASE # 1 17 40104 CEC
15 BAY 29TH STREET, FLOOR 2
BROOKLYN NY  11214          999          See Back for Important Information

Primary Account: 1502734241      433

| Date | Serial Nbr | Amount | Date | Serial Nbr | Amount |
|------|-----------|--------|------|-----------|--------|
| May 24 | 12204 | 143.70 | May 30 | 12251 * | 639.08 |
| May 21 | 12205 | 305.79 | May 31 | 12252 | 316.88 |
| May 21 | 12206 | 482.19 | May 29 | 12255 * | 485.90 |
| May 21 | 12207 | 731.33 | May 30 | 12256 | 360.96 |
| May 22 | 12208 | 633.31 | May 30 | 12257 | 584.17 |
| May 22 | 12209 | 532.39 | May 30 | 12258 | 789.18 |
| May 23 | 12210 | 289.64 | May 30 | 12259 | 295.09 |
| May 24 | 12211 | 2,316.00 | May 29 | 12260 | 544.15 |
| May 21 | 12212 | 850.00 | May 29 | 12261 | 365.98 |
| May 22 | 12214 * | 600.00 | May 31 | 12263 * | 388.19 |
| May 16 | 12215 | 1,720.00 | May 30 | 12264 | 534.63 |
| May 21 | 12217 * | 2,950.00 | May 29 | 12266 * | 233.48 |
| May 21 | 12218 | 5,339.23 | May 29 | 12268 * | 615.00 |
| May 21 | 12219 | 99.76 | May 29 | 12270 * | 384.31 |
| May 21 | 12220 | 290.00 | May 30 | 12271 | 425.23 |
| May 24 | 12221 | 130.00 | May 29 | 12272 | 598.89 |
| May 24 | 12222 | 99.76 | May 31 | 12273 | 59.49 |
| May 23 | 12223 | 2,100.00 | May 30 | 12275 * | 117.49 |
| May 24 | 12224 | 676.78 | May 29 | 12276 | 631.17 |
| May 24 | 12226 * | 3,773.00 | May 29 | 12278 * | 407.11 |
| May 23 | 12227 | 500.00 | May 30 | 12279 | 560.17 |
| May 29 | 12228 | 472.60 | May 25 | 12280 | 360.53 |
| May 23 | 12230 * | 147.64 | May 30 | 12281 | 258.15 |
| May 31 | 12231 | 420.00 | May 29 | 12282 | 582.10 |
| May 23 | 12232 | 1,453.33 | May 30 | 12284 * | 446.29 |
| May 23 | 12233 | 650.66 | May 29 | 12285 | 421.32 |
| May 24 | 12234 | 812.50 | May 29 | 12287 * | 535.97 |
| May 29 | 12235 | 1,637.00 | May 30 | 12288 | 664.26 |
| May 30 | 12236 | 385.50 | May 30 | 12289 | 151.20 |
| May 23 | 12237 | 2,650.33 | May 31 | 12290 | 742.97 |
| May 25 | 12238 | 16,573.00 | May 30 | 12291 | 395.77 |
| May 25 | 12239 | 200.00 | May 29 | 12292 | 101.29 |
| May 22 | 12242 * | 300.00 | May 29 | 12293 | 308.82 |
| May 30 | 12243 | 526.28 | May 29 | 12294 | 288.56 |
| May 30 | 12244 | 213.04 | May 30 | 12295 | 598.59 |
| May 30 | 12245 | 746.99 | May 30 | 12297 * | 281.58 |
| May 29 | 12246 | 386.95 | May 30 | 12300 * | 174.49 |
| May 30 | 12247 | 489.43 | May 31 | 12301 | 66.17 |
| May 29 | 12249 * | 398.30 | May 29 | 12302 | 337.84 |

 **SIGNATURE BANK**

Statement Period
From May    01, 2018
To   May    31, 2018
Page    14 of    15

PRIVATE CLIENT GROUP 421
26 COURT STREET
BROOKLYN, NY 11242
SAL MONACO

PRIME SIX INC. DBA WOODLAND          9-421
DEBTOR IN POSSESSION
CASE # 1 17 40104 CEC
15 BAY 29TH STREET, FLOOR 2
BROOKLYN NY  11214          999          See Back for Important Information

Primary Account: 1502734241          433

| Date | Serial Nbr | Amount | Date | Serial Nbr | Amount |
|------|-----------|--------|------|-----------|--------|
| May 30 | 12303 | 170.29 | May 31 | 12329 * | 1,994.15 |
| May 29 | 12304 | 482.20 | May 31 | 12330 | 1,030.00 |
| May 24 | 12305 | 731.32 | May 31 | 12331 | 824.52 |
| May 29 | 12306 | 584.91 | May 31 | 12332 | 812.50 |
| May 29 | 12307 | 482.36 | May 31 | 12333 | 1,647.50 |
| May 31 | 12308 | 252.44 | May 30 | 12336 * | 1,250.00 |
| May 29 | 12309 | 2,316.00 | May 29 | 12338 * | 205.77 |
| May 29 | 12310 | 850.00 | May 29 | 12339 | 300.00 |
| May 30 | 12311 | 600.00 | May 25 | 12340 | 317.60 |
| May 29 | 12312 | 600.00 | May 31 | 12341 | 450.00 |
| May 31 | 12314 * | 3,528.00 | May 31 | 12342 | 309.23 |
| May 29 | 12315 | 2,520.00 | May 31 | 12343 | 1,838.66 |
| May 29 | 12316 | 1,000.00 | May 31 | 12344 | 3,500.00 |
| May 30 | 12317 | 234.00 | May 31 | 12345 | 4,050.00 |
| May 31 | 12320 * | 298.50 | | | |

* Indicates break in check sequence

Daily Balances

| Date | Balance | Date | Balance |
|------|---------|------|---------|
| Apr 30 | 19,441.45 | May 16 | 284.06 |
| May 01 | 7,941.98 | May 17 | 1,573.71 |
| May 02 | 1,019.46 | May 18 | 40.89 |
| May 03 | 987.83 | May 21 | 21,074.86 |
| May 04 | 5,303.47 | May 22 | 22,864.78 |
| May 07 | 23,233.58 | May 23 | 14,611.58 |
| May 08 | 15,503.77 | May 24 | 15,514.21 |
| May 09 | 6,030.59 | May 25 | 84.24 |
| May 10 | 3,105.50 | May 29 | 60,662.92 |
| May 11 | 2,903.79 | May 30 | 46,308.51 |
| May 14 | 20,054.12 | May 31 | 6,299.95 |
| May 15 | 2,762.24 | | |

**SIGNATURE BANK**

PRIVATE CLIENT GROUP 421
26 COURT STREET
BROOKLYN, NY 11242
SAL MONACO

PRIME SIX INC. DBA WOODLAND          9-421
DEBTOR IN POSSESSION
CASE # 1 17 40104 CEC
15 BAY 29TH STREET, FLOOR 2
BROOKLYN NY   11214            999

See Back for Important Information

Primary Account: 1502734241        433

Rates for this statement period - Overdraft
May 01, 2018   14.500000 %

PRIME SIX INC
15 BAY 29TH STREET, 2ND FLOOR
BROOKLYN, NY 11229

## Payroll by Department

| Payroll Item | None | Total |
|---|---:|---:|
| **Earnings** | | |
| Bonus | 213.85 | 213.85 |
| Credit Card Tips | 61,334.29 | 61,334.29 |
| FOH | 38,494.66 | 38,494.66 |
| FOH OVERTIME | 177.18 | 177.18 |
| FOH SPREAD | 364.00 | 364.00 |
| HOSTESS | 9,829.09 | 9,829.09 |
| HOSTESS OVERTIME | 18.00 | 18.00 |
| HOSTESS SPREAD | 13.00 | 13.00 |
| KITCHEN | 28,338.88 | 28,338.88 |
| KITCHEN OVERTIME | 4,883.88 | 4,883.88 |
| KITCHEN SPREAD | 416.00 | 416.00 |
| Kitchen Salary | 4,000.00 | 4,000.00 |
| MANAGEMENT | 10,338.45 | 10,338.45 |
| MANAGEMENT HRLY | 2,528.50 | 2,528.50 |
| MANAGEMENT OVERTIME | 0.00 | 0.00 |
| Reported Cash Tips | 1,665.97 | 1,665.97 |
| Salary | 12,625.00 | 12,625.00 |
| TRAINING | 817.70 | 817.70 |
| **Total Earnings** | 176,058.45 | 176,058.45 |
| | | |
| **Deductions** | | |
| Reported Cash Tips (offset) | -1,665.97 | -1,665.97 |
| **Total Deductions** | -1,665.97 | -1,665.97 |
| | | |
| **Taxes** | | |
| Federal Withholding | -9,623.00 | -9,623.00 |
| Medicare Employee | -2,552.87 | -2,552.87 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Social Security Employee | -10,915.71 | -10,915.71 |
| NY - City Resident | -3,917.11 | -3,917.11 |
| NY - Disability | -198.71 | -198.71 |
| NY - Paid Family Leave | -221.85 | -221.85 |
| NY - Withholding | -5,786.83 | -5,786.83 |
| **Total Taxes** | -33,216.08 | -33,216.08 |
| | | |
| **Net Pay** | 141,176.40 | 141,176.40 |
| | | |
| **Direct Deposit** | | |
| Direct Deposit | -5,819.35 | -5,819.35 |
| **Total Direct Deposit** | -5,819.35 | -5,819.35 |
| | | |
| **Company Paid Taxes** | | |
| Federal Unemployment | -340.81 | -340.81 |
| Medicare Company | -2,552.87 | -2,552.87 |
| Social Security Company | -10,915.71 | -10,915.71 |
| NY - Disability Company | 0.00 | 0.00 |
| NY - MCTMT (Transit Tax) | -948.91 | -948.91 |
| NY - Re-employment Service Fund | -66.32 | -66.32 |
| NY - Unemployment | -2,315.31 | -2,315.31 |

**Payroll by Department**    May 1, 2018 - May 31, 2018

PRIME SIX INC
15 BAY 29TH STREET,2ND FLOOR
BROOKLYN, NY 11229

## Payroll by Department

**Total Company Paid Taxes**          -17,139.93   -17,139.93